Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Jonathan E. Phillips (SBN 233965)
*jphillips@larsonllp.com*
Catherine S. Owens (SBN 307626)
*cowens@larsonllp.com*
Troy S. Tessem (SBN 329967)
*ttessem@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
MISSION BANK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01473 FLA (Spx)<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANT'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  August 19, 2022<br>Trial Date:  Not Yet Set |

LARSON
LOS ANGELES

## ANSWER TO COMPLAINT

Defendant Mission Bank ("Mission") hereby responds to the Complaint of Plaintiff Citizens Business Bank ("CBB") as follows:

## STATEMENT OF THE ACTION

1. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

2. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

3. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

4. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

5. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

6. This paragraph states legal conclusions to which no response is required. Defendant admits that it received demand letters from CBB's general counsel and outside counsel. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

7. This paragraph states legal conclusions to which no response is required. Defendant admits that Mission Bank's quarterly earnings press release stated that "Dustin Della and his superstar team in Visalia, California have already funded nearly $50 million of loans since joining us in March!" To the extent a further response is required, Defendant denies all remaining allegations in this

paragraph.

8.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

9.    Defendant admits that CBB announced an agreement to acquire Suncrest in the summer of 2021.[1] Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

10.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

11.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. Moreover, this paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

12.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

13.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

14.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

---

[1] Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this footnote.

15.    Defendant denies that it extended an offer to employee Della on or before February 7, 2022. The remaining allegations in this paragraph state legal conclusions to which no response is required. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

16.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

17.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

18.    Denied.

19.    Defendant admits that it extended an offer for a position as a Mission employee to Katrina Puerner ("Puerner"). The remaining allegations in this paragraph state legal conclusions to which no response is required. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

20.    Defendant admits that it hired Lori Carabay, Angie Dempsie, Dave Brett, Dianis Pimentel, Jorge Espinoza, Ericka Melo, Virginia Hopper, Armidelia Avila, and Patricia Palacios. Defendant denies the remaining allegations in this paragraph.

21.    Defendant denies that any of the CBB Former Employees were induced to leave CBB for Mission. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

22.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

23.   Defendant admits that CBB has submitted cease-and-desist letters to Mission. The remaining allegations in this paragraph state legal conclusions to which no response is required. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

24.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

25.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## THE PARTIES

26.   Admitted.

27.   Admitted.

28.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

29.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

30.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## JURISDICTION AND VENUE

31.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

32.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in

this paragraph.

33.   Defendant denies that it directed any conduct at CBB and/or that it caused any harm to CBB in this District, or elsewhere. The remaining allegations in this paragraph state legal conclusions to which no response is required. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

34.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## **FACTUAL BACKGROUND**

35.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

36.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

37.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

38.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.[2]

39.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

---

[2] Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this footnote. To the extent a further response is required, Defendant denies all allegations contained herein.

40.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

41.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

42.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

43.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

44.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

45.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

46.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

47.    Defendant admits that in the summer of 2021, CBB announced its planned acquisition of Suncrest. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

48.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further

1 response is required, Defendant denies the allegations in this paragraph.

2      49.   Defendant lacks knowledge and/or information sufficient to form a

3 belief about the truth of the allegations in this paragraph. To the extent a further

4 response is required, Defendant denies the allegations in this paragraph.

5      50.   Defendant lacks knowledge and/or information sufficient to form a

6 belief about the truth of the allegations in this paragraph. To the extent a further

7 response is required, Defendant denies the allegations in this paragraph.

8      51.   Defendant lacks knowledge and/or information sufficient to form a

9 belief about the truth of the allegations in this paragraph. To the extent a further

10 response is required, Defendant denies the allegations in this paragraph.

11      52.   Defendant lacks knowledge and/or information sufficient to form a

12 belief about the truth of the allegations in this paragraph. To the extent a further

13 response is required, Defendant denies the allegations in this paragraph.

14      53.   Defendant lacks knowledge and/or information sufficient to form a

15 belief about the truth of the allegations in this paragraph. To the extent a further

16 response is required, Defendant denies all allegations in this paragraph.

17      54.   Defendant lacks knowledge and/or information sufficient to form a

18 belief about the truth of the allegations in this paragraph. To the extent a further

19 response is required, Defendant denies all allegations in this paragraph.

20      55.   Admitted.

21      56.   Defendant lacks knowledge and/or information sufficient to form a

22 belief about the truth of the allegations in this paragraph. To the extent a further

23 response is required, Defendant denies all allegations in this paragraph.

24      57.   Defendant lacks knowledge and/or information sufficient to form a

25 belief about the truth of the allegations in this paragraph. To the extent a further

26 response is required, Defendant denies all allegations in this paragraph.

27      58.   Defendant admits that on January 7, 2022, CBB announced the

28 completion of its merger with Suncrest. Defendant lacks knowledge and/or

LARSON
LOS ANGELES

information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

59.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

60.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

61.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

62.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

63.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

64.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

65.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

66.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

67.   Defendant lacks knowledge and/or information sufficient to form a

belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

68.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

69.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

70.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

71.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

72.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

73.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

74.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

75.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

76.    Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further

1  response is required, Defendant denies all allegations in this paragraph.

2      77.   Defendant lacks knowledge and/or information sufficient to form a

3  belief about the truth of the allegations in this paragraph. To the extent a further

4  response is required, Defendant denies all allegations in this paragraph.

5      78.   Defendant lacks knowledge and/or information sufficient to form a

6  belief about the truth of the allegations in this paragraph. To the extent a further

7  response is required, Defendant denies all allegations in this paragraph.

8      79.   Defendant lacks knowledge and/or information sufficient to form a

9  belief about the truth of the allegations in this paragraph. To the extent a further

10  response is required, Defendant denies all allegations in this paragraph.

11      80.   Defendant lacks knowledge and/or information sufficient to form a

12  belief about the truth of the allegations in this paragraph. To the extent a further

13  response is required, Defendant denies all allegations in this paragraph.

14      81.   Defendant lacks knowledge and/or information sufficient to form a

15  belief about the truth of the allegations in this paragraph. To the extent a further

16  response is required, Defendant denies all allegations in this paragraph.

17      82.   Defendant lacks knowledge and/or information sufficient to form a

18  belief about the truth of the allegations in this paragraph. To the extent a further

19  response is required, Defendant denies all allegations in this paragraph.

20      83.   Defendant lacks knowledge and/or information sufficient to form a

21  belief about the truth of the allegations in this paragraph. To the extent a further

22  response is required, Defendant denies all allegations in this paragraph.

23      84.   Defendant lacks knowledge and/or information sufficient to form a

24  belief about the truth of the allegations in this paragraph. To the extent a further

25  response is required, Defendant denies all allegations in this paragraph.

26      85.   Defendant lacks knowledge and/or information sufficient to form a

27  belief about the truth of the allegations in this paragraph. To the extent a further

28  response is required, Defendant denies all allegations in this paragraph.

86.     Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

87.     Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

88.     Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

89.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

90.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

91.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

92.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

93.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

94.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the

allegations contained in this paragraph.

95.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

96.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

97.   Defendant denies that it encouraged any alleged conduct by Della and denies that it engaged in any anti-competitive conduct. The remaining allegations in this paragraph state legal conclusions to which no response is required. To the extent a further response is required, Defendant denies all allegations in this paragraph.

98.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

**Client A**[3]

99.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Client B**

100.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

101.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further

---

[3] Defendant admits that CBB has made available to counsel for Mission the actual names of the clients alleged in this Complaint pursuant to a confidentiality agreement. To the extent a further response is required, Defendant denies all remaining allegations in this footnote.

response is required, Defendant denies the allegations in this paragraph.

102. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations contained in this paragraph.

103. Defendant admits that it explained in a March 31, 2022 letter that the individual at Chicago Title responsible for placing the title insurance left during the middle of the transaction and further admits that it confirmed in a June 7, 2022 letter that any delay was caused by this departure. Except as so expressly admitted herein, Defendant denies all remaining allegations contained in this paragraph.

104. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

105. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations contained in this paragraph.

106. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations contained in this paragraph.

**Client C**

107. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

//

//

108.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

109.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

110.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

111.  Denied.

112.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

113.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Client D**

114.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

115.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

116.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

117.   Defendant admits that it recorded a Deed of Trust for Client D on April 29, 2022. Defendant lacks knowledge and/or information sufficient to form a belief as to the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

118.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

119.   This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.[4]

**Client E**

120.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

121.   Defendant admits that Mission closed a loan for Client E. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies the allegations in this paragraph.

122.   Denied.

123.   Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

124.   Defendant admits that it recorded a Deed of Trust for Client E on March 16, 2022. Defendant denies that it worked with Della prior to his resignation from CBB to solicit CBB clients and further denies that it used the resources and

_____

[4] Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this footnote. To the extent a response is required, Defendant denies all allegations in this footnote.

work product (including the appraisal prepared by or for CBB). Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies the allegations in this paragraph.

125.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Client F**

126.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

127.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

128.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

129.  Defendant admits that it ordered an appraisal for Client F on or around March 4, 2022 after Robert Morris, Senior VP of CBB, told Della that CBB would not renew the loan for Client F, Della informed Client F that CBB would not renew his loan, and Della then referred Client F to Mission Bank. Defendant lacks knowledge and/or information sufficient to form a belief as to the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies the allegations in this paragraph.

130.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

//

131.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

132.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

133.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

134.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Client G**

135.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

136.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

137.  Defendant denies that Mission and/or Della used CBB's Trade Secret information. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

138.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

//

//

**Client H**

139.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

140.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

141.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

142.  Defendant admits that it recorded Deeds of Trust for Client H on April 20, 2022. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies the allegations in this paragraph.

143.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Clients I and J**

144.  Defendant admits that Clients I and J are Mission Bank clients. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. Except as so expressly admitted herein, Defendant denies the allegations in this paragraph.

145.  Defendant denies pulling a credit report for Client I on or around March 15, 2022. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all  allegations in this paragraph.

146.  Defendant denies that Mission solicited any clients using CBB's confidential and Trade Secret information, and denies that Mission received any of

CBB's confidential and Trade Secret information from Della. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

147.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

148.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

149.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

150.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies the allegations in this paragraph.

151.  Defendant denies that Mission and Della requested any information in order to obtain CBB's Trade Secret data on CBB's clients. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all remaining allegations in this paragraph.

152.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

153.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

154.  Defendant denies that Mission sought any data from Della regarding CBB's clients. Defendant lacks knowledge and/or information sufficient to form a

belief about the truth of the remaining allegations in this paragraph. To the extent a response is required, Defendant denies all remaining allegations in this paragraph.

155. Defendant denies that Mission requested and/or purloined any of CBB's Trade Secret information. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a response is required, Defendant denies all remaining allegations in this paragraph.

156. Denied.

157. Denied.

158. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

159. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

160. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

161. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

162. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

163. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

164. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

165. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

166. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

167. Defendant denies that Mission and the CBB Former Employees were "co-conspirators" with Della and further denies that Mission had knowledge of and/or facilitated any alleged theft of CBB's property. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

168. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

169. Denied.

**Client K**

170. Defendant denies that Mission solicited CBB's clients as part of any alleged "conspiracy" with Della and further denies that Mission directed and/or approved of any alleged solicitation of CBB's employees. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

//

//

**Client L**

171.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

**Client M**

172.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

173.  Denied.

174.  Denied.

175.  Denied.

176.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**Client N**

177.  Denied.

178.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

179.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

180.  Defendant admits that Mission Bank issued a check to Client N on or about May 12, 2022. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

181.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

182.  Denied.

183.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

**<u>Client O</u>**

184.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

185.  Denied.

186.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

187.  Denied.

188.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

189.  Denied.

190.  Defendant denies that Mission engaged in any brazen and gross misconduct. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

191.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.[5]

192.  Denied.

---

[5] This footnote states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this footnote.

193.  Defendant admits that it sent an offer letter to Puerner. The terms of the offer letter speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

194.  Defendant denies receiving or utilizing Plaintiff's Trade Secret information to offer Puerner employment. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a response is required, Defendant denies all allegations in this paragraph.

195.  Denied.

196.  Denied.

197.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

198.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

199.  Defendant admits that CBB sent Mission cease-and-desist letters. Defendant denies that Mission and/or Della have engaged in any wrongful conduct and denies that Mission and/or Della have caused CBB any harm. The remaining allegations in this paragraph state legal conclusions to which no response is required. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

200.  Defendant admits that on March 25, 2022, CBB's General Counsel sent a letter to Mission, Della, and Bryan Easterly. The contents of the letter speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

//

//

201.  Defendant admits that Exhibit 1 purports to be a copy of the March 25, 2022 letter from CBB to Mission and Della with attachments. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

202.  Defendant admits that on April 29, 2022, CBB sent Mission's outside counsel a letter. Defendant admits that Exhibit 2 purports to be a partially redacted copy of the April 29, 2022 letter. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

203.  Defendant admits that CBB's outside counsel sent an email to Mission's outside counsel on May 17, 2022. Defendant admits that Exhibit 3 purports to be a partially redacted copy of the May 17, 2022 email, and the contents of that email speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

204.  Defendant admits that on May 25, 2022, CBB's CEO sent an email to Mission's CEO. Defendant admits that Exhibit 4 purports to be a partially redacted copy of the May 25, 2022 email, and the contents of that email speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

205.  Defendant admits that Mission retained separate outside counsel, and further admits that Mission's outside counsel contacted CBB's outside counsel on May 27, 2022. Defendant admits that CBB's outside counsel sent Mission's new outside counsel an email on June 1, 2022. Defendant admits that Exhibit 5 purports to be a partially redacted copy of the June 1, 2022 email, and the contents of that email speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

206.  Defendant admits that after the June 1, 2022 email, CBB's and Mission's outside counsel conducted telephone conferences and Mission sent a written letter to CBB on June 7, 2022. Defendant admits that CBB sent Mission a letter on August 5, 2022. Defendant admits that Exhibit 6 purports to be a partially

redacted copy of the August 5, 2022 letter, and the contents of that letter speak for themselves. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

207.  Defendant denies that Mission and/or Della engaged in any misconduct. To the extent a further response is required, Defendant denies all allegations in this paragraph.

208.  Defendant denies that Mission has been unjustly enriched and denies that Mission engaged in any conspiracy with Della. To the extent a further response is required, Defendant denies all allegations in this paragraph.

209.  Defendant admits that Missions' July 29, 2022 quarterly earnings press release stated that "Dustin Della and his superstar team in Visalia, California have already funded nearly $50 million of loans since joining us in March!" The remaining allegations in this paragraph are legal conclusions to which no response is required. Except as so expressly admitted herein Defendant denies the remaining allegations in this paragraph.

210.  Denied.

211.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## FIRST CLAIM

### (Misappropriation of Trade Secrets – 18 U.S.C. § 1836)

212.  Defendant repeats and incorporates its Answers to paragraphs 1-211 as though fully set forth herein.

213.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, the statute speaks for itself. To the extent this paragraph contains allegations inconsistent with the statute, Defendant denies those allegations.

214.  This paragraph states legal conclusions to which no response is required. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

215.  This paragraph states legal conclusions to which no response is required. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

216.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

217.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

218.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

219.  This paragraph states legal conclusions to which no response is required. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

220.  Denied.

221.  Denied.

222.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

223.  Denied.

224.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

225.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

226.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

227.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

228.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## SECOND CLAIM

### (Intentional Interference with Contractual Relations)

229.  Defendant repeats and incorporates its Answers to paragraphs 1-228 as though fully set forth herein.

230.  This paragraph states legal conclusions to which no response is required. Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

231.  Denied.

232.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

233.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

234.  Denied.

235.  Defendant admits that on March 25, 2022, CBB's General Counsel sent a letter to Mission and Della. The March 25, 2022 letter speaks for itself. Defendant further admits that CBB and Mission engaged in telephonic and written communications, including written correspondence dated April 29, 2022, May 17, 2022, May 25, 2022, June 1, 2022, and August 5, 2022. Except as so expressly admitted herein, Defendant denies all remaining allegations in this paragraph.

236.  Denied.

237.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

238.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

239.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

240.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## THIRD CLAIM

### (Intentional Interference with Prospective Economic Advantage)

241.  Defendant repeats and incorporates its Answers to paragraphs 1-240 as though fully set forth herein.

242.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

243.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

244.  Denied.

245.  Denied.

246.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

247.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

248.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

249.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

250.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## FOURTH CLAIM

### (Negligent Interference with Prospective Economic Advantage)

251.  Defendant repeats and incorporates its Answers to paragraphs 1-250 as though fully set forth herein.

LARSON
LOS ANGELES

252.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

253.  Defendant lacks knowledge and/or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a further response is required, Defendant denies all allegations in this paragraph.

254.  Denied.

255.  Denied.

256.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

257.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

258.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

259.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

260.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## **FIFTH CLAIM**

### **(Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*)**

261.  Defendant repeats and incorporates its Answers to paragraphs 1-260 as though fully set forth herein.

262.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

263.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

264.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

265.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

266.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

267.  This paragraph states legal conclusions to which no response is required. To the extent a response is required, Defendant denies all allegations in this paragraph.

## **PRAYER FOR RELIEF**

Defendant denies that Plaintiff has been injured or damaged in any amount, or at all, and denies that Plaintiff is entitled to any remedy. Defendant therefore respectfully requests that the Court enter judgment against Plaintiff on each of Plaintiff's claims. To the extent the Prayer for Relief includes any factual allegations, Defendant denies those allegations.

## **AFFIRMATIVE AND OTHER DEFENSES**

Defendant alleges the affirmative defenses set forth below. By such pleading, Defendant does not waive, excuse, or alter the burden of proof and/or burden of going forward with the evidence that otherwise exists with respect to any particular

issue of law or in equity. Furthermore, all defenses are pled in the alternative, and do not constitute an admission of liability or an admission as to whether Plaintiff is entitled to any relief whatsoever. Defendant also does not waive any affirmative defenses and reserves the right to assert any and all affirmative defenses that may be available after reasonable discovery.

### FIRST AFFIRMATIVE DEFENSE

### (No Subject Matter Jurisdiction)

The Complaint is barred, in whole or in part, for lack of subject matter jurisdiction. *See* FED. R. CIV. P. 12(b)(1); 18 U.S.C. § 1836(b)(1); *Officia Imaging, Inc. v. Langridge*, No. SACV172228DOCDFMX, 2018 WL 6137183, at *6 (C.D. Cal. Aug. 7, 2018) (Defend Against Trade Secret Act's "'interstate commerce' requirement is jurisdictional"); *Garfield Beach CVS LLC v. Mollison Pharmacy*, No. 17-CV-00879-AJB-MDD, 2017 WL 3605452, at *2 (S.D. Cal. Aug. 22, 2017) (same); *Herman Fam. Revocable Tr. v. Teddy Bear*, 254 F.3d 802, 806 (9th Cir. 2001) ("[I]f the court dismisses [federal claims] for lack of subject matter jurisdiction, it has no discretion and must dismiss all [state] claims.").

### SECOND AFFIRMATIVE DEFENSE

### (Failure to State Trade Secrets with Particularity)

The Complaint is barred, in whole or in part, because Plaintiff has failed to state its alleged trade secrets with the required particularity. *See InteliClear, LLC v. ETC Glob. Holdings, Inc.*, 978 F.3d 653, 658-660 (9th Cir. 2020).

### THIRD AFFIRMATIVE DEFENSE

### (Alleged Trade Secrets Obtained by Proper Means)

Plaintiff's trade secret misappropriation claim is barred, in whole or in part, in that Defendant obtained the alleged trade secrets by proper means or independently developed them.

//

//

**FOURTH AFFIRMATIVE DEFENSE**

**(Inadequate Protection by Owner)**

The Complaint is barred, in whole or in part, because Plaintiff failed to make reasonable efforts to maintain the secrecy of the alleged misappropriated trade secrets.

**FIFTH AFFIRMATIVE DEFENSE**

**(Information Was Readily Ascertainable by Proper Means)**

The Complaint is barred, in whole or in part, because the alleged trade secret information was readily ascertainable by proper means at the time of the alleged misappropriation.

**SIXTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

The Complaint is barred, in whole or in part, because Defendant acted in good faith at all pertinent times.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Complaint is barred, in whole or in part, by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Latches, Waiver, and/or Estoppel)**

The Complaint is barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.

**NINTH AFFIRMATIVE DEFENSE**

**(Consent/Ratification)**

The Complaint is barred, in whole or in part, because the matters alleged in the Complaint as they pertain to Defendant were authorized, consented to, and/or ratified, and thus Plaintiff is precluded and barred from asserting any such claim against Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff is barred from recovery to the extent Plaintiff failed to mitigate damages, if any, with respect to the matters alleged in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Offset/Reduction)

Plaintiff's claims for damages are subject to offset and/or reduction for the damages caused by the wrongful acts of Plaintiff and/or for the amounts paid to Plaintiff from collateral sources.

## TWELFTH AFFIRMATIVE DEFENSE

### (Conduct Not "Unlawful")

The Complaint is barred, in whole or in part, because any alleged conduct of Defendants was not "unlawful," within the meaning of Business and Professions Code § 17200 or otherwise.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Conduct Not "Unfair")

The Complaint is barred, in whole or in part, because any alleged conduct of Defendant was not "unfair," within the meaning of Business and Professions Code § 17200 or otherwise. The alleged conduct of obtaining new clients and new employees through lawful means is part of Defendant's business operations and consistent with industry norms. Such conduct is consistent with a competitive market and outweighs any harm or impact to Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Trade Secrets at Issue)

The Complaint is barred, in whole or in part, because the information allegedly misappropriated does not constitute trade secrets.

//

//

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Breaches of Contract Privileged and/or Justified)

The Complaint is barred, in whole or in part, because Defendant's alleged conduct was privileged and/or justified.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiff is not entitled to injunctive or other equitable relief in this action because it has an adequate remedy at law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unknown and unstated, affirmative defenses available. Defendant therefore reserves the right to amend this response to assert additional affirmative defenses in the event discovery indicates that additional defenses are appropriate.

## PRAYER FOR RELIEF AND DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1. Plaintiff takes nothing by reason herein, and the Complaint, and all causes of action therein, be dismissed with prejudice;

2. For costs of the suit herein;

3. For reasonable attorneys' fees; and

4. For such other and further relief as this Court may deem just and proper.

//
//
//
//

1    Dated:  October 3, 2022                    LARSON LLP

2                                               By:   /s/ Stephen G. Larson

3                                                     Stephen G. Larson

4                                                     Jonathan E. Phillips
                                                      Catherine S. Owens
5                                                     Troy S. Tessem

6                                               Attorneys for Defendant
                                                MISSION BANK
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28