# EXHIBIT 6

1  William M. Woolman, State Bar No. 145124
   **SAGASER, WATKINS & WIELAND, PC**
2  5260 North Palm Avenue, Suite 400
   Fresno, California 93704
3  Telephone: (559) 421-7000
   Facsimile: (559) 473-1483
4
   Attorneys for ████████████
5
                    **UNITED STATES DISTRICT COURT**
6
                    **CENTRAL DISTRICT OF CALIFORNIA**
7

8  CITIZENS BUSINESS BANK,                    Case No.:        5:22-cv-01473-FLA-SP

9          Plaintiff,                         ████████████████████**RESPONSE
                                              TO THE SUBPOENA TO PRODUCE**
10 v.                                         **DOCUMENTS, INFORMATION, OR
                                              OBJECTS OR TO PERMIT**
11 MISSION BANK, et al.                       **INSPECTION OF PREMISES IN A
                                              CIVIL ACTION**
12         Defendant.

13

14 **PROPOUNDING PARTY:**        **CITIZENS BUSINESS BANK**

15 **RESPONDING PARTY:**         ████████████████

16      Respondent ████████████████ submits this response to the Subpoena to Produce

17 Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

18 propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

19                            **GENERAL OBJECTIONS**

20      ████ makes the following General Objections, whether or not set forth in the response to

21 the requests:

22      1.   ████ objects to the requests to the extent they purport to require disclosure of

23 information and communications protected from disclosure by an applicable privilege, immunity,

24 doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work

25 product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure

26 of which would cause economic or other injury to ████

27 ///

28                                           1
   ████ ████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
   INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
                                   ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2.     ▮ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.     ▮ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive. (FRCP 26.)   ▮ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.     ▮ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ▮ and otherwise designed to put ▮ to unreasonable and needless expense.

5.     ▮ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ▮ and otherwise designed to put ▮ to unreasonable and needless expense.

6.     ▮ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.     ▮ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.     ▮ objects to the definitions set forth in the request to the extent they require any act or obligation of the ▮, not required by the Federal Rules of Civil Procedure or the Local Rules for the Central District of California.

///

2

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

635099.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    Without waiving the foregoing General Objections, ███ expressly incorporates herein by

2    reference its General Objections in each of the individual responses set forth below, as if fully

3    restated herein.

4    Subject to and without waiving these General Objections, or any other objections or claims

5    of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

6    **RESPONSES TO DOCUMENTS REQUESTS**

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

9    occurred on or before March 14, 2022.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

11   ███ objects to this request as overbroad, and unduly burdensome in that ███ is informed

12   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

13   is the better source for the information sought. ███ also objects to this request as violative of its

14   right to privacy and infringing on its proprietary right(s). ███ further objects to the extent this

15   request seeks any information protected by the attorney-client privilege. Without waiving these

16   objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and

17   ███ is willing to reconsider some or all of these objections after that motion is finally decided.

18   **REQUEST FOR PRODUCTION NO. 2:**

19   All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

20   after March 14, 2022.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

22   ███ objects to this request as overbroad, and unduly burdensome in that ███ is informed

23   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

24   is the better source for the information sought. ███ also objects to this request as violative of its

25   right to privacy and infringing on its proprietary right(s). ███ further objects to the extent this

26   request seeks any information protected by the attorney-client privilege. Without waiving these

27   objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and

28   ███ is willing to reconsider some or all of these objections after that motion is finally decided.

3

███ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635099.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    **REQUEST FOR PRODUCTION NO. 3:**

2         All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

3    relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

4    bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March

5    14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking

6    with MISSION).

7    **RESPONSE TO REQUEST FOR PRODUCTION NO.3:**

8         ███ objects to this request as vague and ambiguous, overbroad, calling for speculation and

9    unduly burdensome in that ███ is informed and believes that it duplicates requests served upon

10   Defendant Mission Bank, and that Mission Bank is the better source for the information

11   sought. ███ also objects to this request as violative of its right to privacy and infringing on its

12   proprietary right(s). ███ further objects to the extent this request seeks any information protected

13   by the attorney-client privilege. Without waiving these objections. ███ is informed and believes

14   that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all

15   of these objections after that motion is finally decided.

16   **REQUEST FOR PRODUCTION NO. 4:**

17        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

18   relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

19   bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

20   2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

21   MISSION).

22   **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

23        ███ objects to this request as vague and ambiguous, overbroad, calling for speculation and

24   unduly burdensome in that ███ is informed and believes that it duplicates requests served upon

25   Defendant Mission Bank, and that Mission Bank is the better source for the information

26   sought. ███ also objects to this request as violative of its right to privacy and infringing on its

27   proprietary right(s). ███ further objects to the extent this request seeks any information protected

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635099.1-000500.00200

1    by the attorney-client privilege. Without waiving these objections. ▓▓▓ is informed and believes

2    that Mission Bank is moving to quash this subpoena and ▓▓▓ is willing to reconsider some or all

3    of these objections after that motion is finally decided.

4    **REQUEST FOR PRODUCTION NO.5:**

5       All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

6    leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

7    beginning to bank with MISSION.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

9       ▓▓▓ objects to this request as vague and ambiguous, overbroad, calling for speculation and

10   unduly burdensome in that ▓▓▓ is informed and believes that it duplicates requests served upon

11   Defendant Mission Bank, and that Mission Bank is the better source for the information

12   sought. ▓▓▓ also objects to this request as violative of its right to privacy and infringing on its

13   proprietary right(s). ▓▓▓ further objects to the extent this request seeks any information protected

14   by the attorney-client privilege. Without waiving these objections. ▓▓▓ is informed and believes

15   that Mission Bank is moving to quash this subpoena and ▓▓▓ is willing to reconsider some or all

16   of these objections after that motion is finally decided.

17   **REQUEST FOR PRODUCTION NO. 6:**

18       All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14,

19   2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

20   SUNCREST/CBB account statements.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

22       ▓▓▓ objects to this request overbroad and unduly burdensome in that ▓▓▓ is informed

23   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

24   is the better source for the information sought. ▓▓▓ also objects to this request as violative of its

25   right to privacy and infringing on its proprietary right(s). ▓▓▓ further objects to the extent this

26   request seeks any information protected by the attorney-client privilege. Without waiving these

27   objections. ▓▓▓ is informed and believes that Mission Bank is moving to quash this subpoena and

28

▓▓▓ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635099.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  ███ is willing to reconsider some or all of these objections after that motion is finally decided.

2  **REQUEST FOR PRODUCTION NO. 7:**

3  All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14,

4  2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

5  SUNCREST/CBB account statements.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

7  ███ objects to this request as overbroad and unduly burdensome in that ███ is informed

8  and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

9  is the better source for the information sought. ███ also objects to this request as violative of its

10  right to privacy and infringing on its proprietary right(s). ███ further objects to the extent this

11  request seeks any information protected by the attorney-client privilege. Without waiving these

12  objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and

13  ███ is willing to reconsider some or all of these objections after that motion is finally decided.

14  **REQUEST FOR PRODUCTION NO. 8:**

15  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

16  that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14,

17  2022.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

19  ███ objects to this request as unduly burdensome in that ███ is informed and believes

20  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

21  source for the information sought. ███ also objects to this request as violative of its right to

22  privacy and infringing on its proprietary right(s). ███ further objects to the extent this request

23  seeks any information protected by the attorney-client privilege. Without waiving these objections.

24  ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is

25  willing to reconsider some or all of these objections after that motion is finally decided.

26  **REQUEST FOR PRODUCTION NO. 9:**

27  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

28  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

6

███████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635099.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

2  ████ objects to this request as unduly burdensome in that ████ is informed and believes

3  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

4  source for the information sought. ████ also objects to this request as violative of its right to

5  privacy and infringing on its proprietary right(s). ████ further objects to the extent this request

6  seeks any information protected by the attorney-client privilege. Without waiving these objections.

7  ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is

8  willing to reconsider some or all of these objections after that motion is finally decided.

9  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

10  **FORMER SUNCREST/CBB EMPLOYEES**

11  **REQUEST FOR PRODUCTION NO. 10:**

12  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

13  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

15  ████ objects to this request as unduly burdensome in that ████ is informed and believes

16  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

17  source for the information sought. ████ also objects to this request as violative of its right to

18  privacy and infringing on its proprietary right(s). ████ further objects to the extent this request

19  seeks any information protected by the attorney-client privilege. Without waiving these objections.

20  ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is

21  willing to reconsider some or all of these objections after that motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 11:**

23  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24  SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

26  ████ objects to this request as unduly burdensome in that ████ is informed and believes

27  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

7

28

1  source for the information sought. ▇ also objects to this request as violative of its right to

2  privacy and infringing on its proprietary right(s). ▇ further objects to the extent this request

3  seeks any information protected by the attorney-client privilege. Without waiving these objections.

4  ▇ is informed and believes that Mission Bank is moving to quash this subpoena and ▇ is

5  willing to reconsider some or all of these objections after that motion is finally decided.

6  **REQUEST FOR PRODUCTION NO. 12:**

7  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

8  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

9  efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

10  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

11  on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

12  or otherwise banking with MISSION).

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

14  ▇ objects to this request as overbroad, calling for speculation and unduly burdensome

15  in that ▇ is informed and believes that it duplicates requests served upon Defendant Mission

16  Bank, and that Mission Bank is the better source for the information sought. ▇ also objects to

17  this request as violative of its right to privacy and infringing on its proprietary right(s). ▇ further

18  objects to the extent this request seeks any information protected by the attorney-client privilege.

19  Without waiving these objections. ▇ is informed and believes that Mission Bank is moving to

20  quash this subpoena and ▇ is willing to reconsider some or all of these objections after that

21  motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 13:**

23  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

25  to get YOU to open new accounts with MISSION (and/or to no longer bank with

26  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

8

**▇RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

635099.1-000500.00200

March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with MISSION).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

▮▮ objects to this request as overbroad, calling for speculation and unduly burdensome in that ▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ▮▮ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. ▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

▮▮ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in that ▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ▮▮ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. ▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 15:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

9

635099.1-000500.00200

1   anyone other than SU\'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

2   SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

4         █ objects to this request as overbroad, calling for speculation and unduly burdensome

5   in that █ is informed and believes that it duplicates requests served upon Defendant Mission

6   Bank, and that Mission Bank is the better source for the information sought. █ also objects to

7   this request as violative of its right to privacy and infringing on its proprietary right(s). █ further

8   objects to the extent this request seeks any information protected by the attorney-client privilege.

9   Without waiving these objections. █ is informed and believes that Mission Bank is moving to

10  quash this subpoena and █, is willing to reconsider some or all of these objections after that

11  motion is finally decided.

12  **REQUEST FOR PRODUCTION NO. 16:**

13       All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

14  EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone

15  other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

16  SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

18        █ objects to this request as overbroad, calling for speculation and unduly burdensome

19  in that █ is informed and believes that it duplicates requests served upon Defendant Mission

20  Bank, and that Mission Bank is the better source for the information sought. █ also objects to

21  this request as violative of its right to privacy and infringing on its proprietary right(s). █ further

22  objects to the extent this request seeks any information protected by the attorney-client privilege.

23  Without waiving these objections. █ is informed and believes that Mission Bank is moving to

24  quash this subpoena and █ is willing to reconsider some or all of these objections after that

25  motion is finally decided.

26  ///

27  ///

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

10

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone (559) 421-7000

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

████ objects to this request as overbroad, and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ████ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

████ objects to this request as overbroad and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ████ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

///

///

///

████████████ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

635099.1-000500.00200

**DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH SUNCREST/CBB AND/OR MISSION**

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits, loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

█████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. █████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). █████ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. █████ is informed and believes that Mission Bank is moving to quash this subpoena and █████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

█████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information

12

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

635099.1-000500.00200

1    sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

2    proprietary right(s). ▮▮▮ further objects to the extent this request seeks any information protected

3    by the attorney-client privilege. Without waiving these objections. ▮▮▮ is informed and believes

4    that Mission Bank is moving to quash this subpoena and ▮▮▮ is willing to reconsider some or all

5    of these objections after that motion is finally decided.

6

7    Dated:  August 25, 2023                **SAGASER, WATKINS & WIELAND PC**

8

9                            By:_____

10                                William M. Woolman
                                Attorneys for ▮▮▮

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

13

▮▮▮▮▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

2

(FRCP(5))

3

STATE OF CALIFORNIA, COUNTY OF FRESNO

4

I am employed in the County of Fresno, State of California. I am over the age of 18 years

5

and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

6

On August 25, 2023, I served the following document(s) described as ▮▮▮

7

▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on

8

the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

9

**SEE ATTACHED SERVICE LIST**

10

11

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and

12

processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United

13

States Postal Service in a sealed envelope with postage fully prepaid.

14

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc.,

15

Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

16

17

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

18

19

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such

20

recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

21

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

Executed on August 25, 2023, at Fresno, California.

24

25

26

Dayana Ochoa

27

28

---

1

635099.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**SERVICE LIST**

2

Zacky Timm
**CITIZENS BUSINESS BANK**

3

10100 Santa Monica Blvd.
Los Angeles, CA 90067

4

Telephone: (310) 552-5554
Email: zach.timm@klgates.com

5

6

Jonathon Phillips
Catherine Owens

7

**LARSON LLP**
555 South Flower Street, Suite 4400

8

Telephone: (213) 436-4888
Los Angeles, CA 90071

9

Email: jphillips@larsonllp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for ███████

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CITIZENS BUSINESS BANK, | Case No.:   5:22-cv-01473-FLA-SP |
|---|---|
| Plaintiff, | ███████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |
| v. | |
| MISSION BANK, et al. | |
| Defendant. | |

**PROPOUNDING PARTY:**  **CITIZENS BUSINESS BANK**

**RESPONDING PARTY:**  ███████

Respondent ███████ submits this response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

### GENERAL OBJECTIONS

███ makes the following General Objections, whether or not set forth in the response to the requests:

1.   ███ objects to the requests to the extent they purport to require disclosure of information and communications protected from disclosure by an applicable privilege, immunity, doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure of which would cause economic or other injury to ███

///

1

**███████ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

2.    ███ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.    ███ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive. (FRCP 26.) ███ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.    ███ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

5.    ███ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

6.    ███ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.    ███ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.    ███ objects to the definitions set forth in the request to the extent they require any act or obligation of the ███ not required by the Federal Rules of Civil Procedure or the Local Rules for the Central District of California.

///

2

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

Without waiving the foregoing General Objections, ▮ expressly incorporates herein by reference its General Objections in each of the individual responses set forth below, as if fully restated herein.

Subject to and without waiving these General Objections, or any other objections or claims of privilege, Respondent hereby responds and objects to Claimant's Requests, as follows:

### RESPONSES TO DOCUMENTS REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

▮ objects to this request as overbroad, and unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ▮ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections, ▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

▮ objects to this request as overbroad, and unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). ▮ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections, ▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

3

▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

635081.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1 | **REQUEST FOR PRODUCTION NO. 3:**

2        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

3 | relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

4 | bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March

5 | 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking

6 | with MISSION).

7 | **RESPONSE TO REQUEST FOR PRODUCTION NO.3:**

8        █████ objects to this request as vague and ambiguous, overbroad, calling for speculation and

9 | unduly burdensome in that █████ is informed and believes that it duplicates requests served upon

10 | Defendant Mission Bank, and that Mission Bank is the better source for the information

11 | sought. █████ also objects to this request as violative of its right to privacy and infringing on its

12 | proprietary right(s). █████ further objects to the extent this request seeks any information protected

13 | by the attorney-client privilege. Without waiving these objections. █████ is informed and believes

14 | that Mission Bank is moving to quash this subpoena and █████ is willing to reconsider some or all of

15 | these objections after that motion is finally decided.

16 | **REQUEST FOR PRODUCTION NO. 4:**

17        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

18 | relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

19 | bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

20 | 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

21 | MISSION).

22 | **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

23        █████ objects to this request as vague and ambiguous, overbroad, calling for speculation and

24 | unduly burdensome in that █████ is informed and believes that it duplicates requests served upon

25 | Defendant Mission Bank, and that Mission Bank is the better source for the information

26 | sought. █████ also objects to this request as violative of its right to privacy and infringing on its

27 | proprietary right(s). █████ further objects to the extent this request seeks any information protected

28 |

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1  by the attorney-client privilege. Without waiving these objections. ▮ is informed and believes

2  that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

3  these objections after that motion is finally decided.

4  **REQUEST FOR PRODUCTION NO.5:**

5       All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

6  leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

7  beginning to bank with MISSION.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

9       ▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and

10  unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon

11  Defendant Mission Bank, and that Mission Bank is the better source for the information

12  sought. ▮ also objects to this request as violative of its right to privacy and infringing on its

13  proprietary right(s). ▮ further objects to the extent this request seeks any information protected

14  by the attorney-client privilege. Without waiving these objections. ▮ is informed and believes

15  that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

16  these objections after that motion is finally decided.

17  **REQUEST FOR PRODUCTION NO. 6:**

18       All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14,

19  2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

20  SUNCREST/CBB account statements.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

22       ▮ objects to this request overbroad and unduly burdensome in that ▮ is informed and

23  believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

24  the better source for the information sought. ▮ also objects to this request as violative of its right

25  to privacy and infringing on its proprietary right(s). ▮ further objects to the extent this request

26  seeks any information protected by the attorney-client privilege. Without waiving these objections.

27  ▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮ is

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

5

**▮▮▮▮▮▮ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1   willing to reconsider some or all of these objections after that motion is finally decided.

2   **REQUEST FOR PRODUCTION NO. 7:**

3       All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14,

4   2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

5   SUNCREST/CBB account statements.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

7       ▮ objects to this request as overbroad and unduly burdensome in that ▮ is informed

8   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

9   is the better source for the information sought. ▮ also objects to this request as violative of its

10  right to privacy and infringing on its proprietary right(s). ▮ further objects to the extent this

11  request seeks any information protected by the attorney-client privilege. Without waiving these

12  objections. ▮ is informed and believes that Mission Bank is moving to quash this subpoena and

13  ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

14  **REQUEST FOR PRODUCTION NO. 8:**

15      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

16  that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14,

17  2022.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

19      ▮ objects to this request as unduly burdensome in that ▮ is informed and believes that

20  it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

21  source for the information sought. ▮ also objects to this request as violative of its right to privacy

22  and infringing on its proprietary right(s). ▮ further objects to the extent this request seeks any

23  information protected by the attorney-client privilege. Without waiving these objections. ▮ is

24  informed and believes that Mission Bank is moving to quash this subpoena and ▮ is willing to

25  reconsider some or all of these objections after that motion is finally decided.

26  **REQUEST FOR PRODUCTION NO. 9:**

27      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

28  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

6

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

635081.1-000500.00200

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

2       ████ objects to this request as unduly burdensome in that ████ is informed and believes that

3  it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

4  source for the information sought. ████ also objects to this request as violative of its right to privacy

5  and infringing on its proprietary right(s). ████ further objects to the extent this request seeks any

6  information protected by the attorney-client privilege. Without waiving these objections. ████ is

7  informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to

8  reconsider some or all of these objections after that motion is finally decided.

9  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

10  **FORMER SUNCREST/CBB EMPLOYEES**

11  **REQUEST FOR PRODUCTION NO. 10:**

12       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

13  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

15       ████ objects to this request as unduly burdensome in that ████ is informed and believes that

16  it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

17  source for the information sought. ████ also objects to this request as violative of its right to privacy

18  and infringing on its proprietary right(s). ████ further objects to the extent this request seeks any

19  information protected by the attorney-client privilege. Without waiving these objections. ████ is

20  informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to

21  reconsider some or all of these objections after that motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 11:**

23       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24  SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

26       ████ objects to this request as unduly burdensome in that ████ is informed and believes that

27  it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

28

7

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  source for the information sought. ███ also objects to this request as violative of its right to privacy

2  and infringing on its proprietary right(s). ███ further objects to the extent this request seeks any

3  information protected by the attorney-client privilege. Without waiving these objections. ███ is

4  informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to

5  reconsider some or all of these objections after that motion is finally decided.

6  **REQUEST FOR PRODUCTION NO. 12:**

7      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

8  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

9  efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

10  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

11  on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

12  or otherwise banking with MISSION).

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

14      ███ objects to this request as overbroad, calling for speculation and unduly burdensome in

15  that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

16  and that Mission Bank is the better source for the information sought. ███ also objects to this

17  request as violative of its right to privacy and infringing on its proprietary right(s). ███ further

18  objects to the extent this request seeks any information protected by the attorney-client privilege.

19  Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

20  quash this subpoena and ███ is willing to reconsider some or all of these objections after that

21  motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 13:**

23      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

25  to get YOU to open new accounts with MISSION (and/or to no longer bank with

26  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

8

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1   March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

2   banking with MISSION).

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

4   ███ objects to this request as overbroad, calling for speculation and unduly burdensome in

5   that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

6   and that Mission Bank is the better source for the information sought. ███ also objects to this

7   request as violative of its right to privacy and infringing on its proprietary right(s). ███ further

8   objects to the extent this request seeks any information protected by the attorney-client privilege.

9   Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

10  quash this subpoena and ███ is willing to reconsider some or all of these objections after that

11  motion is finally decided.

12  **REQUEST FOR PRODUCTION NO. 14:**

13  All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER

14  SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening

15  accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

17  ███ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in

18  that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

19  and that Mission Bank is the better source for the information sought. ███ also objects to this

20  request as violative of its right to privacy and infringing on its proprietary right(s). ███ further

21  objects to the extent this request seeks any information protected by the attorney-client privilege.

22  Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

23  quash this subpoena and ███ is willing to reconsider some or all of these objections after that

24  motion is finally decided.

25  **REQUEST FOR PRODUCTION NO. 15:**

26  All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

27  EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

9

███████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1    anyone other than SUV'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

2    SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

4        ▮ objects to this request as overbroad, calling for speculation and unduly burdensome in

5    that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

6    and that Mission Bank is the better source for the information sought. ▮ also objects to this

7    request as violative of its right to privacy and infringing on its proprietary right(s). ▮ further

8    objects to the extent this request seeks any information protected by the attorney-client privilege.

9    Without waiving these objections. ▮ is informed and believes that Mission Bank is moving to

10    quash this subpoena and ▮ is willing to reconsider some or all of these objections after that

11    motion is finally decided.

12    **REQUEST FOR PRODUCTION NO. 16:**

13        All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

14    EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone

15    other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

16    SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

17    **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

18        ▮ objects to this request as overbroad, calling for speculation and unduly burdensome in

19    that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

20    and that Mission Bank is the better source for the information sought. ▮ also objects to this

21    request as violative of its right to privacy and infringing on its proprietary right(s). ▮ further

22    objects to the extent this request seeks any information protected by the attorney-client privilege.

23    Without waiving these objections. ▮ is informed and believes that Mission Bank is moving to

24    quash this subpoena and ▮ is willing to reconsider some or all of these objections after that

25    motion is finally decided.

26    ///

27    ///

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

10

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1  **REQUEST FOR PRODUCTION NO. 17:**

2  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and

3  FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO

4  SUNCREST/CBB that were sent or received on or before March 14, 2022.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

6  ▉ objects to this request as overbroad, and unduly burdensome in that ▉ is informed

7  and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

8  is the better source for the information sought. ▉ also objects to this request as violative of its

9  right to privacy and infringing on its proprietary right(s). ▉ further objects to the extent this

10 request seeks any information protected by the attorney-client privilege. Without waiving these

11 objections. ▉ is informed and believes that Mission Bank is moving to quash this subpoena and

12 ▉ is willing to reconsider some or all of these objections after that motion is finally decided.

13 **REQUEST FOR PRODUCTION NO. 18:**

14 All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

15 SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent

16 or received after March 14, 2022.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

18 ▉ objects to this request as overbroad and unduly burdensome in that ▉ is informed

19 and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

20 is the better source for the information sought. ▉ also objects to this request as violative of its

21 right to privacy and infringing on its proprietary right(s). ▉ further objects to the extent this

22 request seeks any information protected by the attorney-client privilege. Without waiving these

23 objections. ▉ is informed and believes that Mission Bank is moving to quash this subpoena and

24 ▉ is willing to reconsider some or all of these objections after that motion is finally decided.

///

25 ///

26 ///

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

11

**▉ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

635081.1-000500.00200

**DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

**THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH**

**SUNCREST/CBB AND/OR MISSION**

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits, loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

█████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. █████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s). █████ further objects to the extent this request seeks any information protected by the attorney-client privilege. Without waiving these objections. █████ is informed and believes that Mission Bank is moving to quash this subpoena and █████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

█████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information

12

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

█████████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635081.1-000500.00200

sought. ▮ also objects to this request as violative of its right to privacy and infringing on its

proprietary right(s). ▮ further objects to the extent this request seeks any information protected

by the attorney-client privilege. Without waiving these objections. ▮ is informed and believes

that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

these objections after that motion is finally decided.

Dated: August 25, 2023

**SAGASER, WATKINS & WIELAND PC**

By:_____

William M. Woolman
Attorneys for ▮

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

13

▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

635081.1-000500.00200

**PROOF OF SERVICE**

(FRCP(5))

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

On August 25, 2023, I served the following document(s) described as ▉▉▉▉▉▉ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2023, at Fresno, California.

Dayana Ochoa

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

635081.1-000500.00200

1

## SERVICE LIST

2
3
4
5

Zacky Timm
**CITIZENS BUSINESS BANK**
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 552-5554
Email: zach.timm@klgates.com

6
7
8
9

Jonathon Phillips
Catherine Owens
**LARSON LLP**
555 South Flower Street, Suite 4400
Telephone: (213) 436-4888
Los Angeles, CA 90071
Email: jphillips@larsonllp.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

635081.1-000500.00200

William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for ███████████████████

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK,<br><br>        Plaintiff,<br><br>v.<br><br>MISSION BANK, et al.<br><br>        Defendant. | Case No.:    5:22-cv-01473-FLA-SP<br><br>████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

**PROPOUNDING PARTY:**        **CITIZENS BUSINESS BANK**

**RESPONDING PARTY:**        █████████████████

        Respondent ██████████████████████████ submits this response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

### GENERAL OBJECTIONS

        ████████ makes the following General Objections, whether or not set forth in the response to the requests:

        1.    ██████████ objects to the requests to the extent they purport to require disclosure of information and communications protected from disclosure by an applicable privilege, immunity, doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure of which would cause economic or other injury to ████ ████

///

1

████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

2.    ████  ████ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.    ████  ████ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive.  (FRCP 26.)  ████ ████ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.    ████  ████ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ████  ████ and otherwise designed to put ████  ████ to unreasonable and needless expense.

5.    ████  ████ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ████  ████ and otherwise designed to put ████  ████ to unreasonable and needless expense.

6.    ████  ████ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.    ████  ████ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.    ████  ████ objects to the definitions set forth in the request to the extent they require any act or obligation of the ████  ████ not required by the Federal Rules of Civil

2

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

████ ████ S RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  Procedure or the Local Rules for the Central District of California.

2  Without waiving the foregoing General Objections, ▮▮▮ ▮▮▮ expressly incorporates

3  herein by reference its General Objections in each of the individual responses set forth below, as if

4  fully restated herein.

5  Subject to and without waiving these General Objections, or any other objections or claims

6  of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

7  **RESPONSES TO DOCUMENT REQUESTS**

8  **REQUEST FOR PRODUCTION NO. 1:**

9  All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

10  occurred on or before March 14, 2022.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

12  ▮▮▮ objects to this request as overbroad, and unduly burdensome in that ▮▮▮

13  ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

14  and that Mission Bank is the better source for the information sought. ▮▮▮ ▮▮▮ also objects

15  to this request as violative of its right to privacy and infringing on its proprietary right(s), including

16  to the extent it seeks communications from family members connected with ▮▮▮ ▮▮▮ ▮▮▮

17  ▮▮▮ further objects to the extent this request seeks any information protected by the attorney-

18  client privilege and attorney work-product privilege. Without waiving these objections. ▮▮▮

19  ▮▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮▮▮

20  ▮▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

21  **REQUEST FOR PRODUCTION NO. 2:**

22  All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

23  after March 14, 2022.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

25  ▮▮▮ objects to this request as overbroad, and unduly burdensome in that ▮▮▮

26  ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

27  and that Mission Bank is the better source for the information sought. ▮▮▮ ▮▮▮ also objects

28

3

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636126.1-000500.00200

to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ███ ████ ███ ████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ ████ is informed and believes that Mission Bank is moving to quash this subpoena and ███ ████ is willing to reconsider some or all of these objections after that motion is finally decided.

## REQUEST FOR PRODUCTION NO. 3:

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with MISSION).

## RESPONSE TO REQUEST FOR PRODUCTION NO.3:

███ ████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ███ ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ███ ████ ███ ████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ ████ is informed and believes that Mission Bank is moving to quash this subpoena and ███ ████ is willing to reconsider some or all of these objections after that motion is finally decided.

## REQUEST FOR PRODUCTION NO. 4:

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

4

███ S RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

2  MISSION).

3  **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

4  ████ objects to this request as vague and ambiguous, overbroad, calling for

5  speculation and unduly burdensome in that ████ is informed and believes that it

6  duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source

7  for the information sought. ████ also objects to this request as violative of its right to

8  privacy and infringing on its proprietary right(s), including to the extent it seeks communications

9  from family members connected with ████ further objects to the extent

10 this request seeks any information protected by the attorney-client privilege and attorney work-

11 product privilege. Without waiving these objections. ████ is informed and believes that

12 Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some

13 or all of these objections after that motion is finally decided.

14 **REQUEST FOR PRODUCTION NO. 5:**

15     All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

16 leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

17 beginning to bank with MISSION.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

19     ████ objects to this request as vague and ambiguous, overbroad, calling for

20 speculation and unduly burdensome in that ████ is informed and believes that it

21 duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source

22 for the information sought. ████ also objects to this request as violative of its right to

23 privacy and infringing on its proprietary right(s), including to the extent it seeks communications

24 from family members connected with ████ further objects to the extent

25 this request seeks any information protected by the attorney-client privilege and attorney work-

26 product privilege. Without waiving these objections. ████ is informed and believes that

27 Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some

5

28

████ S RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    or all of these objections after that motion is finally decided.

2    **REQUEST FOR PRODUCTION NO. 6:**   All SUNCREST/CBB DOCUMENTS that YOU sent

3    to MISSION on or before March 14, 2022, INCLUDING SUNCREST/CBB pricing documents,

4    SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6    ▮▮▮▮▮ objects to this request overbroad and unduly burdensome in that ▮▮▮

7    ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

8    and that Mission Bank is the better source for the information sought. ▮▮▮▮ also objects

9    to this request as violative of its right to privacy and infringing on its proprietary right(s), including

10    to the extent it seeks communications from family members connected with ▮▮▮ ▮▮▮

11    ▮▮▮ further objects to the extent this request seeks any information protected by the attorney-

12    client privilege and attorney work-product privilege. Without waiving these objections. ▮▮

13    ▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮▮

14    ▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

15    **REQUEST FOR PRODUCTION NO. 7:**

16        All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14,

17    2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

18    SUNCREST/CBB account statements.

19    **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

20    ▮▮▮▮ objects to this request as overbroad and unduly burdensome in that ▮▮▮

21    ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

22    and that Mission Bank is the better source for the information sought. ▮▮▮▮ also objects

23    to this request as violative of its right to privacy and infringing on its proprietary right(s), including

24    to the extent it seeks communications from family members connected with ▮▮▮ ▮▮▮

25    ▮▮▮ further objects to the extent this request seeks any information protected by the attorney-

26    client privilege and attorney work-product privilege. Without waiving these objections. ▮▮

27

28

**▮S RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1   ███████ is informed and believes that Mission Bank is moving to quash this subpoena and ███

2   ███████ is willing to reconsider some or all of these objections after that motion is finally decided.

3   **REQUEST FOR PRODUCTION NO. 8:**

4       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION that

5   mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

7       ███████ objects to this request as unduly burdensome in that ████ ████ is

8   informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

9   Mission Bank is the better source for the information sought. ████ ████ also objects to this

10  request as violative of its right to privacy and infringing on its proprietary right(s), including to the

11  extent it seeks communications from family members connected with ████ ████ ███

12  ███████ further objects to the extent this request seeks any information protected by the attorney-

13  client privilege and attorney work-product privilege. Without waiving these objections. ███

14  ███████ is informed and believes that Mission Bank is moving to quash this subpoena and ███

15  ███████ is willing to reconsider some or all of these objections after that motion is finally decided.

16  **REQUEST FOR PRODUCTION NO. 9:**

17      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

18  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

20      ███████ objects to this request as unduly burdensome in that ████ ████ is

21  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

22  Mission Bank is the better source for the information sought. ████ ████ also objects to this

23  request as violative of its right to privacy and infringing on its proprietary right(s), including to the

24  extent it seeks communications from family members connected with ████ ████ ███

25  ███████ further objects to the extent this request seeks any information protected by the attorney-

26  client privilege and attorney work-product privilege. Without waiving these objections. ███

27  ███████ is informed and believes that Mission Bank is moving to quash this subpoena and ███

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636126.1-000500.00200

1  ███ is willing to reconsider some or all of these objections after that motion is finally decided.

2  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

3  **FORMER SUNCREST/CBB EMPLOYEES**

4  **REQUEST FOR PRODUCTION NO. 10:**

5  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and

6  FORMER SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

8  ████ objects to this request as unduly burdensome in that ████ is

9  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

10  Mission Bank is the better source for the information sought. ████ also objects to this

11  request as violative of its right to privacy and infringing on its proprietary right(s), including to the

12  extent it seeks communications from family members connected with ████

13  ████ further objects to the extent this request seeks any information protected by the attorney-

14  client privilege and attorney work-product privilege. Without waiving these objections. ████

15  ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████

16  ████ is willing to reconsider some or all of these objections after that motion is finally decided.

17  **REQUEST FOR PRODUCTION NO. 11:**

18  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

19  SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

21  ████ objects to this request as unduly burdensome in that ████ is

22  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

23  Mission Bank is the better source for the information sought. ████ also objects to this

24  request as violative of its right to privacy and infringing on its proprietary right(s), including to the

25  extent it seeks communications from family members connected with ████

26  ████ further objects to the extent this request seeks any information protected by the attorney-

27  client privilege and attorney work-product privilege. Without waiving these objections. ████

28

8

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636126.1-000500.00200

1  ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███

2  ███ is willing to reconsider some or all of these objections after that motion is finally decided.

3  **REQUEST FOR PRODUCTION NO. 12:**

4  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

5  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

6  efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

7  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

8  on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

9  or otherwise banking with MISSION).

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11  ███ objects to this request as overbroad, calling for speculation and unduly

12  burdensome in that ███ is informed and believes that it duplicates requests served upon

13  Defendant Mission Bank, and that Mission Bank is the better source for the information

14  sought. ███ also objects to this request as violative of its right to privacy and infringing

15  on its proprietary right(s), including to the extent it seeks communications from family members

16  connected with ███ further objects to the extent this request seeks any

17  information protected by the attorney-client privilege and attorney work-product privilege. Without

18  waiving these objections. ███ is informed and believes that Mission Bank is moving to

19  quash this subpoena and ███ is willing to reconsider some or all of these objections after

20  that motion is finally decided.

21  **REQUEST FOR PRODUCTION NO. 13:**

22  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

23  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

24  to get YOU to open new accounts with MISSION (and/or to no longer bank with

25  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

26  March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

27  banking with MISSION).

28

9

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

███████ objects to this request as overbroad, calling for speculation and unduly burdensome in that ████████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ██████████████████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████████ is informed and believes that Mission Bank is moving to quash this subpoena and ████████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

███████ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in that ████████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ██████████████████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████████ is informed and believes that Mission Bank is moving to quash this subpoena and ████████ is willing to reconsider some or all of these objections after that motion is finally decided.

///

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**REQUEST FOR PRODUCTION NO. 15:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or anyone other than SUV'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

████ ████ objects to this request as overbroad, calling for speculation and unduly burdensome in that ████ ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ████ ████, ████ ████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 16:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

████ ████ objects to this request as overbroad, calling for speculation and unduly burdensome in that ████ ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members

11

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1   connected with ▆▆▆ ▆▆▆ ▆▆▆ ▆▆▆ further objects to the extent this request seeks any

2   information protected by the attorney-client privilege and attorney work-product privilege. Without

3   waiving these objections. ▆▆▆ ▆▆▆ is informed and believes that Mission Bank is moving to

4   quash this subpoena and ▆▆▆ ▆▆▆ is willing to reconsider some or all of these objections after

5   that motion is finally decided.

6   **REQUEST FOR PRODUCTION NO. 17:**

7        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and

8   FORMER   SUNCREST/CBB   EMPLOYEES   that   mention   or   RELATE   TO

9   SUNCREST/CBB that were sent or received on or before March 14, 2022.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

11       ▆▆▆ ▆▆▆ objects to this request as overbroad, and unduly burdensome in that ▆▆▆

12  ▆▆▆ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

13  and that Mission Bank is the better source for the information sought. ▆▆▆ ▆▆▆ also objects

14  to this request as violative of its right to privacy and infringing on its proprietary right(s), including

15  to the extent it seeks communications from family members connected with ▆▆▆ ▆▆▆ ▆▆▆

16  ▆▆▆ further objects to the extent this request seeks any information protected by the attorney-

17  client privilege and attorney work-product privilege. Without waiving these objections. ▆▆▆

18  ▆▆▆ is informed and believes that Mission Bank is moving to quash this subpoena and ▆▆▆

19  ▆▆▆ is willing to reconsider some or all of these objections after that motion is finally decided.

20  **REQUEST FOR PRODUCTION NO. 18:**

21       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

22  SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent

23  or received after March 14, 2022.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

25       ▆▆▆ ▆▆▆ objects to this request as overbroad and unduly burdensome in that ▆▆▆

26  ▆▆▆ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

27  and that Mission Bank is the better source for the information sought. ▆▆▆ ▆▆▆ also objects

28

12

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636126.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    to this request as violative of its right to privacy and infringing on its proprietary right(s), including

2    to the extent it seeks communications from family members connected with ████ ██████ ████

3    ██████ further objects to the extent this request seeks any information protected by the attorney-

4    client privilege and attorney work-product privilege. Without waiving these objections. ████

5    ██████ is informed and believes that Mission Bank is moving to quash this subpoena and ████

6    ██████ is willing to reconsider some or all of these objections after that motion is finally decided.

7    **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

8    **THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH**

9    **SUNCREST/CBB AND/OR MISSION**

10   **REQUEST FOR PRODUCTION NO. 19:**

11   All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

12   parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

13   environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits,

14   loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened

15   with MISSION that were sent on or before March 14, 2022.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

17   ████ ██████ objects to this request as vague and ambiguous, overbroad, calling for

18   speculation and unduly burdensome in that ████ ████ is informed and believes that it

19   duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source

20   for the information sought. ████ ████ also objects to this request as violative of its right to

21   privacy and infringing on its proprietary right(s), including to the extent it seeks communications

22   from family members connected with ████ ██████ ████ ████ further objects to the extent

23   this request seeks any information protected by the attorney-client privilege and attorney work-

24   product privilege. Without waiving these objections. ████ ████ is informed and believes that

25   Mission Bank is moving to quash this subpoena and ████ ████ is willing to reconsider some

26   or all of these objections after that motion is finally decided.

27   ///

28



<div align="center">13</div>

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636126.1-000500.00200

**REQUEST FOR PRODUCTION NO. 20:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

███████ ██████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ████ ██████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██████ █████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected with ████ ██████ ████ ██████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ██████ ██████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ ██████ is willing to reconsider some or all of these objections after that motion is finally decided.

Dated: August 29, 2023

SAGASER, WATKINS & WIELAND PC

By: _____

William M. Woolman
Attorneys for ████████ ██████

14

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636126.1-000500.00200

1

## PROOF OF SERVICE

2

### (FRCP(5))

3

### STATE OF CALIFORNIA, COUNTY OF FRESNO

4

5

I am employed in the County of Fresno, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

6

7

8

On August 29, 2023, I served the following document(s) described as ████████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

9

### SEE ATTACHED SERVICE LIST

10

11

12

13

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

14

15

16

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

17

18

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

19

20

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

21

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

Executed on August 29, 2023, at Fresno, California.

24

25

26

Dayana Ochoa

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (359) 421-7000

1

**PROOF OF SERVICE**

636126.1-000500.00200

1

## SERVICE LIST

2

Zach Timm
**K&L GATES, LLP**
3   10100 Santa Monica Blvd.,8ᵗʰ Floor
Los Angeles, CA 90067
4   Telephone: (310) 552-5554
Email: zach.timm@klgates.com

5

6   Jonathon Phillips
Catherine Owens
7   **LARSON LLP**
555 South Flower Street, Suite 4400
8   Telephone: (213) 436-4888
Los Angeles, CA 90071
9   Email: jphillips@larsonllp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

636126.1-000500.00200

1   William M. Woolman, State Bar No. 145124
2   **SAGASER, WATKINS & WIELAND, PC**
    5260 North Palm Avenue, Suite 400
3   Fresno, California 93704
    Telephone: (559) 421-7000
    Facsimile: (559) 473-1483
4
    Attorneys for ███████████████
5
                    **UNITED STATES DISTRICT COURT**
6
                    **CENTRAL DISTRICT OF CALIFORNIA**
7
8   CITIZENS BUSINESS BANK,                Case No.:      5:22-cv-01473-FLA-SP
9           Plaintiff,
                                           ████████████████████**RESPONSE**
                                           **TO THE SUBPOENA TO PRODUCE**
10  v.                                     **DOCUMENTS, INFORMATION, OR**
                                           **OBJECTS OR TO PERMIT**
11  MISSION BANK, et al.                   **INSPECTION OF PREMISES IN A**
                                           **CIVIL ACTION**
12          Defendant.
13
14  **PROPOUNDING PARTY:**        **CITIZENS BUSINESS BANK**
15  **RESPONDING PARTY:**         ██████████████████████
16      Respondent ████████████ ("██████ submits this response to the Subpoena to
17  Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action
18  propounded by Plaintiff, Citizens Business Bank ("Plaintiff").
19                          **GENERAL OBJECTIONS**
20      ██████ makes the following General Objections, whether or not set forth in the response to
21  the requests:
22      1.   ██████ objects to the requests to the extent they purport to require disclosure of
23  information and communications protected from disclosure by an applicable privilege, immunity,
24  doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work
25  product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure
26  of which would cause economic or other injury to ██████
27  ///
28
                                                    1
    ██████████████**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,**
    **INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL**
    **ACTION**

636108.1-000500.00200

*(left margin, vertical text)* SAGASER, WATKINS & WIELAND PC  ATTORNEYS AT LAW  5260 North Palm Avenue, Suite 400  Fresno, California 93704  Telephone: (559) 421-7000

2.     ███ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.     ███ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive. (FRCP 26.) ███ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.     ███ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

5.     ███ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

6.     ███ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.     ███ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.     ███ objects to the definitions set forth in the request to the extent they require any act or obligation of the ███ not required by the Federal Rules of Civil Procedure or the Local Rules for the Central District of California.

///

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636108.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    Without waiving the foregoing General Objections, ▇▇▇ expressly incorporates herein by

2  reference its General Objections in each of the individual responses set forth below, as if fully

3  restated herein.

4    Subject to and without waiving these General Objections, or any other objections or claims

5  of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

6                **RESPONSES TO DOCUMENTS REQUESTS**

7  **REQUEST FOR PRODUCTION NO. 1:**

8    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

9  occurred on or before March 14, 2022.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

11    ▇▇▇ objects to this request as overbroad, and unduly burdensome in that ▇▇▇ is

12  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

13  Mission Bank is the better source for the information sought. ▇▇▇ also objects to this request as

14  violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

15  seeks communications from family members connected to ▇▇▇▇▇▇ further objects to the

16  extent this request seeks any information protected by the attorney-client privilege and attorney

17  work-product privilege. Without waiving these objections. ▇▇▇ is informed and believes that

18  Mission Bank is moving to quash this subpoena and ▇▇▇ is willing to reconsider some or all of

19  these objections after that motion is finally decided.

20  **REQUEST FOR PRODUCTION NO. 2:**

21    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

22  after March 14, 2022.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

24    ▇▇▇ objects to this request as overbroad, and unduly burdensome in that ▇▇▇ is

25  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

26  Mission Bank is the better source for the information sought. ▇▇▇ also objects to this request as

27  violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

28

3

**▇▇▇▇▇ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636108.1-000500.00200

1   seeks communications from family members connected to ███ ███ further objects to the

2   extent this request seeks any information protected by the attorney-client privilege and attorney

3   work-product privilege. Without waiving these objections. ███ is informed and believes that

4   Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of

5   these objections after that motion is finally decided.

6   **REQUEST FOR PRODUCTION NO. 3:**

7       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

8   relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

9   bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March

10  14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking

11  with MISSION).

12  **RESPONSE TO REQUEST FOR PRODUCTION NO.3:**

13      ███ objects to this request as vague and ambiguous, overbroad, calling for speculation

14  and unduly burdensome in that ███ is informed and believes that it duplicates requests served

15  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ███ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ███ ███ further objects to the extent this request seeks any information

19  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

20  these objections. ███ is informed and believes that Mission Bank is moving to quash this

21  subpoena and ███ is willing to reconsider some or all of these objections after that motion is

22  finally decided.

23  **REQUEST FOR PRODUCTION NO. 4:**

24      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

25  relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

26  bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

███ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

636108.1-000500.00200

1  2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

2  MISSION).

3  **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

4  ████████ objects to this request as vague and ambiguous, overbroad, calling for speculation

5  and unduly burdensome in that ████ is informed and believes that it duplicates requests served

6  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

7  sought. ████ also objects to this request as violative of its right to privacy and infringing on its

8  proprietary right(s), including to the extent it seeks communications from family members

9  connected to ████ ████ further objects to the extent this request seeks any information

10  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

11  these objections. ████ is informed and believes that Mission Bank is moving to quash this

12  subpoena and ████ is willing to reconsider some or all of these objections after that motion is

13  finally decided.

14  **REQUEST FOR PRODUCTION NO. 5:**

15  All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

16  leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

17  beginning to bank with MISSION.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

19  ████████ objects to this request as vague and ambiguous, overbroad, calling for speculation

20  and unduly burdensome in that ████ is informed and believes that it duplicates requests served

21  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

22  sought. ████ also objects to this request as violative of its right to privacy and infringing on its

23  proprietary right(s), including to the extent it seeks communications from family members

24  connected to ████ ████ further objects to the extent this request seeks any information

25  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

26  these objections. ████ is informed and believes that Mission Bank is moving to quash this

27  subpoena and ████ is willing to reconsider some or all of these objections after that motion is

28  finally decided.

5

████████████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636108.1-000500.00200

**REQUEST FOR PRODUCTION NO. 6:**

All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14, 2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

██████ objects to this request overbroad and unduly burdensome in that ██████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ██████ is informed and believes that Mission Bank is moving to quash this subpoena and ██████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 7:**

All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14, 2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

██████ objects to this request as overbroad and unduly burdensome in that ██████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ██████ is informed and believes that

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

6

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1   Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of

2   these objections after that motion is finally decided.

3   **REQUEST FOR PRODUCTION NO. 8:**

4   　　　All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

5   that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14,

6   2022.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

8   　　　███ objects to this request as unduly burdensome in that ███ is informed and believes

9   that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

10   source for the information sought. ███ also objects to this request as violative of its right to

11   privacy and infringing on its proprietary right(s), including to the extent it seeks communications

12   from family members connected to ███████ further objects to the extent this request seeks

13   any information protected by the attorney-client privilege and attorney work-product privilege.

14   Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

15   quash this subpoena and ███ is willing to reconsider some or all of these objections after that

16   motion is finally decided.

16   **REQUEST FOR PRODUCTION NO. 9:**

17   　　　All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

18   SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

20   　　　███ objects to this request as unduly burdensome in that ███ is informed and believes

21   that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

22   source for the information sought. ███ also objects to this request as violative of its right to

23   privacy and infringing on its proprietary right(s), including to the extent it seeks communications

24   from family members connected to ███████ further objects to the extent this request seeks

25   any information protected by the attorney-client privilege and attorney work-product privilege.

26   Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

27

28

███████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636108.1-000500.00200

1  quash this subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that

2  motion is finally decided.

3  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4  **FORMER SUNCREST/CBB EMPLOYEES**

5  **REQUEST FOR PRODUCTION NO. 10:**

6       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

7  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

9       ▮▮▮ objects to this request as unduly burdensome in that ▮▮▮ is informed and believes

10  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

11  source for the information sought. ▮▮▮ also objects to this request as violative of its right to

12  privacy and infringing on its proprietary right(s), including to the extent it seeks communications

13  from family members connected to ▮▮▮ further objects to the extent this request seeks

14  any information protected by the attorney-client privilege and attorney work-product privilege.

15  Without waiving these objections. ▮▮▮ is informed and believes that Mission Bank is moving to

16  quash this subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that

17  motion is finally decided.

18  **REQUEST FOR PRODUCTION NO. 11:**

19       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

20  SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

22       ▮▮▮ objects to this request as unduly burdensome in that ▮▮▮ is informed and believes

23  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

24  source for the information sought. ▮▮▮ also objects to this request as violative of its right to

25  privacy and infringing on its proprietary right(s), including to the extent it seeks communications

26  from family members connected to ▮▮▮ further objects to the extent this request seeks

27  any information protected by the attorney-client privilege and attorney work-product privilege.

28

8

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636108.1-000500.00200

1   Without waiving these objections. ▮▮▮ is informed and believes that Mission Bank is moving to

2   quash this subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that

3   motion is finally decided.

4   **REQUEST FOR PRODUCTION NO. 12:**

5       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

6   SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

7   efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

8   SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

9   on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

10  or otherwise banking with MISSION).

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

12      ▮▮▮ objects to this request as overbroad, calling for speculation and unduly burdensome

13  in that ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission

14  Bank, and that Mission Bank is the better source for the information sought. ▮▮▮ also objects to

15  this request as violative of its right to privacy and infringing on its proprietary right(s), including to

16  the extent it seeks communications from family members connected to ▮▮▮ ▮▮▮ further

17  objects to the extent this request seeks any information protected by the attorney-client privilege

18  and attorney work-product privilege. Without waiving these objections. ▮▮▮ is informed and

19  believes that Mission Bank is moving to quash this subpoena and ▮▮▮ is willing to reconsider

20  some or all of these objections after that motion is finally decided.

21  **REQUEST FOR PRODUCTION NO. 13:**

22      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

23  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

24  to get YOU to open new accounts with MISSION (and/or to no longer bank with

25  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

26  March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

27  banking with MISSION).

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

9

**▮▮▮ RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

███████ objects to this request as overbroad, calling for speculation and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

███████ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████ ████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 15:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or

10

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636108.1-000500.00200

1  anyone other than SU\'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

2  SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

4        ■■■ objects to this request as overbroad, calling for speculation and unduly burdensome

5  in that ■■■ is informed and believes that it duplicates requests served upon Defendant Mission

6  Bank, and that Mission Bank is the better source for the information sought. ■■■ also objects to

7  this request as violative of its right to privacy and infringing on its proprietary right(s), including to

8  the extent it seeks communications from family members connected to ■■■ ■■■ further

9  objects to the extent this request seeks any information protected by the attorney-client privilege

10  and attorney work-product privilege. Without waiving these objections. ■■■ is informed and

11  believes that Mission Bank is moving to quash this subpoena and ■■■ is willing to reconsider

12  some or all of these objections after that motion is finally decided.

13  **REQUEST FOR PRODUCTION NO. 16:**

14      All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

15  EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone

16  other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

17  SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

19        ■■■ objects to this request as overbroad, calling for speculation and unduly burdensome

20  in that ■■■ is informed and believes that it duplicates requests served upon Defendant Mission

21  Bank, and that Mission Bank is the better source for the information sought. ■■■ also objects to

22  this request as violative of its right to privacy and infringing on its proprietary right(s), including to

23  the extent it seeks communications from family members connected to ■■■ ■■■ further

24  objects to the extent this request seeks any information protected by the attorney-client privilege

25  and attorney work-product privilege. Without waiving these objections. ■■■ is informed and

26  believes that Mission Bank is moving to quash this subpoena and ■■■ is willing to reconsider

27  some or all of these objections after that motion is finally decided.

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

11

■■■ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

█████ objects to this request as overbroad, and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. █████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to █████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. █████ is informed and believes that Mission Bank is moving to quash this subpoena and █████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

█████ objects to this request as overbroad and unduly burdensome in that █████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. █████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to █████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. █████ is informed and believes that

█████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636108.1-000500.00200

1  Mission Bank is moving to quash this subpoena and ▆▆▆ is willing to reconsider some or all of

2  these objections after that motion is finally decided.

3  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4  **THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH**

5  **SUNCREST/CBB AND/OR MISSION**

6  **REQUEST FOR PRODUCTION NO. 19:**

7  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

8  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

9  environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits,

10  loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened

11  with MISSION that were sent on or before March 14, 2022.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

13  ▆▆▆ objects to this request as vague and ambiguous, overbroad, calling for speculation

14  and unduly burdensome in that ▆▆▆ is informed and believes that it duplicates requests served

15  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ▆▆▆ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ▆▆▆ ▆▆▆ further objects to the extent this request seeks any information

19  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

20  these objections. ▆▆▆ is informed and believes that Mission Bank is moving to quash this

21  subpoena and ▆▆▆ is willing to reconsider some or all of these objections after that motion is

22  finally decided.

23  **REQUEST FOR PRODUCTION NO. 20:**

24  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

25  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

26  environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other

27  business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION

28  that were sent after March 14, 2022.

636108.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

███ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

Dated: August 29, 2023

SAGASER, WATKINS & WIELAND PC

By: _____
William M. Woolman
Attorneys for Oral E. Micham Inc.

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

14

636108.1-000500.00200

<div style="text-align:left">SAGASER, WATKINS & WIELAND PC<br>ATTORNEYS AT LAW<br>5260 North Palm Avenue, Suite 400<br>Fresno, California 93704<br>Telephone (559) 421-7000</div>

## PROOF OF SERVICE

### (FRCP(5))

### STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

On August 29, 2023, I served the following document(s) described as ▮▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2023, at Fresno, California.

_____
Dayana Ochoa

1
**PROOF OF SERVICE**

**SERVICE LIST**

Zach Timm
**K&L GATES, LLP**
10100 Santa Monica Blvd.,8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5554
Email: zach.timm@klgates.com

Jonathon Phillips
Catherine Owens
**LARSON LLP**
555 South Flower Street, Suite 4400
Telephone: (213) 436-4888
Los Angeles, CA 90071
Email: jphillips@larsonllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

636126.1-000500.00200

1 | William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
2 | 5260 North Palm Avenue, Suite 400
Fresno, California 93704
3 | Telephone: (559) 421-7000
Facsimile: (559) 473-1483
4 |
5 | Attorneys for ██████████████

6 | **UNITED STATES DISTRICT COURT**

7 | **CENTRAL DISTRICT OF CALIFORNIA**

8 | CITIZENS BUSINESS BANK,      Case No.:    5:22-cv-01473-FLA-SP

9 |      Plaintiff,

**RESPONSE TO THE SUBPOENA TO**
10 | v.      **PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO**
11 | MISSION BANK, et al.      **PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**
12 |      Defendant.

14 | **PROPOUNDING PARTY:**      **CITIZENS BUSINESS BANK**

15 | **RESPONDING PARTY:**      **BILL AND TANYA MILLER**

16 | Respondent ██████████████ (collectively "██████ submit this response to the

17 | Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a

18 | Civil Action propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

19 | **GENERAL OBJECTIONS**

20 | ██████████ makes the following General Objections, whether or not set forth in the response

21 | to the requests:

22 |     1.    ██████ objects to the requests to the extent they purport to require disclosure of

23 | information and communications protected from disclosure by an applicable privilege, immunity,

24 | doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work

25 | product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure

26 | of which would cause economic or other injury to ██████████

27 | ///

28 |

1

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2.        ███████ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.        ███████ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive.  (FRCP 26.) ███████ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.        ███████ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ███████ and otherwise designed to put ███████ to unreasonable and needless expense.

5.        ███████ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ███████ and otherwise designed to put ███████ to unreasonable and needless expense.

6.        ███████ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.        ███████ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.        ███████ objects to the definitions set forth in the request to the extent they require any act or obligation of ███████ not required by the Federal Rules of Civil Procedure or the Local Rules for the Central District of California.

///

2

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

1    Without waiving the foregoing General Objections, ███████ expressly incorporates herein

2    by reference its General Objections in each of the individual responses set forth below, as if fully

3    restated herein.

4    Subject to and without waiving these General Objections, or any other objections or claims

5    of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

6    **RESPONSES TO DOCUMENTS REQUESTS**

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

9    occurred on or before March 14, 2022.

10    **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

11    ███████ objects to this request as overbroad, and unduly burdensome in that ███████ is

12    informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

13    Mission Bank is the better source for the information sought. ███████ also objects to this request

14    as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

15    seeks communications from family members connected to ███████████ further objects to

16    the extent this request seeks any information protected by the attorney-client privilege and attorney

17    work-product privilege. Without waiving these objections. ███████ is informed and believes that

18    Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all

19    of these objections after that motion is finally decided.

20    **REQUEST FOR PRODUCTION NO. 2:**

21    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

22    after March 14, 2022.

23    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

24    ███████ objects to this request as overbroad, and unduly burdensome in that ███████ is

25    informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

26    Mission Bank is the better source for the information sought. ███████ also objects to this request

27    as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

3

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

seeks communications from family members connected to ████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with MISSION).

**RESPONSE TO REQUEST FOR PRODUCTION NO.3:**

████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

1   2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

2   MISSION).

3   **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

4   ▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation

5   and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served

6   upon Defendant Mission Bank, and that Mission Bank is the better source for the information

7   sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

8   proprietary right(s), including to the extent it seeks communications from family members

9   connected to ▮▮▮ further objects to the extent this request seeks any information

10  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

11  these objections. ▮▮▮ is informed and believes that Mission Bank is moving to quash this

12  subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is

13  finally decided.

14  **REQUEST FOR PRODUCTION NO. 5:**

15  All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

16  leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

17  beginning to bank with MISSION.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

19  ▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation

20  and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served

21  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

22  sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

23  proprietary right(s), including to the extent it seeks communications from family members

24  connected to ▮▮▮ further objects to the extent this request seeks any information

25  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

26  these objections. ▮▮▮ is informed and believes that Mission Bank is moving to quash this

27  subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is

28  finally decided.

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

5

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

**REQUEST FOR PRODUCTION NO. 6:**

All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14, 2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

███████ objects to this request overbroad and unduly burdensome in that ████████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███████ is informed and believes that Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 7:**

All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14, 2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

███████ objects to this request as overbroad and unduly burdensome in that ████████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████████████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███████ is informed and believes that

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

6

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

1    Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all

2    of these objections after that motion is finally decided.

3    **REQUEST FOR PRODUCTION NO. 8:**

4        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

5    that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14,

6    2022.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

8        ███████ objects to this request as unduly burdensome in that ███████ is informed and

9    believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

10    the better source for the information sought. ███████ also objects to this request as violative of its

11    right to privacy and infringing on its proprietary right(s), including to the extent it seeks

12    communications from family members connected to ███████ ███████ further objects to the

13    extent this request seeks any information protected by the attorney-client privilege and attorney

14    work-product privilege. Without waiving these objections. ███████ is informed and believes that

15    Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all

16    of these objections after that motion is finally decided.

17    **REQUEST FOR PRODUCTION NO. 9:**

18        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

19    SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

20    **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

21        ███████ objects to this request as unduly burdensome in that ███████ is informed and

22    believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

23    the better source for the information sought. ███████ also objects to this request as violative of its

24    right to privacy and infringing on its proprietary right(s), including to the extent it seeks

25    communications from family members connected to ███████ ███████ further objects to the

26    extent this request seeks any information protected by the attorney-client privilege and attorney

27    work-product privilege. Without waiving these objections. ███████ is informed and believes that

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

7

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

1 Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all

2 of these objections after that motion is finally decided.

3 **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4 **FORMER SUNCREST/CBB EMPLOYEES**

5 **REQUEST FOR PRODUCTION NO. 10:**

6 All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

7 SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

9 ███████ objects to this request as unduly burdensome in that ███████ is informed and

10 believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

11 the better source for the information sought. ███████ also objects to this request as violative of its

12 right to privacy and infringing on its proprietary right(s), including to the extent it seeks

13 communications from family members connected to ███████ ███████ further objects to the

14 extent this request seeks any information protected by the attorney-client privilege and attorney

15 work-product privilege. Without waiving these objections. ███████ is informed and believes that

16 Mission Bank is moving to quash this subpoena and ███████ is willing to reconsider some or all

17 of these objections after that motion is finally decided.

18 **REQUEST FOR PRODUCTION NO. 11:**

19 All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

20 SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

22 ███████ objects to this request as unduly burdensome in that ███████ is informed and

23 believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

24 the better source for the information sought. ███████ also objects to this request as violative of its

25 right to privacy and infringing on its proprietary right(s), including to the extent it seeks

26 communications from family members connected to ███████ ███████ further objects to the

27 extent this request seeks any information protected by the attorney-client privilege and attorney

28

8

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** IN A CIVIL
ACTION

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636145.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    work-product privilege. Without waiving these objections. ▮▮▮▮ is informed and believes that

2    Mission Bank is moving to quash this subpoena and ▮▮▮▮ is willing to reconsider some or all

3    of these objections after that motion is finally decided.

4    **REQUEST FOR PRODUCTION NO. 12:**

5         All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

6    SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

7    efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

8    SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

9    on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

10    or otherwise banking with MISSION).

11    **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

12        ▮▮▮▮ objects to this request as overbroad, calling for speculation and unduly

13    burdensome in that ▮▮▮▮ is informed and believes that it duplicates requests served upon

14    Defendant Mission Bank, and that Mission Bank is the better source for the information

15    sought. ▮▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

16    proprietary right(s), including to the extent it seeks communications from family members

17    connected to ▮▮▮▮ further objects to the extent this request seeks any information

18    protected by the attorney-client privilege and attorney work-product privilege. Without waiving

19    these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this

20    subpoena and ▮▮▮▮ is willing to reconsider some or all of these objections after that motion is

21    finally decided.

22    **REQUEST FOR PRODUCTION NO. 13:**

23        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24    SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

25    to get YOU to open new accounts with MISSION (and/or to no longer bank with

26    SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

27

28

▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

1   March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

2   banking with MISSION).

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

4   ▮▮▮▮ objects to this request as overbroad, calling for speculation and unduly

5   burdensome in that ▮▮▮▮ is informed and believes that it duplicates requests served upon

6   Defendant Mission Bank, and that Mission Bank is the better source for the information

7   sought. ▮▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

8   proprietary right(s), including to the extent it seeks communications from family members

9   connected to ▮▮▮▮▮▮▮ further objects to the extent this request seeks any information

10  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

11  these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this

12  subpoena and ▮▮▮▮ is willing to reconsider some or all of these objections after that motion is

13  finally decided.

14  **REQUEST FOR PRODUCTION NO. 14:**

15  All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER

16  SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening

17  accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

19  ▮▮▮▮ objects to this request as vague and ambiguous, overbroad, and unduly

20  burdensome in that ▮▮▮▮ is informed and believes that it duplicates requests served upon

21  Defendant Mission Bank, and that Mission Bank is the better source for the information

22  sought. ▮▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

23  proprietary right(s), including to the extent it seeks communications from family members

24  connected to ▮▮▮▮▮▮▮ further objects to the extent this request seeks any information

25  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

26  these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

10

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION**

1  subpoena and ███████ is willing to reconsider some or all of these objections after that motion is
2  finally decided.

3  **REQUEST FOR PRODUCTION NO. 15:**

4      All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB
5  EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or
6  anyone other than SU\'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,
7  SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

9      ███████ objects to this request as overbroad, calling for speculation and unduly
10 burdensome in that ███████ is informed and believes that it duplicates requests served upon
11 Defendant Mission Bank, and that Mission Bank is the better source for the information
12 sought. ███████ also objects to this request as violative of its right to privacy and infringing on its
13 proprietary right(s), including to the extent it seeks communications from family members
14 connected to ███████████ further objects to the extent this request seeks any information
15 protected by the attorney-client privilege and attorney work-product privilege. Without waiving
16 these objections. ███████ is informed and believes that Mission Bank is moving to quash this
17 subpoena and ███████ is willing to reconsider some or all of these objections after that motion is
18 finally decided.

19 **REQUEST FOR PRODUCTION NO. 16:**

20     All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB
21 EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone
22 other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents,
23 SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

25     ███████ objects to this request as overbroad, calling for speculation and unduly
26 burdensome in that ███████ is informed and believes that it duplicates requests served upon
27 Defendant Mission Bank, and that Mission Bank is the better source for the information

28

11

636145.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1   sought. ▮▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

2   proprietary right(s), including to the extent it seeks communications from family members

3   connected to ▮▮▮▮▮▮ further objects to the extent this request seeks any information

4   protected by the attorney-client privilege and attorney work-product privilege. Without waiving

5   these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this

6   subpoena and ▮▮▮▮ is willing to reconsider some or all of these objections after that motion is

7   finally decided.

8   **REQUEST FOR PRODUCTION NO. 17:**

9       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and

10  FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO

11  SUNCREST/CBB that were sent or received on or before March 14, 2022.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

13      ▮▮▮▮ objects to this request as overbroad, and unduly burdensome in that ▮▮▮▮ is

14  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

15  Mission Bank is the better source for the information sought. ▮▮▮▮ also objects to this request

16  as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

17  seeks communications from family members connected to ▮▮▮▮▮▮ further objects to

18  the extent this request seeks any information protected by the attorney-client privilege and attorney

19  work-product privilege. Without waiving these objections. ▮▮▮▮ is informed and believes that

20  Mission Bank is moving to quash this subpoena and ▮▮▮▮ is willing to reconsider some or all

21  of these objections after that motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 18:**

23      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

24  SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent

25  or received after March 14, 2022.

26  ///

27  ///

28

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636145.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

▮▮▮ objects to this request as overbroad and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ▮▮▮ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ▮▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH SUNCREST/CBB AND/OR MISSION**

**REQUEST FOR PRODUCTION NO. 19:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-parties (INCLUDING escrow agents, title companies, appraisers, entities providing any environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits, loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened with MISSION that were sent on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ▮▮▮, further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving

13

▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636145.1-000500.00200

1   these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this
2   subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is
3   finally decided.

4   **REQUEST FOR PRODUCTION NO. 20:**

5       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-
6   parties (INCLUDING escrow agents, title companies, appraisers, entities providing any
7   environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other
8   business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION
    that were sent after March 14, 2022.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

10      ▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation
11  and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served
12  upon Defendant Mission Bank, and that Mission Bank is the better source for the information
13  sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its
14  proprietary right(s), including to the extent it seeks communications from family members
15  connected to ▮▮▮▮ further objects to the extent this request seeks any information
16  protected by the attorney-client privilege and attorney work-product privilege. Without waiving
17  these objections. ▮▮▮ is informed and believes that Mission Bank is moving to quash this
18  subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is
19  finally decided.

20

21  Dated: August 30, 2023       **SAGASER, WATKINS & WIELAND PC**

22

23              By:

24               William M. Woolman
                 Attorneys for ▮▮▮▮

25

26

27

28

▮▮▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636145.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**PROOF OF SERVICE**

(FRCP(5))

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

On August 30, 2023, I served the following document(s) described as ▮▮▮▮▮
▮▮▮▮▮ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 30, 2023, at Fresno, California.

Dayana Ochoa

1
**PROOF OF SERVICE**

636145.1-000500.00200

**SERVICE LIST**

Zach Timm
**K&L GATES, LLP**
10100 Santa Monica Blvd.,8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5554
Email: zach.timm@klgates.com

Jonathon Phillips
Catherine Owens
**LARSON LLP**
555 South Flower Street, Suite 4400
Telephone: (213) 436-4888
Los Angeles,  CA 90071
Email: jphillips@larsonllp.com

**PROOF OF SERVICE**

636145.1-000500.00200

William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorney for ███████████████████

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, et al.<br><br>Defendant. | Case No.:    5:22-cv-01473-FLA-SP<br><br>**BILL AND TANYA MILLER FAMILY LIMITED PARTNERSHIP'S RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

**PROPOUNDING PARTY:**      **CITIZENS BUSINESS BANK**

**RESPONDING PARTY:**      **BILL AND TANYA MILLER FAMILY LIMITED**

**PARTNERSHIP**

Respondent ████████████████████████ ("█████ submit this

response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection

of Premises in a Civil Action propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

### GENERAL OBJECTIONS

█████ makes the following General Objections, whether or not set forth in the response to

the requests:

1.      █████ objects to the requests to the extent they purport to require disclosure of

information and communications protected from disclosure by an applicable privilege, immunity,

doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work

product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure

1

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1    of which would cause economic or other injury to █████.

2      2.    █████ objects to the requests to the extent they seek information and documents that

3 are neither relevant to the subject matter of this action nor reasonably calculated to lead to the

4 discovery of admissible evidence.

5      3.    █████ objects to the requests to the extent they seek information that is

6 presumptively within the possession, custody, or control of Plaintiff and also obtainable from some

7 other source that is more convenient, less burdensome and less expensive. (FRCP 26.) █████ will

8 not produce any documents requested where such document is equally available to all of the parties

9 or already provided to Plaintiff or his counsel.

10      4.    █████ objects to the requests, including but not limited to, the use of defined terms

11 in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome

12 and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass

13 █████ and otherwise designed to put █████ to unreasonable and needless expense.

14      5.    █████ objects to the requests to the extent that the requests are overbroad, vague,

15 ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of

16 permissible discovery and calculated to harass █████ and otherwise designed to put █████ to

17 unreasonable and needless expense.

18      6.    █████ objects to the requests to the extent they seek the discovery of electronic

19 information from sources that are not reasonably accessible because of undue burden and cost.

20      7.    █████ objects to the requests to the extent that the requests seek confidential

21 documents and/or information, the disclosure of which would constitute an unwarranted invasion of

22 constitutionally and statutorily protected rights to business and/or personal privacy and

23 confidentiality, and/or trade secrets or other confidential information or documents, or otherwise

24 protected from disclosure pursuant to California Constitution, Article I, section 1.

25      8.    █████ objects to the definitions set forth in the request to the extent they require any

26 act or obligation of the █████ not required by the Federal Rules of Civil Procedure or the Local

27 Rules for the Central District of California.

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

28

2

**RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

1    Without waiving the foregoing General Objections, ███ expressly incorporates herein by

2    reference its General Objections in each of the individual responses set forth below, as if fully

3    restated herein.

4    Subject to and without waiving these General Objections, or any other objections or claims

5    of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

6    **RESPONSES TO DOCUMENTS REQUESTS**

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

9    occurred on or before March 14, 2022.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

11   ███ objects to this request as overbroad, and unduly burdensome in that ███ is

12   informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

13   Mission Bank is the better source for the information sought. ███ also objects to this request as

14   violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

15   seeks communications from family members connected to ███ further objects to the

16   extent this request seeks any information protected by the attorney-client privilege and attorney

17   work-product privilege. Without waiving these objections. ███ is informed and believes that

18   Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of

19   these objections after that motion is finally decided.

20   **REQUEST FOR PRODUCTION NO. 2:**

21   All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

22   after March 14, 2022.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

24   ███ objects to this request as overbroad, and unduly burdensome in that ███ is

25   informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

26   Mission Bank is the better source for the information sought. ███ also objects to this request as

27   violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

28

3

**RESPONSE TO THE
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1   seeks communications from family members connected to ▮▮▮▮ further objects to the

2   extent this request seeks any information protected by the attorney-client privilege and attorney

3   work-product privilege. Without waiving these objections. ▮▮▮ is informed and believes that

4   Mission Bank is moving to quash this subpoena and ▮▮▮ is willing to reconsider some or all of

5   these objections after that motion is finally decided.

6   **REQUEST FOR PRODUCTION NO. 3:**

7       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

8   relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

9   bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March

10  14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking

11  with MISSION).

12  **RESPONSE TO REQUEST FOR PRODUCTION NO.3:**

13      ▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation

14  and unduly burdensome in that ▮▮▮ is informed and believes that it duplicates requests served

15  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ▮▮▮ ▮▮▮ further objects to the extent this request seeks any information

19  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

20  these objections. ▮▮▮ is informed and believes that Mission Bank is moving to quash this

21  subpoena and ▮▮▮ is willing to reconsider some or all of these objections after that motion is

22  finally decided.

23  **REQUEST FOR PRODUCTION NO. 4:**

24      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

25  relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

26  bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

▮▮▮▮▮ **RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

1    2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

2    MISSION).

3    **RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

4    ██████ objects to this request as vague and ambiguous, overbroad, calling for speculation

5    and unduly burdensome in that ██████ is informed and believes that it duplicates requests served

6    upon Defendant Mission Bank, and that Mission Bank is the better source for the information

7    sought. ██████ also objects to this request as violative of its right to privacy and infringing on its

8    proprietary right(s), including to the extent it seeks communications from family members

9    connected to ██████ ██████ further objects to the extent this request seeks any information

10    protected by the attorney-client privilege and attorney work-product privilege. Without waiving

11    these objections. ██████ is informed and believes that Mission Bank is moving to quash this

12    subpoena and ██████ is willing to reconsider some or all of these objections after that motion is

13    finally decided.

14    **REQUEST FOR PRODUCTION NO. 5:**

15    All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU

16    leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise

17    beginning to bank with MISSION.

18    **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

19    ██████ objects to this request as vague and ambiguous, overbroad, calling for speculation

20    and unduly burdensome in that ██████ is informed and believes that it duplicates requests served

21    upon Defendant Mission Bank, and that Mission Bank is the better source for the information

22    sought. ██████ also objects to this request as violative of its right to privacy and infringing on its

23    proprietary right(s), including to the extent it seeks communications from family members

24    connected to ██████ ██████ further objects to the extent this request seeks any information

25    protected by the attorney-client privilege and attorney work-product privilege. Without waiving

26    these objections. ██████ is informed and believes that Mission Bank is moving to quash this

27    subpoena and ██████ is willing to reconsider some or all of these objections after that motion is

28    finally decided.

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

5

636148.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  **REQUEST FOR PRODUCTION NO. 6:**

2      All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14,

3  2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

4  SUNCREST/CBB account statements.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6      ███ objects to this request overbroad and unduly burdensome in that ███ is informed

7  and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

8  is the better source for the information sought. ███ also objects to this request as violative of its

9  right to privacy and infringing on its proprietary right(s), including to the extent it seeks

10  communications from family members connected to ███ further objects to the extent

11  this request seeks any information protected by the attorney-client privilege and attorney work-

12  product privilege. Without waiving these objections. ███ is informed and believes that Mission

13  Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these

14  objections after that motion is finally decided.

15  **REQUEST FOR PRODUCTION NO. 7:**

16      All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14,

17  2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

18  SUNCREST/CBB account statements.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

20      ███ objects to this request as overbroad and unduly burdensome in that ███ is

21  informed and believes that it duplicates requests served upon Defendant Mission Bank, and that

22  Mission Bank is the better source for the information sought. ███ also objects to this request as

23  violative of its right to privacy and infringing on its proprietary right(s), including to the extent it

24  seeks communications from family members connected to ███ further objects to the

25  extent this request seeks any information protected by the attorney-client privilege and attorney

26  work-product privilege. Without waiving these objections. ███ is informed and believes that

27

28

6

███ **RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

1  Mission Bank is moving to quash this subpoena and ▮▮▮▮ is willing to reconsider some or all of
2  these objections after that motion is finally decided.

3  **REQUEST FOR PRODUCTION NO. 8:**

4      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION
5  that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14,
6  2022.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

8      ▮▮▮▮ objects to this request as unduly burdensome in that ▮▮▮▮ is informed and believes
9  that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better
10 source for the information sought. ▮▮▮▮ also objects to this request as violative of its right to
11 privacy and infringing on its proprietary right(s), including to the extent it seeks communications
12 from family members connected to ▮▮▮▮ further objects to the extent this request seeks
13 any information protected by the attorney-client privilege and attorney work-product privilege.
14 Without waiving these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to
15 quash this subpoena and ▮▮▮▮ is willing to reconsider some or all of these objections after that
   motion is finally decided.

16 **REQUEST FOR PRODUCTION NO. 9:**

17     All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER
18 SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

20     ▮▮▮▮ objects to this request as unduly burdensome in that ▮▮▮▮ is informed and believes
21 that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better
22 source for the information sought. ▮▮▮▮ also objects to this request as violative of its right to
23 privacy and infringing on its proprietary right(s), including to the extent it seeks communications
24 from family members connected to ▮▮▮▮ further objects to the extent this request seeks
25 any information protected by the attorney-client privilege and attorney work-product privilege.
26 Without waiving these objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

7

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

1  quash this subpoena and ▇▇▇ is willing to reconsider some or all of these objections after that

2  motion is finally decided.

3  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4  **FORMER SUNCREST/CBB EMPLOYEES**

5  **REQUEST FOR PRODUCTION NO. 10:**

6      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

7  SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

9      ▇▇▇ objects to this request as unduly burdensome in that ▇▇▇ is informed and believes

10 that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

11 source for the information sought. ▇▇▇ also objects to this request as violative of its right to

12 privacy and infringing on its proprietary right(s), including to the extent it seeks communications

13 from family members connected to ▇▇▇▇▇ further objects to the extent this request seeks

14 any information protected by the attorney-client privilege and attorney work-product privilege.

15 Without waiving these objections. ▇▇▇ is informed and believes that Mission Bank is moving to

16 quash this subpoena and ▇▇▇ is willing to reconsider some or all of these objections after that

17 motion is finally decided.

18 **REQUEST FOR PRODUCTION NO. 11:**

19     All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

20 SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

22     ▇▇▇ objects to this request as unduly burdensome in that ▇▇▇ is informed and believes

23 that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

24 source for the information sought. ▇▇▇ also objects to this request as violative of its right to

25 privacy and infringing on its proprietary right(s), including to the extent it seeks communications

26 from family members connected to ▇▇▇▇▇ further objects to the extent this request seeks

27 any information protected by the attorney-client privilege and attorney work-product privilege.

28

**RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

636148.1-000500.00200

1  Without waiving these objections. ███ is informed and believes that Mission Bank is moving to

2  quash this subpoena and ███ is willing to reconsider some or all of these objections after that

3  motion is finally decided.

4  **REQUEST FOR PRODUCTION NO. 12:**

5        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

6  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

7  efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

8  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

9  on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

10  or otherwise banking with MISSION).

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

12        ███ objects to this request as overbroad, calling for speculation and unduly burdensome

13  in that ███ is informed and believes that it duplicates requests served upon Defendant Mission

14  Bank, and that Mission Bank is the better source for the information sought. ███ also objects to

15  this request as violative of its right to privacy and infringing on its proprietary right(s), including to

16  the extent it seeks communications from family members connected to ███  ███ further

17  objects to the extent this request seeks any information protected by the attorney-client privilege

18  and attorney work-product privilege. Without waiving these objections. ███ is informed and

19  believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider

20  some or all of these objections after that motion is finally decided.

21  **REQUEST FOR PRODUCTION NO. 13:**

22        All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

23  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

24  to get YOU to open new accounts with MISSION (and/or to no longer bank with

25  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

26  March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

27  banking with MISSION).

28

9

███ **RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

███ objects to this request as overbroad, calling for speculation and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

███ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 15:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or

10

███ **RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

1  anyone other than SU\\[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

2  SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

4  ███ objects to this request as overbroad, calling for speculation and unduly burdensome

5  in that ███ is informed and believes that it duplicates requests served upon Defendant Mission

6  Bank, and that Mission Bank is the better source for the information sought. ███ also objects to

7  this request as violative of its right to privacy and infringing on its proprietary right(s), including to

8  the extent it seeks communications from family members connected to ███ ███ further

9  objects to the extent this request seeks any information protected by the attorney-client privilege

10 and attorney work-product privilege. Without waiving these objections. ███ is informed and

11 believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider

12 some or all of these objections after that motion is finally decided.

13 **REQUEST FOR PRODUCTION NO. 16:**

14 All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

15 EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone

16 other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

17 SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

19 ███ objects to this request as overbroad, calling for speculation and unduly burdensome

20 in that ███ is informed and believes that it duplicates requests served upon Defendant Mission

21 Bank, and that Mission Bank is the better source for the information sought. ███ also objects to

22 this request as violative of its right to privacy and infringing on its proprietary right(s), including to

23 the extent it seeks communications from family members connected to ███ ███ further

24 objects to the extent this request seeks any information protected by the attorney-client privilege

25 and attorney work-product privilege. Without waiving these objections. ███ is informed and

26 believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider

27 some or all of these objections after that motion is finally decided.

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

11

**RESPONSE TO THE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT**
**INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

███████ objects to this request as overbroad, and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

███████ objects to this request as overbroad and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

12

636148.1-000500.00200

1  Mission Bank is moving to quash this subpoena and ▇▇▇ is willing to reconsider some or all of

2  these objections after that motion is finally decided.

3  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4  **THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH**

5  **SUNCREST/CBB AND/OR MISSION**

6  **REQUEST FOR PRODUCTION NO. 19:**

7      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

8  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

9  environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits,

10  loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened

11  with MISSION that were sent on or before March 14, 2022.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

13      ▇▇▇ objects to this request as vague and ambiguous, overbroad, calling for speculation

14  and unduly burdensome in that ▇▇▇ is informed and believes that it duplicates requests served

15  upon Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ▇▇▇ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ▇▇▇ ▇▇▇ further objects to the extent this request seeks any information

19  protected by the attorney-client privilege and attorney work-product privilege. Without waiving

20  these objections. ▇▇▇ is informed and believes that Mission Bank is moving to quash this

21  subpoena and ▇▇▇ is willing to reconsider some or all of these objections after that motion is

22  finally decided.

23  **REQUEST FOR PRODUCTION NO. 20:**

24      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

25  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

26  environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other

27  business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION

28  that were sent after March 14, 2022.

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

13

**RESPONSE TO THE
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES IN A CIVIL ACTION**

636148.1-000500.00200

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

███ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

Dated:  August 30, 2023

SAGASER, WATKINS & WIELAND PC

By: _____

William M. Woolman
Attorneys for ███████

14

636148.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

## PROOF OF SERVICE

2

### (FRCP(5))

3

### STATE OF CALIFORNIA, COUNTY OF FRESNO

4

I am employed in the County of Fresno, State of California.  I am over the age of 18 years
and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400,

5

Fresno, California 93704.

6

On August 30, 2023, I served the following document(s) described as ███████████████

7

███████████████████████ **RESPONSE TO THE SUBPOENA TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by

8

placing a true copy thereof enclosed in sealed envelopes addressed as follows:

9

### SEE ATTACHED SERVICE LIST

10

11

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary
business practices.  I am readily familiar with the firm's practice for collection and
processing correspondence for mailing.  On the same day that correspondence placed for

12

collection and mailing, it is deposited in the ordinary course of business with the United
States Postal Service in a sealed envelope with postage fully prepaid.

13

14

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc.,
Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the
parties shown herein at the fax number(s) listed above or on the attached Service List.

15

No error was reported by the fax machine that I used.  A copy of the fax transmission
will be maintained with the original document at this office.

16

17

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope.  I
caused said envelope to be handed to our messenger service to be delivered by hand to

18

the above address(es).

19

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above.
(Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such

20

recipient and email confirmation is attached hereto indicating the recipients' email
address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

21

22

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

23

Executed on August 30, 2023, at Fresno, California.

24

25

26

Dayana Ochoa

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

## PROOF OF SERVICE

636148.1-000500.00200

1

## SERVICE LIST

2

3   Zach Timm
    **K&L GATES, LLP**
    10100 Santa Monica Blvd.,8th Floor

4   Los Angeles, CA 90067
    Telephone: (310) 552-5554

5   Email: zach.timm@klgates.com

6   Jonathon Phillips
    Catherine Owens
    **LARSON LLP**

7   555 South Flower Street, Suite 4400
    Telephone: (213) 436-4888

8   Los Angeles,  CA 90071
    Email: jphillips@larsonllp.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

636148.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorney for ███████

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CITIZENS BUSINESS BANK, | Case No.: | 5:22-cv-01473-FLA-SP |
|---|---|---|
| Plaintiff, | **MILLER REALTY INVESTMENT, LLC'S RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** | |
| v. | | |
| MISSION BANK, et al. | | |
| Defendant. | | |

**PROPOUNDING PARTY:**      **CITIZENS BUSINESS BANK**

**RESPONDING PARTY:**      **MILLER REALTY INVESTMENT, LLC**

Respondent ███████████████ ("███ submits this response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action propounded by Plaintiff, Citizens Business Bank ("Plaintiff").

## **GENERAL OBJECTIONS**

███ makes the following General Objections, whether or not set forth in the response to the requests:

1.   ███ objects to the requests to the extent they purport to require disclosure of information and communications protected from disclosure by an applicable privilege, immunity, doctrine or rule of law, including without limitation, the attorney-client privilege, the attorney-work product doctrine, and/or is in the nature of confidential information or trade secrets, the disclosure of which would cause economic or other injury to ███

///

1

███████████**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

2.     ███ objects to the requests to the extent they seek information and documents that are neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.     ███ objects to the requests to the extent they seek information that is presumptively within the possession, custody, or control of Plaintiff and also obtainable from some other source that is more convenient, less burdensome and less expensive.  (FRCP 26.)  ███ will not produce any documents requested where such document is equally available to all of the parties or already provided to Plaintiff or his counsel.

4.     ███ objects to the requests, including but not limited to, the use of defined terms in the requests, to the extent they are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

5.     ███ objects to the requests to the extent that the requests are overbroad, vague, ambiguous, compound, unduly burdensome and oppressive, improper, and/or beyond the scope of permissible discovery and calculated to harass ███ and otherwise designed to put ███ to unreasonable and needless expense.

6.     ███ objects to the requests to the extent they seek the discovery of electronic information from sources that are not reasonably accessible because of undue burden and cost.

7.     ███ objects to the requests to the extent that the requests seek confidential documents and/or information, the disclosure of which would constitute an unwarranted invasion of constitutionally and statutorily protected rights to business and/or personal privacy and confidentiality, and/or trade secrets or other confidential information or documents, or otherwise protected from disclosure pursuant to California Constitution, Article I, section 1.

8.     ███ objects to the definitions set forth in the request to the extent they require any act or obligation of the ███ not required by the Federal Rules of Civil Procedure or the Local Rules for the Central District of California.

///

2

636165.1-000500.00200

1    Without waiving the foregoing General Objections, ▮ expressly incorporates herein by

2    reference its General Objections in each of the individual responses set forth below, as if fully

3    restated herein.

4    Subject to and without waiving these General Objections, or any other objections or claims

5    of privilege, Respondent hereby responds and objects to Plaintiff's Requests, as follows:

6    <center>**RESPONSES TO DOCUMENTS REQUESTS**</center>

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that

9    occurred on or before March 14, 2022.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

11   ▮ objects to this request as overbroad, and unduly burdensome in that ▮ is informed

12   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

13   is the better source for the information sought. ▮ also objects to this request as violative of its

14   right to privacy and infringing on its proprietary right(s), including to the extent it seeks

15   communications from family members connected to ▮ further objects to the extent this

16   request seeks any information protected by the attorney-client privilege and attorney work-product

17   privilege. Without waiving these objections. ▮ is informed and believes that Mission Bank is

18   moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after

19   that motion is finally decided.

20   **REQUEST FOR PRODUCTION NO. 2:**

21   All DOCUMENTS and COMMUNICATIONS between YOU and MISSION that occurred

22   after March 14, 2022.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

24   ▮ objects to this request as overbroad, and unduly burdensome in that ▮ is informed

25   and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

26   is the better source for the information sought. ▮ also objects to this request as violative of its

27   right to privacy and infringing on its proprietary right(s), including to the extent it seeks

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

<center>3</center>

▮ **RESPONSE TO THE SUBPOENA TO PRODUCE**
**DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN**
**A CIVIL ACTION**

636165.1-000500.00200

1  communications from family members connected to ▮▮▮ further objects to the extent this

2  request seeks any information protected by the attorney-client privilege and attorney work-product

3  privilege. Without waiving these objections. ▮ is informed and believes that Mission Bank is

4  moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after

5  that motion is finally decided.

6  **REQUEST FOR PRODUCTION NO. 3:**

7       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

8  relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

9  bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred on or before March

10  14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking

11  with MISSION).

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

13       ▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and

14  unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon

15  Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ▮ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ▮▮▮ further objects to the extent this request seeks any information protected

19  by the attorney-client privilege and attorney work-product privilege. Without waiving these

20  objections. ▮ is informed and believes that Mission Bank is moving to quash this subpoena and

21  ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 4:**

23       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION

24  relating to MISSION's efforts to get YOU to open new accounts with MISSION (and/or to no longer

25  bank with SUNCREST/CBB), or otherwise solicit YOUR business that occurred after March 14,

26  2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise banking with

27  MISSION).

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

4

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

636165.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO.4:**

▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ▮ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS RELATING TO MISSION's financial proposals to YOU prior to YOU leaving SUNCREST/CBB and/or opening accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ▮ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ▮ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ▮ is informed and believes that Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 6:**

All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION on or before March 14, 2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

5

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

2  ▮ objects to this request overbroad and unduly burdensome in that ▮ is informed and

3  believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is

4  the better source for the information sought. ▮ also objects to this request as violative of its right

5  to privacy and infringing on its proprietary right(s), including to the extent it seeks communications

6  from family members connected to ▮ further objects to the extent this request seeks any

7  information protected by the attorney-client privilege and attorney work-product privilege. Without

8  waiving these objections. ▮ is informed and believes that Mission Bank is moving to quash this

9  subpoena and ▮ is willing to reconsider some or all of these objections after that motion is finally

10  decided.

11  **REQUEST FOR PRODUCTION NO. 7:**

12  All SUNCREST/CBB DOCUMENTS that YOU sent to MISSION after March 14,

13  2022, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and

14  SUNCREST/CBB account statements.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

16  ▮ objects to this request as overbroad and unduly burdensome in that ▮ is informed

17  and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank

18  is the better source for the information sought. ▮ also objects to this request as violative of its

19  right to privacy and infringing on its proprietary right(s), including to the extent it seeks

20  communications from family members connected to ▮ further objects to the extent this

21  request seeks any information protected by the attorney-client privilege and attorney work-product

22  privilege. Without waiving these objections. ▮ is informed and believes that Mission Bank is

23  moving to quash this subpoena and ▮ is willing to reconsider some or all of these objections after

24  that motion is finally decided.

25  **REQUEST FOR PRODUCTION NO. 8:**

26  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and MISSION that

27  mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

28

6

**RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

██ objects to this request as unduly burdensome in that ██ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ██ ██ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ██ is informed and believes that Mission Bank is moving to quash this subpoena and ██ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

██ objects to this request as unduly burdensome in that ██ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ██ ██ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ██ is informed and believes that Mission Bank is moving to quash this subpoena and ██ is willing to reconsider some or all of these objections after that motion is finally decided.

**DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

**FORMER SUNCREST/CBB EMPLOYEES**

///

///

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

7

██████ **RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

1   **REQUEST FOR PRODUCTION NO. 10:**

2       All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

3   SUNCREST/CBB EMPLOYEES that occurred on or before March 14, 2022.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

5       █ objects to this request as unduly burdensome in that █ is informed and believes that

6   it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

7   source for the information sought. █ also objects to this request as violative of its right to privacy

8   and infringing on its proprietary right(s), including to the extent it seeks communications from

9   family members connected to █ █ further objects to the extent this request seeks any

10  information protected by the attorney-client privilege and attorney work-product privilege. Without

11  waiving these objections. █ is informed and believes that Mission Bank is moving to quash this

12  subpoena and █ is willing to reconsider some or all of these objections after that motion is finally

13  decided.

14  **REQUEST FOR PRODUCTION NO. 11:**

15      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

16  SUNCREST/CBB EMPLOYEES that occurred after March 14, 2022.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

18      █ objects to this request as unduly burdensome in that █ is informed and believes that

19  it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better

20  source for the information sought. █ also objects to this request as violative of its right to privacy

21  and infringing on its proprietary right(s), including to the extent it seeks communications from

22  family members connected to █ █ further objects to the extent this request seeks any

23  information protected by the attorney-client privilege and attorney work-product privilege. Without

24  waiving these objections. █ is informed and believes that Mission Bank is moving to quash this

25  subpoena and █ is willing to reconsider some or all of these objections after that motion is finally

26  decided.

27  ///

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

8

**█RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636165.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
3260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  **REQUEST FOR PRODUCTION NO. 12:**

2      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

3  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S

4  efforts to get YOU to open new accounts with MISSION (and/or to no longer bank with

5  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred

6  on or before March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits

7  or otherwise banking with MISSION).

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

9      ▮ objects to this request as overbroad, calling for speculation and unduly burdensome in

10  that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

11  and that Mission Bank is the better source for the information sought. ▮ also objects to this

12  request as violative of its right to privacy and infringing on its proprietary right(s), including to the

13  extent it seeks communications from family members connected to ▮ further objects to

14  the extent this request seeks any information protected by the attorney-client privilege and attorney

15  work-product privilege. Without waiving these objections. ▮ is informed and believes that

16  Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

17  these objections after that motion is finally decided.

18  **REQUEST FOR PRODUCTION NO. 13:**

19      All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER

20  SUNCREST/CBB EMPLOYEES relating to FORMER SUNCREST/CBB EMPLOYEES'S efforts

21  to get YOU to open new accounts with MISSION (and/or to no longer bank with

22  SUNCREST/CBB), or otherwise solicit YOUR business on behalf of MISSION that occurred after

23  March 14, 2022 (INCLUDING opening accounts, obtaining loans, placing deposits or otherwise

24  banking with MISSION).

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

26      ▮ objects to this request as overbroad, calling for speculation and unduly burdensome in

27  that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

28  

9

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

1   and that Mission Bank is the better source for the information sought. ▮ also objects to this

2   request as violative of its right to privacy and infringing on its proprietary right(s), including to the

3   extent it seeks communications from family members connected to ▮ further objects to

4   the extent this request seeks any information protected by the attorney-client privilege and attorney

5   work-product privilege. Without waiving these objections. ▮ is informed and believes that

6   Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

7   these objections after that motion is finally decided.

8   **REQUEST FOR PRODUCTION NO. 14:**

9         All DOCUMENTS RELATING TO financial proposals sent to YOU by FORMER

10   SUNCREST/CBB EMPLOYEES's prior to YOU leaving SUNCREST/CBB and/or opening

11   accounts, obtaining loans, placing deposits or otherwise beginning to bank with MISSION.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

13         ▮ objects to this request as vague and ambiguous, overbroad, and unduly burdensome in

14   that ▮ is informed and believes that it duplicates requests served upon Defendant Mission Bank,

15   and that Mission Bank is the better source for the information sought. ▮ also objects to this

16   request as violative of its right to privacy and infringing on its proprietary right(s), including to the

17   extent it seeks communications from family members connected to ▮ further objects to

18   the extent this request seeks any information protected by the attorney-client privilege and attorney

19   work-product privilege. Without waiving these objections. ▮ is informed and believes that

20   Mission Bank is moving to quash this subpoena and ▮ is willing to reconsider some or all of

21   these objections after that motion is finally decided.

22   **REQUEST FOR PRODUCTION NO. 15:**

23         All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB

24   EMPLOYEES on or before March 14, 2022, which were intended to be used by MISSION and/or

25   anyone other than SUV'[CREST/CBB, INCLUDING SUNCREST/CBB pricing documents,

26   SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

27

28                         10

▮ **RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636165.1-000500.00200

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

███ objects to this request as overbroad, calling for speculation and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 16:**

All SUNCREST/CBB DOCUMENTS that YOU sent to FORMER SUNCREST/CBB EMPLOYEES after March 14, 2022, which were intended to be used by MISSION and/or anyone other than SUNCREST/CBB, INCLUDING SUNCREST/CBB pricing documents, SUNCREST/CBB agreements, and SUNCREST/CBB account statements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

███ objects to this request as overbroad, calling for speculation and unduly burdensome in that ███ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ███ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ███ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ███ is informed and believes that Mission Bank is moving to quash this subpoena and ███ is willing to reconsider some or all of these objections after that motion is finally decided.

///

11

███████ **RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636165.1-000500.00200

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received on or before March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

████ objects to this request as overbroad, and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ██████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS and COMMUNICATIONS exchanged between YOU and FORMER SUNCREST/CBB EMPLOYEES that mention or RELATE TO SUNCREST/CBB that were sent or received after March 14, 2022.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

████ objects to this request as overbroad and unduly burdensome in that ████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ██████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections. ████ is informed and believes that Mission Bank is

12

████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1  moving to quash this subpoena and ▮▮▮▮ is willing to reconsider some or all of these objections after

2  that motion is finally decided.

3  **DOCUMENTS PERTAINING TO YOUR COMMUNICATIONS/INTERACTIONS WITH**

4  **THIRD-PARTIES (E.G., VENDORS) THAT RELATE TO YOUR RELATIONSHIP WITH**

5  **SUNCREST/CBB AND/OR MISSION**

6  **REQUEST FOR PRODUCTION NO. 19:**

7  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

8  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

9  environmental reports, etc.) that mention or RELATE TO SUNCREST/CBB accounts, deposits,

10  loans, or other business you contemplate opening with SUNCREST/CBB, but ultimately opened

11  with MISSION that were sent on or before March 14, 2022.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

13  ▮▮▮▮ objects to this request as vague and ambiguous, overbroad, calling for speculation and

14  unduly burdensome in that ▮▮▮▮ is informed and believes that it duplicates requests served upon

15  Defendant Mission Bank, and that Mission Bank is the better source for the information

16  sought. ▮▮▮▮ also objects to this request as violative of its right to privacy and infringing on its

17  proprietary right(s), including to the extent it seeks communications from family members

18  connected to ▮▮▮▮▮▮ further objects to the extent this request seeks any information protected

19  by the attorney-client privilege and attorney work-product privilege. Without waiving these

20  objections. ▮▮▮▮ is informed and believes that Mission Bank is moving to quash this subpoena and

21  ▮▮▮ is willing to reconsider some or all of these objections after that motion is finally decided.

22  **REQUEST FOR PRODUCTION NO. 20:**

23  All DOCUMENTS and COMMUNICATIONS exchanged between YOU and any third-

24  parties (INCLUDING escrow agents, title companies, appraisers, entities providing any

25  environmental reports, etc.) that mention or RELATE TO any accounts, deposits, loans, or other

26  business you contemplated opening with SUNCREST/CBB, but ultimately opened with MISSION

27  that were sent after March 14, 2022.

28

13

**RESPONSE TO THE SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN
A CIVIL ACTION**

636165.1-000500.00200

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

██████ objects to this request as vague and ambiguous, overbroad, calling for speculation and unduly burdensome in that ██████ is informed and believes that it duplicates requests served upon Defendant Mission Bank, and that Mission Bank is the better source for the information sought. ██████ also objects to this request as violative of its right to privacy and infringing on its proprietary right(s), including to the extent it seeks communications from family members connected to ████ ████ further objects to the extent this request seeks any information protected by the attorney-client privilege and attorney work-product privilege. Without waiving these objections ██████ is informed and believes that Mission Bank is moving to quash this subpoena and ████ is willing to reconsider some or all of these objections after that motion is finally decided.

Dated:  August 30, 2023

SAGASER, WATKINS & WIELAND PC

By:_____
   William M. Woolman
   Attorneys for Miller Realty Investment, LLC

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

14

RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

636165.1-000500.00200

**PROOF OF SERVICE**

(FRCP(5))

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5260 North Palm Avenue, Suite 400, Fresno, California 93704.

On August 30, 2023, I served the following document(s) described as ███████████ **RESPONSE TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL:** I placed the envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY FAX** Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e) to accept service by fax transmission, I faxed the document(s) to the parties shown herein at the fax number(s) listed above or on the attached Service List. No error was reported by the fax machine that I used. A copy of the fax transmission will be maintained with the original document at this office.

☐ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

☑ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (Fed. Rules Civ. Proc., Rule 5(b)(2)(e)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(e).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 30, 2023, at Fresno, California.

Dayana Ochoa

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

636165.1-000500.00200

1

## SERVICE LIST

2

Zach Timm
**K&L GATES, LLP**
10100 Santa Monica Blvd.,8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5554
Email: zach.timm@klgates.com

3

4

5

6

Jonathon Phillips
Catherine Owens
**LARSON LLP**
555 South Flower Street, Suite 4400
Telephone: (213) 436-4888
Los Angeles, CA 90071
Email: jphillips@larsonllp.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

1

**PROOF OF SERVICE**

636165.1-000500.00200