# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>[Assigned to the Fernando L. Aenell-Rocha]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CITIZENS BUSINESS BANK'S *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Current Trial Date:   June 25, 2024<br><br>Proposed New Trial Date:   August 27, 2024 |

**[PROPOSED] ORDER**

Having considered Plaintiff Citizens Business Bank's ("CBB" or "Plaintiff") Ex Parte Application to Modify the Scheduling Order (the "Application") and good cause appearing, **IT IS HEREBY ORDERED** that the dates set forth in the Court's Scheduling Order entered on November 7, 2023, (Docket Entry 42) are modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | February 9, 2024 | April 12, 2024 |
| Initial Expert Disclosures | February 16, 2024 | April 19, 2024 |
| Rebuttal Expert Disclosures | March 8, 2024 | May 10, 2024 |
| Expert Discovery Cut-Off | March 22, 2024 | May 24, 2024 |
| Last Day to File Rule 56 Motions | March 29, 2024 | May 31, 2024 |
| Last Day to File *Daubert* Motions | April 12, 2024 | June 14, 2024 |
| Oppositions to Rule 56 Motions | April 12, 2024 | June 14, 2024 |
| Replies to Rule 56 Motions | April 19, 2024 | June 21, 2024 |
| Oppositions to *Daubert* Motions | April 26, 2024 | June 28, 2024 |
| Replies to *Daubert* Motions | May 3, 2024 | July 5, 2024 |
| Last Date to Hear Rule 56 Motions | May 3, 2024 | July 5, 2024 |
| Deadline to Complete Settlement Conference | May 10, 2024 | July 12, 2024 |
| Last Day to Hear *Daubert* Motions | May 17, 2024 | July 19, 2024 |
| Trial Filings (First Round) | May 17, 2024 | July 19, 2024 |
| Trial Filings (Second Round) | May 31, 2024 | August 2, 2024 |
| Final Pretrial Conference | June 14, 2024 at 1:30 p.m. | August 16, 2024 at 1:30 p.m. |

1

**[PROPOSED] ORDER**

| | | |
|---|---|---|
| Trial | June 25, 2024 at 8:30 a.m. | August 27, 2024 at 8:30 a.m. |

Date: _____

                                          Honorable Fernando L. Aenlle-Rocha
                                          United States District Judge