REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT I

Message

| | |
|---|---|
| **From:** | Dustin Della [dustin.della@yahoo.com] |
| on behalf of | Dustin Della <dustin.della@yahoo.com> [dustin.della@yahoo.com] |
| **Sent:** | 1/19/2022 5:21:18 PM |
| **To:** | Bryan Easterly [easterlyb@missionbank.com] |
| **Subject:** | ████████████ |
| **Attachments:** | ██████████████████████ |

Bryan,

See attached for your review call with any questions.

Thanks