REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT M

Message

| | |
|---|---|
| From: | Dustin Della [dustin.della@yahoo.com] |
| on behalf of | Dustin Della <dustin.della@yahoo.com> [dustin.della@yahoo.com] |
| Sent: | 2/5/2022 11:37:08 AM |
| To: | Bryan Easterly [easterlyb@missionbank.com] |
| Subject: | ■■■■■■■■■■■■■■■■■■■■■■ |
| Attachments: | ■■■■■■■■■■■■■■■■■■■■■■ |