**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
Ryan Q. Keech (280306)
ryan.keech@klgates.com
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Katherine Ramos (351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000
Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jonathan E. Phillips (SBN 233965)
jphillips@larsonllp.com
Catherine S. Owens (SBN 307626)
cowens@larsonllp.com
Tyler J. Franklin (SBN 324281)
tfranklin@larsonllp.com

*Attorneys for Defendant*
*MISSION BANK*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER**<br><br>Complaint filed:   August 19, 2022<br><br>Current Trial Date:   August 27, 2024<br>New Trial Date:   October 15, 2024 |

**JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE TRIAL SCHEDULING ORDER**

Plaintiff Citizens Business Bank ("CBB" or "Plaintiff"), on the one hand, and Defendant Mission Bank ("Mission" or "Defendant") on the other hand (inclusively of CBB, the "Parties") respectfully submit this Joint Stipulation and Request for Order Modifying the Trial Scheduling Order (DE 68) with reference to the following facts:

WHEREAS, on December 6, 2022, this Court entered an Order re: Schedule of Pretrial and Trial Dates, which set trial in this Action for March 12, 2024 (DE 23);

WHEREAS, on two prior occasions, CBB has filed *ex parte* applications to continue the deadlines in this action, which were both granted on October 13, 2023 (DE 38) and January 29, 2024 (DE 68), respectively;

WHEREAS, since the Court granted CBB's last *ex parte* application, Mission has made seven (7) additional document productions totaling over 75,000 pages, with the productions occurring on February 15, 23, 26, and March 1, 9, 13, and 19, 2024;

WHEREAS, also since the Court granted CBB's last *ex parte* application, multiple third parties have produced documents in response to subpoenas issued in this action by CBB;

WHEREAS, counsel for CBB have multiple unexpected medical considerations, which have been explained to counsel for Mission, and which can be further explained to this Court, if necessary;

WHEREAS, the Parties have been engaged in good faith cooperation and attempts to schedule each of the outstanding depositions in this action. Unfortunately, due to witness and counsel availability (including the aforementioned medical considerations), such depositions were not all able to occur before the current April 12, 2024 fact discovery cut-off;

WHEREAS, the Parties have met and conferred, through counsel, regarding the outstanding tasks and schedule in this action and have agreed that a brief continuance of some deadlines is necessary, both to allow all depositions to be completed, as well as to account for the medical considerations of CBB's counsel; and

WHEREAS, CBB has requested a continuance of the trial and all pre-trial deadlines, including to continue pursuing compliance with previously served written discovery. CBB believes a continuance relating to discovery is necessary as a result of the large amount of recently produced documents by both Mission and third parties. While Mission does not oppose CBB's request for a continuance of the trial and most pre-trial deadlines, Mission does not believe that a continuance of the fact discovery deadline *in toto* is appropriate or necessary, and so the stipulated continuance is of a limited nature. Specifically, the Parties will still produce all documents by April 12, 2024, except that the Parties may produce two categories of documents after that date: (1) documents that have been previously produced and are being re-produced with a different confidentiality designation; and/or (2) documents previously withheld in good-faith as privileged. Further, while the Parties may conduct depositions up to and including May 17, 2024, each deposition shall be noticed by April 12, 2024 (though the dates may be changed to better suit witness and counsel availability, provided the depositions still occur on or before May 17, 2024), and shall not be accompanied by any request under Rule 34 to produce documents and tangible things at the deposition. Finally, April 12, 2024 will remain the deadline for all discovery related motions, with the exception of any disputes that may arise relating to attendance by a witness at a noticed deposition or disputes arising during any deposition relating to deposition topics and/or objections.

NOW THEREFORE, good cause appearing, and pursuant to this Court's prior Order, the Parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court enter an order modifying the deadlines in the Trial Scheduling Order (DE 68) as follows:

1. The Parties' deadline to conduct fact depositions be continued until May 17, 2024 for depositions noticed by April 12, 2024 that do not include any request under Rule 34 to produce documents and tangible things; the discovery cut-off otherwise remaining April 12, 2024;

2. If any disputes should arise regarding a witness's attendance at a noticed deposition, or if any disputes should arise during such depositions relating to deposition topics and/or objections, the Parties can present such issues to the assigned Magistrate Judge and, if appropriate/applicable, the impacted deponent will be ordered to sit for a further deposition, and the assigned Magistrate Judge has the power to hear and decide such motions.

3. The deadline for Initial Expert Disclosures be continued until May 31, 2024;

4. The deadline for Rebuttal Expert Disclosures be continued until June 28, 2024;

5. The Expert Discovery Cut-Off (including expert depositions) be continued until July 12, 2024;

6. The deadline to file Rule 56 Motions be set at July 26, 2024;

7. The deadline to file Oppositions to Rule 56 Motions be set at August 9, 2024;

8. The deadline to file Reply Briefs in Support of Rule 56 Motions be set at August 16, 2024;

9. The Rule 56 Motion Hearing Cut-Off be continued until August 30, 2024;

10. The deadline to file Motions in Limine ("MIL"), including *Daubert* Motions, be set at August 9, 2024

11. The deadline to file Oppositions to MILs and *Daubert* Motions be set at August 30, 2024;

12. The deadline to Complete Settlement Conference be continued until August 30, 2024;

13. The first round of Trial Filings be continued until September 6, 2024;

14. The second round of Trial Filings be continued until September 20, 2024;

15. The Final Pretrial Conference be continued until October 4, 2024, at 1:30 p.m.; and

16. The Jury Trial be continued until October 15, 2024, at 8:30 a.m.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Zachary Timm, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 12, 2024

By: */s/ Zachary T. Timm*
Christina N. Goodrich
Zachary T. Timm
**K&L Gates LLP**

*Attorneys for Plaintiff Citizens Business Bank*

By: */s/ Jonathan E. Phillips*
Stephen G. Larson
Jonathan E. Phillips
Catherine S. Owens
Tyler J. Franklin
**LARSON LLP**

*Attorneys for Defendant Mission Bank*