UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MISSION BANK, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 5:22-cv-01473-FLA (SPx)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 87]** |

　　　　On April 12, 2024, the parties filed a Joint Stipulation and Request for Order Modifying the Scheduling Order ("Stipulation"). Dkt. 87. The parties request a continuance on grounds including Mission Bank's seven recent document productions totaling over 75,000 pages, the reception of third-party document productions in response to subpoenas, and counsels' multiple, unexpected medical considerations. *Id.* at 1.

　　　　To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)

(noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the parties' request and CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Complete all Non-Deposition Fact Discovery[1] | April 12, 2024 |
| Complete Fact Depositions Noticed by April 12, 2024 Without Rule 34 Requests (Magistrate Judge to Resolve any Disputes Regarding Witness Attendance or Regarding Deposition Topics and/or Objections) | May 17, 2024 |
| Expert Disclosure (Initial) | May 31, 2024 |
| Expert Disclosure (Rebuttal) | June 28, 2024 |
| Expert Discovery Cut-off | July 12, 2024 |
| Last Day to Hear Motions | August 30, 2024 |
| Deadline to Complete Settlement Conference | September 20, 2024 |
| Trial Filings (First Round) | September 27, 2024 |
| Trial Filings (Second Round) | October 11, 2024 |
| Final Pretrial Conference; Hearing on Motions in Limine | October 25, 2024 at 1:00 p.m. |
| Jury Trial | November 12, 2024, at 8:30 a.m. |

---

[1] Certain exceptions with respect to document productions are described in the parties' Stipulation.

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: April 15, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2