**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>   Defendant. | Case No. 5:22-cv-01473-FLA-SP<br>Hon. Fernando L. Aenlle-Rocha<br><br>**VOLUME I OF INFORMATION REGARDING DECLARATION OF ZACHARY T. TIMM IN SUPPORT OF PLAINTIFF CITIZENS BUSINESS BANK'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;**<br><br>**DOCUMENTS IN VOLUME: DECLARATION OF ZACHARY T. TIMM SLIPSHEET (EXHIBITS 1 – 35)** |