**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Katherine Ramos
katy.ramos@klgates.com

*Attorneys for Plaintiff*
CITIZENS BUSINESS BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-01473-FLA-SP<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF ZACHARY TIMM IN SUPPORT OF PLAINTIFF CITIZENS BUSINESS BANK'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           August 30, 2024<br>Time:          1:30pm<br>Courtroom:  6B |

**DECLARATION OF ZACHARY T. TIMM**

# [Document Filed Under Seal]