# EXHIBIT 101

CONFIDENTIAL

**From:**
**Sent:**
**To:**
**Subject:** FW: Mission Bank

**From:**
**Sent:**
**To:**
**Subject:** FW: Mission Bank

**From:** Brager, David A
**Sent:** Wednesday, May 25, 2022 2:37 PM
**To:** 'A.J. Antongiovanni' <antona@missionbank.com>
**Subject:** RE: Mission Bank

AJ-

I'm not sure what you don't understand about my email, as I believe we couldn't be clearer about what has happened and how it can be resolved(see previous emails from our attorney).

Dustin Della took trade secrets and proprietary information from Citizens/Suncrest that he had no right to take, and then he and Mission Bank have compounded this by using that information to aggressively solicit customers from Citizens/Suncrest and to take business and relationships away from us – <u>all in violation of his written agreements with us</u>.  Even worse, he started to do these things while he was still on our payroll.

The bottom line is that we're not going to wait around for Mission to hire another attorney, and for there to be several more rounds of back and forth on this with this new attorney, while Mission Bank continues on its current course and damages Citizens/Suncrest and our hard-earned customer relationships.

As I'm sure you can understand, I have an obligation to protect Citizens from this type of illegal activity.  I feel that Citizens has given you plenty of opportunity to make things right.

So, unfortunately in my view, Mission Bank and  Dustin will be facing a lawsuit from CBB.

Dave

**From:** A.J. Antongiovanni <antona@missionbank.com>
**Sent:** Wednesday, May 25, 2022 11:11 AM

**To:** Brager, David A <dabrager@cbbank.com>
**Subject:** RE: Mission Bank

Dave,

Ok, understand your position. Your email reiterates similar comments from the previous letters, which I don't fully understand. Thus, my thought was that I have trust in you, so you could help me understand quicker than the process via attorneys.

We have never had this happen before; thus, I have been doing research to find an attorney that specializes in this area to represent us. I have had a few interviews but not selected one yet. I hope to do so this week and then we can respond and continue the process.

AJ

---

**From:** Brager, David A <dabrager@cbbank.com>
**Sent:** Wednesday, May 25, 2022 9:00 AM
**To:** A.J. Antongiovanni <antona@missionbank.com>
**Subject:** RE: Mission Bank

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

AJ-

I appreciate your interest in trying to resolve this via a phone call, but conversations or verbal assurances won't be effective at this point, given the evidence we've compiled so far and Mission Bank's unwillingness to respond to our demands with the written confirmations we've requested.

We believe that we have plenty of evidence, including from outside parties, to support our claims. First, that Dustin Della and his team have stolen trade secrets and other proprietary information from Citizens Business Bank. Second, that Dustin has breached (and continues to breach) his written confidentiality and non-solicit agreements with Citizens by acquiring, sharing, and using Citizens' confidential and trade secret information. Third, that Mission Bank and its employees are continuing to facilitate all of this.

I understand your attorney has suggested that Dustin and Mission Bank are not in possession of any trade secrets belonging to Citizens, but our customers say otherwise, and it's obvious that Dustin is using our proprietary information about key customer contacts, loan terms and deposit rates. He's been working non-stop using this information to steal customer business from Citizens, even prior to leaving Citizens, and he's caused us damage in the process.

So we need Dustin's and Mission Bank's **written assurances** that Dustin and his team will stop using our proprietary customer information and will stop soliciting our customers in violation of his contracts with Citizens. We need these written assurances soon or we're going to pursue this matter with Dustin and Mission Bank and litigate to protect our rights.

Our attorneys have already given Mission Bank several examples showing why your attorney's statements back to us have been wrong and misleading. It's just not believable to say the customer lists and contact info that Dustin asked our staff to prepare before he left were for the purpose of notifying customers about loan or deposit changes, when he asked for the lists to cover every single PPP loan or promotional deposit rate customer at Suncrest, not only the customers in his offices or areas of responsibility.

CONFIDENTIAL

We received no response at all to the documents and information we gave your attorney to show how Dustin was ordering appraisals on properties securing Suncrest loans through Mission Bank, while he was still getting paid from Citizens.

With respect to your comment that Citizens has hired folks from Mission, you are correct. As a matter of fact, we demand and require representations from our new hires (from any bank) that they don't have and won't use confidential information from their prior employers, and that they inform us about any contracts or agreements they have with prior employers, such as non-solicitations.

The bottom line is that things are going to get more contentious quickly unless the violations stop and we get the written assurances we need. I don't want this to occur, but Dustin is the one who signed the agreement to protect and not use our confidential and trade secret information, including not to solicit our customers, and he should never have directed Suncrest employees to prepare special customer lists for him to take with him to Mission Bank.

Dave

---

**From:** A.J. Antongiovanni <antona@missionbank.com>
**Sent:** Monday, May 23, 2022 3:29 PM
**To:** Brager, David A <dabrager@cbbank.com>
**Subject:** Mission Bank

> ** CAUTION- EXTERNAL SENDER - THIS EMAIL ORIGINATED FROM OUTSIDE OF THE BANK **
>
> *** Do not click links or open attachments unless you recognize the sender and know that the content is safe ***

Dave,

As you know, Citizens has sent us several letters and emails claiming that Dustin Della and Mission Bank have violated laws regarding several items. If you are up for it, thought that a conversation between the two of us could be helpful. We don't think we have violated any laws, but may be you have information that I am not aware of. Also, Citizens has hired and currently solicitating Mission Bank employees. So not sure how this impacts the current matter, but may be relevant too.

Let me know.

AJ


A.J. Antongiovanni
President and CEO
Mission Bank
661-859-2517

CONFIDENTIAL

Legal Disclaimer: The information transmitted may contain confidential material and is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of this material, or taking of any action by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, please delete the information from your system and contact the sender.

Legal Disclaimer: The information transmitted may contain confidential material and is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of this material, or taking of any action by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, please delete the information from your system and contact the sender.

CONFIDENTIAL   CBB-000139