# EXHIBIT 106

| From: | Gary Findley |
|---|---|
| To: | Goodrich, Christina N.; Gary Findley |
| Cc: | DiSanto, Myrna L; Wohl, Richard H; A.J. Antongiovanni |
| Subject: | RE: D. Della response letter |
| Date: | Tuesday, May 17, 2022 3:51:12 PM |
| Attachments: | image005.png |
| | image006.png |
| | image007.png |

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know
the content is safe.

Your email has ben received and will forward to my client  gsf

**From:** Goodrich, Christina N. [mailto:Christina.Goodrich@klgates.com]

**Sent:** Tuesday, May 17, 2022 3:47 PM

**To:** Gary Findley <gsf@findley-reports.com>

**Cc:** DiSanto, Myrna L <mldisanto@cbbank.com>; Wohl, Richard H <rhwohl@cbbank.com>; A.J.

Antongiovanni <antona@missionbank.com>

**Subject:** RE: D. Della response letter

Dear Mr. Findley:

I am outside counsel to Citizens Business Bank (Citizens) and have been retained by Citizens to
represent its interests in this important trade secrets, interference, unfair competition, and contract matter.

I was copied directly on your email, dated May 10, 2022, wherein you advised Mr. Wohl, Citizens' general
counsel, that your clients are not certain what they could do to satisfy Citizens on this matter, and that you
are recommending that Citizens' and Mission Bank's CEOs get together by telephone for further
discussions. My last paragraph of this email identifies specifically what your clients can do to satisfy
Citizens.

I have been working closely with Citizens in connection with this dispute. I know that Citizens has now
communicated with you and your clients on three separate occasions, through two letters and an email, in
each case advising you and your clients of Citizens' specific claims, including credible witness and third
party evidence to support those claims. To reiterate, Citizens' claims include, *inter alia*: (1) Mr. Della has
blatantly violated his written confidentiality and non-solicit agreements with Citizens (for which he
received and accepted and material consideration) through, *inter alia*, the acquisition, use, retention,
and/or transmission of Citizens' confidential and trade secret information, (2) Mr. Della has violated the
Federal Defend Trade Secrets Act and the California Uniform Trade Secrets Act, as well as committed
tortious interference with economic relations under California law, and (3) Mission Bank has now been on
notice of these claims for weeks, but the wrongful conduct continues, leading to the conclusion that
Mission Bank must be not merely complicit, but actually intentionally conspiring with Mr. Della to engage
in this wrongful conduct to both of their benefit and to the detriment of Citizens.

Unfortunately, you and you clients have not provided specific answers to Citizens' claims, other than to
state that your clients do not presently possess trade secret information of Citizens. Clearly, Citizens
seeks further assurances beyond this anemic statement. For example, you have not confirmed that your
clients will cease and desist in violating Mr. Della's written agreements and the associated rights of
Citizens. Your and your clients' failure to address Citizens' egregious and credible allegations, such as
Mission Bank's ordering an appraisal on a property financed through Citizens while Mr. Della was still
employed at Citizens and had access to customer and proprietary information at Citizens, is glaring and
unacceptable.

That being so, Citizens is declining your offer to hold a meeting between Citizens' and Mission Bank's CEOs at this time, as we have no reason to believe that any such meeting would succeed in addressing Citizens' legitimate concerns, namely, that Mr. Della and his team, and Mission Bank, must cease and desist in utilizing the trade secrets of Citizens to continue to aggressively solicit Citizens' customers and to interfere in Citizens' relationships with such customers. At this point in time, we believe that we have ample evidence demonstrating that Mr. Della's actions, which in turn have evidently been fully supported by Mission Bank, have inflicted tangible economic damage on Citizens.

I am specifically authorized to inform you that, if Mission Bank continues to support and enable Mr. Della and his team to violate Citizens legitimate rights and interests, Citizens will be filing a legal complaint against Mr. Della and Mission Bank, outlining its claims against your clients and the ample evidence collected to date to support such claims, with the strong expectation we will generate further evidence through the litigation, including through party and non-party discovery.

Thus, Citizens hereby makes its pre-suit demand that your clients immediately confirm that: (1) they have ceased all use of Citizens' property (including but not limited to its confidential and trade secret information), (2) Mr. Della will comply with all contractual obligations to Citizens, and (3) Mission Bank will cease all efforts to interference with Citizens' contracts and prospective business relationships, including but not limited to interfering with Mr. Della's contractual obligations to Citizens. While we understand that your clients dispute Citizens' claims, if they are not engaging in the conduct described above, they should be able to simply confirm this in an email. Their continued refusal to do so is perplexing at best and malicious at worse.

I look forward to your prompt response.

Best regards,
Christina Goodrich


**K&L GATES**

**Christina N. Goodrich**
Los Angeles Managing Partner
Firmwide Intellectual Property Litigation Practice Group Coordinator
K&L Gates LLP
10100 Santa Monica Boulevard
8th Floor
Los Angeles, CA 90067
(310) 552-5547
(310) 552-5001
christina.goodrich@klgates.com
www.klgates.com


**From:** Gary Findley <gsf@findley-reports.com>
**Sent:** Tuesday, May 10, 2022 2:37 PM
**To:** Wohl, Richard H <rhwohl@cbbank.com>; Gary Findley <gsf@findley-reports.com>; A.J.
Antongiovanni <antona@missionbank.com>
**Cc:** DiSanto, Myrna L <mldisanto@cbbank.com>; Goodrich, Christina N.
<Christina.Goodrich@klgates.com>
**Subject:** RE: D. Della response letter

MB00019

Mr. Wohl,

We are in receipt of your email and do not think it is productive to go back and forth in emails and letters since we are not certain there is anything Mission or Mr. Della can do to satisfy Citizens Business Bank on this matter. However we reiterate the following: we do not have the information set forth in your letter and no files of Citizens Business Bank; have put a litigation hold as you requested; and Mission Bank and Mr. Della deny the allegations contained in the email and letter.

Mission bank's President and CEO A.J. Antongiovanni is available to discuss this matter with Mr. Brager since it may be best that the two CEOs talk. Mr. Antongiovanni is copied on this email and if Mr. Brager wishes to talk he can reach out to him.

Respectfully

Gary Findley

---

**From:** Wohl, Richard H [mailto:rhwohl@cbbank.com]
**Sent:** Monday, May 09, 2022 2:38 PM
**To:** Gary Findley <gsf@findley-reports.com>
**Cc:** DiSanto, Myrna L <mldisanto@cbbank.com>; 'christina.goodrich@klgates.com' <christina.goodrich@klgates.com>
**Subject:** RE: D. Della response letter

Mr. Findley,

We can confirm that we have circulated a litigation hold memorandum internally at the Bank in preparation for the actions we are planning to take as outlined in our most recent letter to you.

I am curious to understand whether your message below constitutes your and your clients' entire response to our most recent letter to you?

In this connection, I am sure you understand that your disclaimer stating that Mission Bank and Mr. Della do not have any of the information identified in our letter addresses only one aspect of the numerous issues that we have raised in our letters, and that this response does not address, as only one example, whether Mr. Della is continuing to take actions in contravention of his written agreements with Citizens Business Bank, including actions to solicit customers of Citizens Business Bank, in which Mission Bank would be deemed to be complicit, as Mission Bank has full knowledge of our complaint and actual or imputed knowledge of all of Mr. Della's violations of such agreements.

Sincerely, Richard Wohl

MB00020

**Richard H. Wohl** | Executive Vice President and General Counsel
Corporate Legal Department
701 North Haven Avenue, Suite 350, Ontario, California 91764
**P** 909.483.7274 | **F** 909.481.2103
rhwohl@cbbank.com



**From:** Gary Findley <gsf@findley-reports.com>
**Sent:** Friday, May 6, 2022 3:39 PM
**To:** DiSanto, Myrna L <mldisanto@cbbank.com>; Wohl, Richard H <rhwohl@cbbank.com>; Gary Findley <gsf@findley-reports.com>
**Subject:** RE: D. Della response letter

## ** CAUTION- EXTERNAL SENDER - THIS EMAIL ORIGINATED FROM OUTSIDE OF THE BANK **
### *** Do not click links or open attachments unless you recognize the sender and know that the content is safe ***

Mr. Wohl. Mission Bank and Dustin Della have been provided your letter of April 28, 2022. We acknowledge receipt of the letter, reaffirm that Mr. Della and Mission Bank do not have any of the information identified in your letter and that Mission Bank and Mr. Della have put a litigation hold on documents. We also respectfully request confirmation that you do the same.

Respectfully
Gary Findley

**From:** DiSanto, Myrna L [mailto:mldisanto@cbbank.com]
**Sent:** Friday, April 29, 2022 9:25 AM
**To:** Gary Findley <gsf@findley-reports.com>
**Cc:** 'Christina.Goodrich@klgates.com' <Christina.Goodrich@klgates.com>; Wohl, Richard H <rhwohl@cbbank.com>; Edu, Michelle L <mledu@cbbank.com>; Dondanville, Ted <tdondanville@cbbank.com>; Stain, Michael D <mdstain@cbbank.com>; Kwon, Joyce Y <jykwon@cbbank.com>
**Subject:** D. Della response letter

Gary:
Please see attached response letter regarding Dustin Della.

Thank you,



**Myrna L. Di Santo** | Vice President, Corporate Secretary
701 N Haven Avenue, Suite 300, Ontario, CA 91764
**P** 909.980.4514 Ext 4514  **F** 909.481.2120
mldisanto@cbbank.com

 Connect with us

Legal Disclaimer: The information transmitted may contain confidential material and is intended only for the person
or entity to which it is addressed. Any review, retransmission, dissemination or other use of this material, or taking
of any action by persons or entities other than the intended recipient is prohibited. If you are not the intended
recipient, please delete the information from your system and contact the sender.

Legal Disclaimer: The information transmitted may contain confidential material and is intended only for the person
or entity to which it is addressed. Any review, retransmission, dissemination or other use of this material, or taking
of any action by persons or entities other than the intended recipient is prohibited. If you are not the intended
recipient, please delete the information from your system and contact the sender.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and
confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that
any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in
error, please contact me at Christina.Goodrich@klgates.com.

MB00022