UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation, *et al.*,<br><br>Defendant. | Case No.:  5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CITIZENS BUSINESS BANK'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On August 9, 2024, Plaintiff Citizens Business Bank ("CBB" or "Plaintiff") filed an Application to File Documents Under Seal Regarding Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff requests that certain documents filed in support of its Opposition be filed under seal either in part or in their entirety.

Plaintiffs contend that good cause exists to seal the relevant portions of the above documents because they refer to the contents of and/or consist of: (1) documents and information that has been designated as confidential (or highly confidential) by Plaintiff that contain Plaintiff's commercially sensitive, confidential, and proprietary business information, including, without limitation, Plaintiff's trade secrets, confidential customer information, such as pipeline reports, book of business summaries, weekly sales reports, historical customer-specific banking information and pricing, as well as bank account numbers, contact information, banking history, customer-specific pricing, Plaintiff's financial information (including revenue and lost profits on a per customer basis), Plaintiff's personnel information (including confidential Pay Plans), and (2) documents and information that has been designated as confidential (or highly confidential) by Defendant. *See* Decl. of Rachel Berman in Support of Plaintiff's Application to File Documents Under Seal ("Berman Decl.") ¶¶ 4-6; *Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

The court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS that Plaintiff file the following documents under seal:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) and (b) | Description of Information |
|---|---|
| Portions of Plaintiff's Opposition to Motion for Summary Judgment ("Opposition"). | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Plaintiff's Response to Separate Statement. | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Portions of Plaintiff's Evidentiary Objections. | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Portions of Declaration of Daniel Limon in Support of Opposition ("Limon Decl."). | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit A to Limon Decl. | Contains private and legally protected customer information, including Social Security Numbers, Tax Identification Numbers, and other private bank account information. |
| Exhibit B to Limon Decl. | Contains private and legally protected customer information, including Social Security Numbers, Tax Identification Numbers, and other private bank account information. |
| Exhibit C to Limon Decl. | Contains confidential bank records and reports related to loss calculations of loans and deposits. |
| Portions of Declaration of Steven Cashiola in Support | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |

| | | |
|---|---|---|
| | of Opposition ("Cashiola Decl."). | |
| | Exhibit C to Cashiola Decl. | Confidential customer agreements containing financial and other competitively sensitive information. |
| | Portions of Declaration of Michael Stain in Support of Opposition ("Stain Decl."). | Contains private and legally protected customer information, including Social Security Numbers, Tax Identification Numbers, and other private bank account information. |
| | Exhibit D to Stain Decl. | Contains proprietary employment policies and procedures. |
| | Exhibit G to Stain Decl. | Contains protected customer financial information and data. |
| | Exhibit H to Stain Decl. | Contains confidential customer names, financial information, and other sensitive customer data. |
| | Exhibit I to Stain Decl. | Credit memo containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| | Exhibit J to Stain Decl. | Email containing confidential customer names, financial information, and other sensitive customer data, as well as competitively sensitive information. |
| | Exhibit K to Stain Decl. | Email and attachments containing confidential customer names, financial information, and other sensitive customer data, as well as competitively sensitive information. |

| | | |
|---|---|---|
| 1 2 3 | Exhibit L to Stain Decl. | Email containing confidential customer names, addresses, and other sensitive customer financial information. |
| 4 5 6 7 | Exhibit M to Stain Decl. | Email and attachments containing confidential customer names, financial information, and other sensitive customer data commercially sensitive information. |
| 8 9 | Exhibit N to Stain Decl. | Text message thread containing commercially sensitive information. |
| 10 11 12 | Exhibit O to Stain Decl. | Text message thread including customer names, financial information, and other sensitive and confidential customer data. |
| 13 14 15 | Exhibit P to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| 16 17 18 | Exhibit Q to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| 19 20 21 | Exhibit R to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| 22 23 24 | Exhibit S to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| 25 26 27 | Exhibit T to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |

| | | |
|---|---|---|
| | Exhibit U to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| | Exhibit V to Stain Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
| | Exhibit W to Stain Decl. | Email and attachments sensitive and confidential customer information including identifying information |
| | Portions of Declaration of Zachary Timm in Support of Opposition ("Timm Decl."). | Describes competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 1 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| | Exhibit 2 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| | Exhibit 3 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| | Exhibit 4 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |

| | | |
|---|---|---|
| 1-4 | Exhibit 5 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 5-8 | Exhibit 6 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 9-11 | Portions of Exhibit 7 to Timm Decl. | Email containing confidential customer names and other sensitive and confidential identifying information. |
| 12-15 | Exhibit 8 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 16-18 | Portions of Exhibit 9 to Timm Decl. | Email containing confidential customer names and other sensitive and confidential identifying information. |
| 19-21 | Exhibit 10 to Timm Decl. | Email with attachments containing customer names, addresses, and other sensitive and confidential identifying information. |
| 22-23 | Exhibit 11 to Timm Decl. | Emails containing customer names and confidential other sensitive and identifying information. |
| 24-27 | Exhibit 12 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |

| | | |
|---|---|---|
| 1 2 3 4 | Exhibit 13 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 5 6 7 8 | Exhibit 14 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 9 10 11 12 | Exhibit 14 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 13 14 15 16 | Exhibit 15 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 17 18 19 20 | Exhibit 16 to Timm Decl. | Email with attachments containing customer tax returns, financial statements, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 21 22 23 24 | Exhibit 17 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| 25 26 | Portions of Exhibit 18 to Timm Decl. | Text message thread containing customer names and other sensitive and confidential customer data. |

| Portions of Exhibit 19 to Timm Decl. | Text message thread containing customer names, financial information, and other sensitive and confidential customer data. |
|---|---|
| Portions of Exhibit 20 to Timm Decl. | Email containing customer names, financial information, and other sensitive and confidential customer data. |
| Exhibit 21 to Timm Decl. | Email with attachments containing Suncrest bank loan policy and other competitively sensitive and proprietary bank loan documents and information. |
| Exhibit 22 to Timm Decl. | Email with attachments containing Suncrest bank loan policy and other competitively sensitive and proprietary bank loan documents and information. |
| Exhibit 23 to Timm Decl. | Email identifying sensitive and confidential customer banking information. |
| Exhibit 24 to Timm Decl. | Email with attachments containing proprietary and competitively sensitive financial documents. |
| Exhibit 25 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Exhibit 26 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Portions of Exhibit 28 to Timm Decl. | Email with sensitive and confidential customer identifying and financial information. |
| Exhibit 30 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and |

|  |  |
|---|---|
|  | confidential customer data, as well as competitively sensitive information. |
| Exhibit 32 to Timm Decl. | Email containing customer name, financial information, and other confidential and sensitive identifying information. |
| Exhibit 33 to Timm Decl. | Email containing a third-party business plan with sensitive and confidential information. |
| Exhibit 34 to Timm Decl. | Email with attachments containing confidential third-party tax and financial information. |
| Exhibit 35 to Timm Decl. | Email with attachments containing tax returns, financial information, and other sensitive and confidential customer information. |
| Exhibit 36 to Timm Decl. | Email with attachments containing tax returns, financial information, and other sensitive and confidential customer information. |
| Exhibit 37 to Timm Decl. | Email with attachments containing tax returns, financial information, and other sensitive and confidential customer information. |
| Exhibit 38 to Timm Decl. | Email with attachments containing tax returns, financial information, and other sensitive and confidential customer information. |
| Exhibit 39 to Timm Decl. | Email with attachments containing customer lease agreement, tax returns, financial information, and other sensitive and confidential customer information. |
| Exhibit 40 to Timm Decl. | Email with attachments containing customer financial information and other sensitive and confidential identifying information. |

| | | |
|---|---|---|
| 1 2 3 | Exhibit 41 to Timm Decl. | Email with attachments containing confidential third-party information, including customer identifying information. |
| 4 5 6 | Exhibit 42 to Timm Decl. | Email with attachments containing customer identifying information, financial information, and other sensitive and confidential information. |
| 7 8 9 | Exhibit 43 to Timm Decl. | Email with attachments containing tax returns, financial information, and other sensitive and confidential customer information. |
| 10 11 | Exhibit 44 to Timm Decl. | Text message thread containing customer names and confidential customer financial information. |
| 12 13 | Portions of Exhibit 45 to Timm Decl. | Email thread requested to be redacted by Defendants containing confidential financial information |
| 14 15 | Exhibit 46 to Timm Decl. | Email with attachment containing confidential, competitively sensitive loan policy. |
| 16 17 | Portions of Exhibit 48 to Timm Decl. | Email containing confidential customer identifying information. |
| 18 19 | Exhibit 49 to Timm Decl. | Email containing confidential customer identifying information. |
| 20 21 22 | Exhibit 50 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
| 23 24 25 | Exhibit 51 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
| 26 27 28 | Exhibit 52 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |

| Exhibit 53 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
|---|---|
| Exhibit 54 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
| Exhibit 55 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
| Exhibit 57 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential identifying information. |
| Exhibit 58 to Timm Decl. | Email containing customer name, address, financial information, and other sensitive and confidential identifying information. |
| Exhibit 59 to Timm Decl. | Email containing customer names and other sensitive identifying information. |
| Exhibit 61 to Timm Decl. | Email containing customer name, address, financial information, and other sensitive and confidential identifying information. |
| Exhibit 63 to Timm Decl. | Email with attachments containing confidential and competitively sensitive information. |
| Exhibit 64 to Timm Decl. | Email containing customer names and other sensitive identifying information. |
| Exhibit 65 to Timm Decl. | Email with attachment containing confidential customer appraisal report and other competitively sensitive information. |

| | |
|---|---|
| Exhibit 66 to Timm Decl. | Email attaching confidential and competitively sensitive customer information. |
| Exhibit 67 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Exhibit 68 to Timm Decl. | Text message containing non-party information designated as confidential. |
| Exhibit 69 to Timm Decl. | Email containing information designated as confidential by Defendant. |
| Exhibit 70 to Timm Decl. | Email with attachments containing sensitive third-party identifying information. |
| Exhibit 71 to Timm Decl. | Email with attachments containing sensitive third-party identifying information. |
| Exhibit 72 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Exhibit 82 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Exhibit 83 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |

| | | |
|---|---|---|
| | Exhibit 84 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential information. |
| | Exhibit 85 to Timm Decl. | Email containing customer name and other confidential identifying information. |
| | Exhibit 86 to Timm Decl. | Email containing customer name and other confidential identifying information. |
| | Exhibit 87 to Timm Decl. | Email containing customer name and other confidential identifying information. |
| | Exhibit 88 to Timm Decl. | Email with attachment containing customer appraisal and other competitively sensitive information. |
| | Exhibit 89 to Timm Decl. | Email containing customer name, financial information, and other sensitive and confidential information. |
| | Exhibit 90 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data. |
| | Exhibit 91 to Timm Decl. | Email containing customer name and other confidential identifying information. |
| | Exhibit 92 to Timm Decl. | Email with attachment containing customer name, tax return, and other sensitive and confidential information. |
| | Exhibit 93 to Timm Decl. | Email with attachment containing customer name, tax return, and other sensitive and confidential information. |
| | Exhibit 94 to Timm Decl. | Email containing customer name and other competitively sensitive information. |

| | | |
|---|---|---|
| | Exhibit 95 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| | Exhibit 96 to Timm Decl. | Email with attachments containing competitively sensitive information. |
| | Exhibit 97 to Timm Decl. | Email with attachments containing customer name and other confidential identifying information. |
| | Exhibit 99 to Timm Decl. | Email with attachments containing customer name and other confidential identifying information. |
| | Exhibit 109 to Timm Decl. | Discovery responses designated as confidential containing customer identifying information, financial information, as well as other competitively sensitive information. |
| | Exhibit 111 to Timm Decl. | Discovery responses designated as confidential containing customer identifying information, financial information, as well as other competitively sensitive information. |
| | Exhibit 113 to Timm Decl. | Document containing customer names, financial information, and other competitively sensitive information. |
| | Exhibit 115 to Timm Decl. | Email containing customer name and other confidential identifying information. |
| | Exhibit 118 to Timm Decl. | Confidential customer agreements containing financial and other competitively sensitive information. |
| | Exhibit 119 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential |

|  |  |
|---|---|
|  | bank records and reports, and legally protected customer information. |
| Exhibit 120 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 121 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 122 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 123 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 124 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 125 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 126 to Timm Decl. | Text message containing confidential bank information and customer rates. |

| | | |
|---|---|---|
| | Exhibit 127 to Timm Decl. | Offer letter containing confidential third-party compensation information. |
| | Exhibit 128 to Timm Decl. | Email with attachment containing confidential third-party compensation information. |
| | Exhibit 129 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 130 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 131 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 132 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 133 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| | Exhibit 134 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |

| | |
|---|---|
| Exhibit 135 to Timm Decl. | Text message chain containing confidential banking information. |
| Exhibit 136 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |
| Exhibit 137 to Timm Decl. | Email correspondence containing confidential banking information. |
| Exhibit 138 to Timm Decl. | Email with attachments containing customer names, financial information, and other sensitive and confidential customer data, as well as competitively sensitive information. |
| Exhibit 139 to Timm Decl. | Deposition transcript describing confidential and competitively sensitive information, confidential bank records and reports, and legally protected customer information. |

**IT IS SO ORDERED.**

Dated: August 10, 2024

 _____
 FERNANDO L. AENLLE-ROCHA
 United States District Judge