Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jonathan E. Phillips (SBN 233965)
jphillips@larsonllp.com
Catherine S. Owens (SBN 307626)
cowens@larsonllp.com
Tyler J. Franklin (SBN 324281)
tfranklin@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant MISSION BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**PROOF OF SERVICE**<br><br>Trial Date:   August 27, 2024 |

# PROOF OF SERVICE

**Citizens Business Bank v. Mission Bank, et al.**
**Case No. 5:22-cv-01473-FLA-SP**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 555 South Flower Street, 30th Floor, Los Angeles, CA 90071.

On August 22, 2024, I served true copies of the following document(s) described below on the interested parties in this action as follows:

**DEFENDANT MISSION BANK'S OBJECTIONS TO PLAINTIFF CITIZENS BUSINESS BANK'S EVIDENCE - SEALED**

**DEFENDANT MISSION BANK'S RESPONSE TO PLAINTIFF CITIZENS BUSINESS BANK'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS AND ADDITIONAL MATERIAL FACTS – SEALED**

**[PROPOSED] ORDER RE DEFENDANT MISSION BANK'S OBJECTIONS TO PLAINTIFF CITIZENS BUSINESS BANK'S EVIDENCE - SEALED**

| | |
|---|---|
| Christina N. Goodrich<br>Ryan Q. Keech<br>Zachary T. Timm<br>Katherine Ramos<br>Connor J. Meggs<br>Rachel Berman<br>K&L GATES LLP<br>10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 552-500<br>Fax: (310) 552-5001<br>Email:<br>christina.goodrich@klgates.com<br>ryan.keech@klgates.com<br>zachary.timm@klgates.com<br>katy.ramos@klgates.com<br>connor.meggs@klgates.com<br>rachel.berman@klgates.com | Attorneys for Plaintiff<br>CITIZENS BUSINESS BANK |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address varagon@larsonllp.com to the persons at the e-mail addresses above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1   Executed on August 22, 2024, at Los Angeles, California.

_____
Veronica Aragon

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON
LOS ANGELES

2
PROOF OF SERVICE