**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katy Ramos
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>**PLAINTIFF CITIZENS BUSINESS BANK'S WITNESS LIST** |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 1. Michael Stain, Senior Vice President of the Central Valley Region, Plaintiff Citizens Business Bank ("CBB") | Operations of CBB in Central Valley, including Visalia, including as it relates to customers and employees; aspects of CBB's trade secrets, including protection, identification, misappropriation, causation, and harm (not covered by other witnesses); agreements, policies, and obligations of Dustin Della and other CBB Former Employees who joined Mission Bank ("Mission"); customer contracts and relationships and Defendant's interference (not covered by other witnesses); specific aspects of pre- and post-acquisition of Suncrest operations as it relates to Dustin Della and team; policies, contracts, and regulations preventing sharing of customer and other non-trade secret information outside of CBB; communications with Dustin Della regarding certain customers who left CBB for Mission; certain conduct by Dustin Della and his team re failure to service customers properly/sabotage of | 4-6 | 3-4 | |

1

**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | relationships; authentication of certain documents | | | |
| 2. Steven Cashiola, Senior Vice President and Center Manager of the Porterville Region, CBB | Aspects of CBB's trade secrets, including protection, identification, misappropriation, causation, and harm (not covered by other witnesses); customer contracts and relationships and Defendant's interference (not covered by other witnesses); authentication of certain documents | 2-3 | 1-2 | |
| 3. Daniel Limon, Specialty Lending Division Manager, CBB | Damages based on loss of customers, relationships, and transactions/accounts/deals (including calculations and method of calculations); CBB operations as it relates to damages and harm; aspects of CBB's trade secrets, including protection, identification, misappropriation, causation, and harm (not covered by other witnesses); agreements, policies, and obligations of Dustin Della and other CBB Former Employees who joined Mission; customer contracts and relationships and Defendant's interference (not covered by other | 5-8 | 3-4 | |

2

**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | witnesses); authentication of certain documents | | | |
| 4. David Brager, President and Chief Executive Officer, CBB | Acquisition of Suncrest Bank; investment in trade secrets; aspects of resulting harm from Defendant's conduct; certain aspects of CBB operations as it relates to asserted claims, including pre- and post-acquisition of Suncrest, competition with Mission; pre-filing communications with Mission about Defendant's conduct, including as it relates to requested relief – including injunctive relief, willfulness, and attorneys' fees and costs; authentication of certain documents | 2-3 | 1-2 | |
| 5. Katrina Puerner, Vice President Service Manager, CBB | Specific aspects of pre- and post-acquisition of Suncrest as it relates to work of Dustin Della and team; solicitation and offer to join Mission; certain consequences of conduct of Defendant and co-conspirators; authentication of certain documents | .5 | .5 | |
| 6. Dustin Della, Visalia Regional | Employment with Suncrest and CBB; agreements with CBB and policies, procedures, and regulations, | 5-8 | 5-6 | |

3
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| President, Mission | including regarding protecting trade secrets, confidential information, customer information, bank documents, employee information, ownership of work product, scope of work, training, electronic activity, and duties of loyalty and restrictions of competition while employed; communications with Michael Stain and others; communications and interactions with Mission and its employees while employed with CBB and Suncrest and thereafter, including transmission of CBB's (and Suncrest's) credit memos, loan policies, pipeline reports, ppp loan reports, rate reports, customer information, and other documents; his role in the solicitation and hire of other former CBB employees at issue on Mission's behalf (including while still employed by CBB); conspiracy between Mission and Dustin Della to misappropriate CBB's Trade Secrets and other documents/information for use in soliciting CBB's employees and customers, | | | |

4
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | and otherwise unfairly competing with CBB; authentication of certain documents | | | |
| 7. Bryan Easterly, Chief Banking Officer, Mission | Mission's solicitation and hire of Dustin Della and other former CBB employees at issue; request for, receipt of, and use of CBB/Suncrest information from Dustin Della while employed at CBB (not covered by other Mission witnesses); deletion habits and procedures; conspiracy between Mission and Dustin Della to misappropriate CBB's Trade Secrets and other documents/information for use in soliciting CBB's employees and customers, and otherwise unfairly competing with CBB; authentication of certain documents | 4-6 | 2-3 | |
| 8. Michael Congdon, Chief Credit Officer, Mission | Mission handbook as it relates to identification and protection of its own trade secrets and confidential information; revenue, profits, and costs of Mission, Visalia branch, attributed to Dustin Della and his team, and as it relates to CBB customers | 5-8 | 2-3 | |

5
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | and targets; request for, receipt of, and use of CBB/Suncrest information from Dustin Della while employed at CBB (not covered by other Mission witnesses); solicitation and hire of Dustin Della and other former CBB employees at issue; revenue and profits of Visalia branch since opening; revenue and profits of Mission since January 2022; revenue and profits from customers that left CBB to join Mission from March 2022, to the present; exemplary damages and injunctive relief; conspiracy between Mission and Dustin Della to misappropriate CBB's Trade Secrets and other documents/information for use in soliciting CBB's employees and customers, and otherwise unfairly competing with CBB; authentication of certain documents | | | |
| 9. AJ Antongiovanni, President and Chief Executive Officer, Mission | Pre-filing communications with CBB and related conduct; operations of Mission and opening of Visalia branch; Mission's solicitation and hire of | 3-4 | 1-2 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | Dustin Della and other former CBB employees at issue; revenue, profits, and costs of Mission, Visalia branch, attributed to Dustin Della and his team, and as it relates to CBB customers and targets; revenue and profits of Mission since January 2022; revenue and profits from customers that left CBB to join Mission from March 2022, to the present; exemplary damages and injunctive relief; conspiracy between Mission and Dustin Della to misappropriate CBB's Trade Secrets and other documents/information for use in soliciting CBB's employees and customers, and otherwise unfairly competing with CBB; authentication of certain documents | | | |
| 10. David Brett, Visalia Business Development Officer, Mission | His employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by | 2-3 | 1-2 | |

7
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | Mission; solicitation of CBB customers to join Mission; authentication of certain documents | | | |
| 11. Lori Carabay, Relationship Associate, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | 2-3 | 1-2 | |
| 12. Angie Dempsie, Relationship Associate, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | 2-3 | 1-2 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 13. Craig Howells, SBA Division Manager, Mission | His employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | 2-3 | .5 | |
| 14. Dianis Pimentel, former CBB employee solicited by Mission (no longer employed by Mission) | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | .5 | .5 | |
| 15. Jorge Espinoza, former CBB employee solicited by Mission (no longer employed by Mission) | His employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential | .5 | .5 | |

9
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | | | |
| 16. Ericka Melo, Loan Documentation Specialist II, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | .5 | .5 | |
| 17. Virginia Hopper, Loan Document Specialist, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | .5 | .5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 18. Armidelia Avila, SBA Closing Manager, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | .5 | .5 | |
| 19. Patricia Palacios, Note Document Specialist, Mission | Her employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | .5 | .5 | |
| 20. Gostanian, Consultant, Mission | His employment with Suncrest and CBB, including agreements, policies, procedures, and regulations relating to protecting CBB's trade secrets, confidential | .5 | .5 | |

11
**PLAINTIFF'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | information, customer information, bank documents; solicitation by Mission; solicitation of CBB customers to join Mission; authentication of certain documents | | | |
| 21. Diana Wolf, former Mission Bank Director of Human Capital | Mission's solicitation and hire of Dustin Della and other former CBB employees at issue; Mission's general procedures for identifying, soliciting and/or recruiting, and hiring new employees | .75 | .5 | |

*Indicates that witness will be called only if the need arises.

Dated:  September 27, 2024

K&L GATES LLP

By: /s/ Christina N. Goodrich
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine Ramos

*Attorneys for Plaintiff Citizens Business Bank*