**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation, *et al.*,<br><br>Defendant. | Case No.:  5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial Date:     November 12, 2024<br>Time:           8:30 a.m.<br>Courtroom:   6B |

**JOINT STATEMENT OF THE CASE**

Plaintiff Citizens Business Bank ("CBB") and Defendant Mission Bank ("Mission") hereby submit their Joint Statement of the Case:

## JOINT STATEMENT OF THE CASE

This case concerns a dispute between two banks—Plaintiff Citizens Business Bank ("CBB") and Defendant Mission Bank ("Mission"). In January 2022, CBB acquired a bank called Suncrest Bank. In March 2022, approximately two months after CBB closed its acquisition of Suncrest Bank, several former Suncrest Bank employees—including Dustin Della—resigned from their new roles at CBB and began working at Mission. Numerous CBB customers opened accounts at Mission shortly thereafter.

Thereafter, CBB filed this lawsuit against Mission asserting claims for: (1) Misappropriation of Trade Secrets under the Federal Defend Trade Secrets Act at 18 U.S.C. §§ 1836, *et seq.*; (2) Intentional Interference with Contractual Relations; (3) Intentional Interference with Prospective Economic Advantage; (4) Negligent Interference with Prospective Economic Advantage; and (5) Violations of California's Unfair Competition Law under California Civil Code §§ 17200, *et seq.* CBB alleges that Mission, in conspiracy with Dustin Della and others (including former CBB employees and current Mission employees), stole CBB's trade secrets and other confidential and non-confidential information and property and used them to, among other things, solicit CBB's current and prospective customers and employees, interfere with CBB's relationships with its customers and employees, and unfairly compete with CBB.

Mission denies CBB's allegations in their entirety and contends that it did not steal or use any of CBB's trade secrets, or other confidential information, unlawfully solicit any of CBB's customers or employees, or otherwise unfairly or unlawfully interfere with CBB's relationships with its customers and employees or compete with CBB. Mission further contends that the CBB customers who opened accounts at Mission did so for their own reasons and not as a result of any wrongdoing by Mission.

Dated: October 11, 2024

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine M. Ramos

*Attorneys for Plaintiff Citizens Business Bank*

Dated: October 11, 2024

**LARSON LLP**

By: */s/ Stephen G. Larson*
Stephen G. Larson
Jonathan E. Phillips
Catherine S. Owens
Tyler J. Franklin

*Attorneys for Defendant MISSION BANK*