**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation, *et al.*,<br><br>Defendant. | Case No.: 5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date:  November 12, 2024 |

# PLAINTIFF'S PROPOSED VOIR DIRE

Pursuant to the Court's Order Re Schedule of Pretrial and Trial Date, Trial Requirements, and Conduct of Attorneys and Parties, Plaintiff Citizens Business Bank ("CBB") hereby submits the following proposed questions to be posed by the Court in its examination of potential jurors:

1. Have you or anyone close to you had any experience with trade secrets?
2. Do you or does your employer rely on trade secret information as part of its business?
3. Do you have any beliefs or feelings concerning trade secrets, and the efforts to enforce trade secret rights that might make you biased or prejudiced for or against the enforcement of trade secret rights?
4. Are you opposed to a company/individual paying a damage award if it misappropriated a trade secret?
5. Are you opposed to a company/individual receiving a damage award if it proves misappropriation of a trade secret?
6. Do you believe that a company and an individual can enter into a civil conspiracy to harm one of the company's competitors?
7. Have you ever been accused of violating a confidentiality agreement, non-disclosure agreement, non-solicitation agreement, or non-competition agreement?
8. Have you or anyone close to you ever worked at a bank? If so, when? For how long? What was your job title?
9. Do you believe banks can have trade secrets?
10. Do you believe banks should be able to make a profit like other companies?
11. Are you or anyone close to you a current or former customer or employee of Defendant Mission Bank (sometimes referred to simply as Mission)?

**PLAINTIFF'S PROPOSED VOIR DIRECT QUESTIONS**

12. Are you or anyone close to you a current or former customer or employee of Plaintiff Citizens Business Bank (sometimes referred to simply as CBB)?

13. Are you or anyone close to you a former customer or employee of Suncrest Bank?

14. Would you have difficulty expressing your own opinions about this case to your fellow jurors?

15. Do you feel that you would tend to go along with the majority of jurors even if you did not agree just because you were not in the majority?

16. Would you have difficulty not looking up CBB, Mission, the attorneys, the Judge, and the witnesses in this case on social media?

17. Would you have difficulty not posting on social media about this case during trial?

18. Do you believe that the court system is biased in favor of larger companies as compared to smaller companies and individuals?

19. Would you have difficult awarding damages in an amount that is more than what is claimed as damages in this case, if it was permitted by the law?

20. Have you ever been terminated from a job for dishonesty?

21. Has an employer ever accused you or anyone close to you of theft?

22. Have you or anyone close to you ever had a serious or legal dispute with an employer?

23. Have you hired an attorney to represent you in a dispute with your employer?

24. Have you or anyone close to you ever worked in the IT (information technology) department of a bank?

25. Do you believe banks and their employees are supposed to keep customer information confidential?

26. Have you or anyone close to you ever had a dispute with a bank?

27. Have you or anyone close to you ever been the victim of identity theft?

**PLAINTIFF'S PROPOSED VOIR DIRECT QUESTIONS**

28. Have you or anyone close to you ever received a notice that your personal financial information has been disclosed as part of a data breach?
29. Have you ever been employed by any company in California?
30. Have you or anyone close to you ever lived in California's Central Valley, including but not limited to Visalia?
31. Have you heard about this case before today?
32. Have you ever heard that CBB is a good company to work for or a bad company to work for?
33. Have you ever heard that Suncrest was a good company to work for or a bad company to work for?
34. Have you ever heard that Mission was a good company to work for or a bad company to work for?
35. Do you believe that, while working for your employer, you are allowed to share the employer's information without its permission?
36. Do you believe that, while working for your employer, you are entitled to send the employer's documents to your person email without its permission?
37. Do you believe that banks should protect their customers' information?
38. Do you have a business/commercial bank account?
39. Do you have a business/commercial loan or line of credit?
40. Have you ever worked, or lived, on a farm?
41. Do you believe that it is okay for a bank to use surveillance video as a form of security, even if it means its employees are also surveilled?
42. Do you believe you can work for two companies who compete with each other at the same time, if only one of those companies knows about it?
43. Have you ever worked for any government agency?
44. Do you feel that banks get away with too much as compared to other types of companies?
45. Have you ever had a property you owned foreclosed by a bank?

3
**PLAINTIFF'S PROPOSED VOIR DIRECT QUESTIONS**

46. Do you think that a bank's intellectual property, like trade secrets, can be just as valuable as its tangible property, like real estate?

Dated: October 11, 2024

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine M. Ramos

*Attorneys for Plaintiff Citizens Business Bank*