**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFF CITIZENS BUSINESS BANK'S AND DEFENDANT MISSION BANK'S COMPETING PROPOSED VERDICT FORMS**<br><br>Trial Date:          November 12, 2024 |

Plaintiff Citizens Business Bank ("Plaintiff" or "CBB") and Defendant Mission Bank ("Defendant" or "Mission") have met and conferred with respect to the form and content of a proposed verdict form, but were unable to presently agree on a verdict form. This includes, *inter alia*, because CBB proposes the use of a General Verdict Form while Mission favors a Special Verdict Form. The Parties are continuing to meet and confer about their respective proposed verdict forms, and will submit an amended document that either includes a single, agreed-upon verdict form, or competing verdict forms along with an explanation of each party's position.

Attached hereto are the Parties competing current verdict forms.

Dated: October 11, 2024

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine M. Ramos

*Attorneys for Plaintiff Citizens Business Bank*

PLAINTIFF CITIZENS BUSINESS BANK'S AND DEFENDANT MISSION BANK'S COMPETING PROPOSED VERDICT FORMS

# EXHIBIT A

**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MISSION BANK, a California corporation, *et al.*,<br><br>    Defendant. | Case No.:  5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**CBB'S PROPOSED GENERAL VERDICT FORM**<br><br>Trial Date:      November 12, 2024 |

Answer the questions in all sections below. Then, the foreperson of the jury must sign and date this verdict form at the bottom.

## I.    CLAIM 1: CITIZENS BUSINESS BANK'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS (18 U.S.C. § 1836)

Has Plaintiff Citizens Business Bank ("CBB") proven by a preponderance of the evidence each element of misappropriation of trade secrets under 18 U.S.C. § 1836? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank is liable to Plaintiff CBB for misappropriation of trade secrets.

_____ No, Defendant Mission Bank is not liable to Plaintiff CBB for misappropriation of trade secrets.

## II.    CLAIM 2: CITIZEN BUSINESS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

Has Plaintiff CBB proven by a preponderance of the evidence each element of intentional interference with contractual relations? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank is liable to Plaintiff CBB for intentional interference with contractual relations.

_____ No, Defendant Mission Bank is not liable to Plaintiff CBB for intentional interference with contractual relations.

1

### III.    CLAIM 3: CITIZEN BUSINESS BANK'S CLAIM FOR INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

Has Plaintiff CBB proven by a preponderance of the evidence each element of intentional interference with prospective economic advantage? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank is liable to Plaintiff CBB for intentional interference with prospective economic advantage.

_____ No, Defendant Mission Bank is not liable to Plaintiff CBB for intentional interference with prospective economic advantage.

### IV.    CLAIM 4: CITIZEN BUSINESS BANK'S CLAIM FOR NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

Has Plaintiff CBB proven by a preponderance of the evidence each element of negligent interference with prospective economic advantage? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank is liable to Plaintiff CBB for negligent interference with prospective economic advantage.

_____ No, Defendant Mission Bank is not liable to Plaintiff CBB for negligent interference with prospective economic advantage.

**CBB'S PROPOSED GENERAL VERDICT FORM**

## V.    **DAMAGES**

### A.    **Citizens Business Bank's Economic Damages**

If you answered yes to any of the above questions and found Defendant Mission Bank liable to Plaintiff CBB as to Claims 1, 2, 3, and/or 4, please identify the total damages to Plaintiff CBB for harm or loss to it:

     **i.** Past economic loss:

       **a.** Lost Profits            $_____

       **b.** Other past economic loss   $_____

      **Total Past Economic Damages:**   $_____

     **ii.** Future economic loss

       **a.** Lost Profits             $_____

       **b.** Other future economic loss   $_____

      **Total Future Economic Damages:** $_____

If you answered yes to any of the above questions and found Defendant Mission Bank liable to Plaintiff CBB as to Claims 1, 2, 3, and/or 4, please identify the total amount that Mission Bank was unjustly enriched by its misappropriation or interference:

        **Unjust Enrichment Damages: $_____**

### B.    **Exemplary Damages (Claim 1)**

If you found that Defendant Mission Bank is liable to Plaintiff CBB for trade secret misappropriation (Claim 1), do you find that Defendant Mission Bank's misappropriation was willful and malicious? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank's trade secret misappropriation was willful and malicious.

_____ No, Defendant Mission Bank's trade secret misappropriation was not willful and malicious.

If the answer to this question is "yes," then you may award exemplary damages up to two times the amount of Plaintiff CBB's total economic damages:

**Exemplary Damages: $_____**

**C.    Punitive Damages (Claims 2 and 3)**

If you found that Defendant Mission Bank is liable to Plaintiff as to intentional interference with contractual relations (Claim 2) or intentional interference with prospective economic advantage (Claim 3), do you find that Defendant Mission Bank acted with malice, fraud, or oppression? Mark an X on only one of the following two options:

_____Yes, Defendant Mission Bank acted with malice, fraud, or oppression in committing intentional interference.

_____ No, Defendant Mission Bank did not act with malice, fraud, or oppression in committing intentional interference.

If the answer to this question is "yes," you may award Plaintiff CBB punitive damages:

**Punitive Damages: $_____**

**CBB'S PROPOSED GENERAL VERDICT FORM**

1

2          Once this verdict form is completed, the foreperson of the jury should sign and

3    date on the lines below.

4

5    Dated_____                        Signed_____

6                                                    Jury Foreperson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CBB'S PROPOSED GENERAL VERDICT FORM**

1
2
3   Dated:  October 11, 2024
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine M. Ramos

*Attorneys for Plaintiff Citizens Business Bank*

**CBB'S PROPOSED GENERAL VERDICT FORM**

# EXHIBIT B

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Jonathan E. Phillips (SBN 233965)
*jphillips@larsonllp.com*
Catherine S. Owens (SBN 307626)
*cowens@larsonllp.com*
Tyler J. Franklin (SBN 324281)
*tfranklin@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for
Defendant MISSION BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANT MISSION BANK'S PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:      November 12, 2024 |

LARSON
LOS ANGELES

Pursuant to the Court's order dated December 6, 2022, Defendant Mission Bank ("Defendant" or "Mission") submits this proposed Special Verdict Form in anticipation of the Final Pretrial Conference currently scheduled for October 25, 2024. This Special Verdict Form is preliminary in nature. Mission reserves the right to amend, supplement, or request a different Special Verdict Form as appropriate to the circumstances as they arise at trial.

Dated:  October 11, 2024          LARSON LLP


                                 By:  ____/s/ Stephen G. Larson____
                                      Stephen G. Larson
                                      Jonathan E. Phillips
                                      Catherine S. Owens
                                      Tyler J. Franklin
                                 Attorneys for Defendant MISSION BANK

1                                   **<u>VERDICT FORM</u>**

2          In answering the following questions and filling out this Verdict Form, you are

3 to follow all the instructions I have given you in the Court's final jury charge. Some

4 of the questions contain legal terms that are defined and explained in detail in the Jury

5 Instructions. Please refer to the Jury Instructions if you are unsure about the meaning

6 or usage of any legal term that appears in the questions below.

7         In this Verdict Form:

8         "CBB" refers to Plaintiff Citizens Business Bank.

9         "Mission" refers to Defendant Mission Bank.

10

11         Please proceed to Question 1 on the next page.

We, the jury in the above-entitled action, unanimously find the following on the questions submitted to us:

### SECTION I: MISAPPROPRIATION OF TRADE SECRETS

1.      For each of the Alleged Trade Secrets[1], did CBB prove that the Alleged Trade Secret qualifies as a trade secret?

|         | YES | NO |          | YES | NO |
|---------|-----|-----|----------|-----|-----|
| ATS 1:  | ___ | ___ | ATS 6:   | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 7:   | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 8:   | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 9:   | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 10:  | ___ | ___ |

*If your answer to Question 1 is "YES" as to any Alleged Trade Secret, then answer Question 2. If you answered "NO" as to all Alleged Trade Secrets, proceed to Question 5.*

2.      Only with respect to any Alleged Trade Secret for which you answered "YES" in Question 1, did CBB prove that Mission misappropriated the Alleged Trade Secret?

|         | YES | NO |          | YES | NO |
|---------|-----|-----|----------|-----|-----|
| ATS 1:  | ___ | ___ | ATS 6:   | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 7:   | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 8:   | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 9:   | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 10:  | ___ | ___ |

---

[1] For a full description of each Alleged Trade Secret ("ATS"), please refer to the List of Plaintiff CBB's Alleged Trade Secrets provided with the Jury Instructions.

*If your answer to Question 2 is "YES" as to any Alleged Trade Secret, then answer Question 3. If you answered "NO" as to all Alleged Trade Secrets, proceed to Question 5.*

3.    Only with respect to any Alleged Trade Secret for which you answered "YES" in Question 2, did CBB prove that it was harmed by Mission's misappropriation of the Alleged Trade Secrets?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | _____ | _____ | ATS 6: | _____ | _____ |
| ATS 2: | _____ | _____ | ATS 7: | _____ | _____ |
| ATS 3: | _____ | _____ | ATS 8: | _____ | _____ |
| ATS 4: | _____ | _____ | ATS 9: | _____ | _____ |
| ATS 5: | _____ | _____ | ATS 10: | _____ | _____ |

*If your answer to Question 3 is "YES" as to any Alleged Trade Secret, then answer Question 4. If you answered "NO" as to all Alleged Trade Secrets, proceed to Question 5.*

4.    Only with respect to any Alleged Trade Secret for which you answered "YES" in Question 3, did CBB prove that Mission's misappropriation of the Alleged Trade Secret was a substantial factor in causing harm to CBB?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | _____ | _____ | ATS 6: | _____ | _____ |
| ATS 2: | _____ | _____ | ATS 7: | _____ | _____ |
| ATS 3: | _____ | _____ | ATS 8: | _____ | _____ |
| ATS 4: | _____ | _____ | ATS 9: | _____ | _____ |
| ATS 5: | _____ | _____ | ATS 10: | _____ | _____ |

*Please proceed to Question 5.*

1
2

## SECTION II: INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

3    5.    Separate as to each Alleged Contractual Relationship ("ACR")[2], do you
4    find that there was there a contract with CBB?

5
6

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| ACR 1: | _____ | _____ | ACR 6: | _____ | _____ |
| ACR 2: | _____ | _____ | ACR 7: | _____ | _____ |
| ACR 3: | _____ | _____ | ACR 8: | _____ | _____ |
| ACR 4: | _____ | _____ | ACR 9: | _____ | _____ |
| ACR 5: | _____ | _____ | ACR 10: | _____ | _____ |

12

13    *If your answer to Question 5 is "YES" as to any Alleged Contractual*
14    *Relationship, then answer Question 6. If you answered "NO" as to all Alleged*
15    *Contractual Relationships, please proceed to Question 12.*

16    6.    Only with respect to any Alleged Contractual Relationship for which you
17    answered "YES" in Question 5, did Mission know of the contract?

18

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| ACR 1: | _____ | _____ | ACR 6: | _____ | _____ |
| ACR 2: | _____ | _____ | ACR 7: | _____ | _____ |
| ACR 3: | _____ | _____ | ACR 8: | _____ | _____ |
| ACR 4: | _____ | _____ | ACR 9: | _____ | _____ |
| ACR 5: | _____ | _____ | ACR 10: | _____ | _____ |

24

25    *If your answer to Question 6 is "YES" as to any Alleged Contractual*
26

---

27    [2] For a full description of each Alleged Contractual Relationship ("ACR"), please
28    refer to the List of Plaintiff CBB's Alleged Contractual Relationships provided with
the Jury Instructions.

1  *Relationship, then answer Question 7. If you answered "NO" as to all Alleged*
2  *Contractual Relationships, please proceed to Question 12.*

3      7.      Only with respect to any Alleged Contractual Relationship for which you
4  answered "YES" in Question 6, did Mission's conduct prevent performance or make
5  performance more expensive or difficult?

|        | **YES** | **NO** |        | **YES** | **NO** |
|--------|---------|--------|--------|---------|--------|
| ACR 1: | _____   | _____  | ACR 6: | _____   | _____  |
| ACR 2: | _____   | _____  | ACR 7: | _____   | _____  |
| ACR 3: | _____   | _____  | ACR 8: | _____   | _____  |
| ACR 4: | _____   | _____  | ACR 9: | _____   | _____  |
| ACR 5: | _____   | _____  | ACR 10:| _____   | _____  |

*If your answer to Question 7 is "YES" as to any Alleged Contractual*
*Relationship, then answer Question 8. If you answered "NO" as to all Alleged*
*Contractual Relationships, please proceed to Question 12.*

8.      Only with respect to any Alleged Contractual Relationship for which you
answered "YES" in Question 8, did Mission interfere with the Alleged Contractual
Relationship using wrongful means by misappropriating one or more of CBB's
Alleged Trade Secrets?

|        | **YES** | **NO** |        | **YES** | **NO** |
|--------|---------|--------|--------|---------|--------|
| ACR 1: | _____   | _____  | ACR 6: | _____   | _____  |
| ACR 2: | _____   | _____  | ACR 7: | _____   | _____  |
| ACR 3: | _____   | _____  | ACR 8: | _____   | _____  |
| ACR 4: | _____   | _____  | ACR 9: | _____   | _____  |
| ACR 5: | _____   | _____  | ACR 10:| _____   | _____  |

*If your answer to Question 8 is "YES" as to any Alleged Contractual*

*Relationship, then answer Question 9. If you answered "NO" as to all Alleged Contractual Relationships, please proceed to Question 12.*

9.    Only with respect to any Alleged Contractual Relationship for which you answered "YES" in Question 8, did Mission intend to disrupt the performance of this contract or know that disruption of performance was certain or substantially certain to occur?

|          | YES     | NO      |           | YES     | NO      |
|----------|---------|---------|-----------|---------|---------|
| ACR 1:   | _____   | _____   | ACR 6:    | _____   | _____   |
| ACR 2:   | _____   | _____   | ACR 7:    | _____   | _____   |
| ACR 3:   | _____   | _____   | ACR 8:    | _____   | _____   |
| ACR 4:   | _____   | _____   | ACR 9:    | _____   | _____   |
| ACR 5:   | _____   | _____   | ACR 10:   | _____   | _____   |

*If your answer to Question 9 is "YES" as to any Alleged Contractual Relationship, then answer Question 10. If you answered "NO" as to all Alleged Contractual Relationships, please proceed to Question 12.*

10.    Only with respect to any Alleged Contractual Relationship for which you answered "YES" in Question 9, did CBB prove that it was harmed by Mission's interference?

|          | YES     | NO      |           | YES     | NO      |
|----------|---------|---------|-----------|---------|---------|
| ACR 1:   | _____   | _____   | ACR 6:    | _____   | _____   |
| ACR 2:   | _____   | _____   | ACR 7:    | _____   | _____   |
| ACR 3:   | _____   | _____   | ACR 8:    | _____   | _____   |
| ACR 4:   | _____   | _____   | ACR 9:    | _____   | _____   |
| ACR 5:   | _____   | _____   | ACR 10:   | _____   | _____   |

*If your answer to Question 10 is "YES" as to any Alleged Contractual Relationship, then answer Question 11. If you answered "NO" as to all Alleged Contractual Relationships, please proceed to Question 12.*

11.    Only with respect to any Alleged Contractual Relationship for which you answered "YES" in Question 10, was Mission's conduct a substantial factor in causing harm to CBB?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ACR 1: | _____ | _____ | ACR 6: | _____ | _____ |
| ACR 2: | _____ | _____ | ACR 7: | _____ | _____ |
| ACR 3: | _____ | _____ | ACR 8: | _____ | _____ |
| ACR 4: | _____ | _____ | ACR 9: | _____ | _____ |
| ACR 5: | _____ | _____ | ACR 10: | _____ | _____ |

*Please proceed to Question 12.*

//
//
//
//
//
//
//
//
//
//
//
//
//

1
2

## SECTION III: INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

3    12.    Separate as to each Alleged Economic Relationship ("AER")[3], did CBB

4    have an economic relationship that probably would have resulted in an economic

5    benefit to CBB?

6

7                       **YES    NO**                              **YES    NO**

8    AER 1:        _____   _____      AER 6:        _____   _____

9    AER 2:        _____   _____      AER 7:        _____   _____

10   AER 3:        _____   _____      AER 8:        _____   _____

11   AER 4:        _____   _____      AER 9:        _____   _____

12   AER 5:        _____   _____      AER 10:       _____   _____

13

14   *If your answer to Question 12 is "YES" as to any Alleged Economic*

15   *Relationship, then answer Question 13. If you answered "NO" as to all Alleged*

16   *Economic Relationships, please proceed to Question 19.*

17   13.    Only with respect to any Alleged Economic Relationship for which you

18   answered "YES" in Question 12, did Mission know of the relationship?

19

20                       **YES    NO**                              **YES    NO**

21   AER 1:        _____   _____      AER 6:        _____   _____

22   AER 2:        _____   _____      AER 7:        _____   _____

23   AER 3:        _____   _____      AER 8:        _____   _____

24   AER 4:        _____   _____      AER 9:        _____   _____

25   AER 5:        _____   _____      AER 10:       _____   _____

26

27   ───────────────

[3] For a full description of each Alleged Economic Relationship ("AER"), please

28   refer to the List of Plaintiff CBB's Alleged Economic Relationships provided with

the Jury Instructions.

*If your answer to Question 13 is "YES" as to any Alleged Economic Relationship, then answer Question 14. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 19.*

14.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 13, did Mission engage wrongful conduct by misappropriating one or more of CBB's Alleged Trade Secrets?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 14 is "YES" as to any Alleged Economic Relationship, then answer Question 15. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 19.*

15.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 14, by engaging in this conduct, did Mission intend to disrupt the relationship or know that disruption of the relationship was certain or substantially certain to occur?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 15 is "YES" as to any Alleged Economic Relationship, then answer Question 16. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 19.*

16.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 15, was the relationship disrupted?

| | **YES** | **NO** | | **YES** | **NO** |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 16 is "YES" as to any Alleged Economic Relationship, then answer Question 17. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 19.*

17.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 16, did CBB prove that it  was harmed by Mission's interference?

| | **YES** | **NO** | | **YES** | **NO** |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 17 is "YES" as to any Alleged Economic*

*Relationship, then answer Question 18. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 19.*

18.   Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 17, was Mission's conduct a substantial factor in causing harm to CBB?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*Please proceed to Question 19.*

## SECTION IV: NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

19.   Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 12, did Mission know or should it have known of the relationship?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 19 is "YES" as to any Alleged Economic Relationship, then answer Question 20. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 26.*

20.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 19, did Mission know or should it have known that this relationship would be disrupted if it failed to act with reasonable care?

|  | **YES** | **NO** |  | **YES** | **NO** |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 20 is "YES" as to any Alleged Economic Relationship, then answer Question 21. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 26.*

21.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 20, did Mission fail to act with reasonable care?

|  | **YES** | **NO** |  | **YES** | **NO** |
|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | _____ | _____ |

*If your answer to Question 21 is "YES" as to any Alleged Economic*

*Relationship, then answer Question 22. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 26.*

22.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 21, did Mission engage in wrongful conduct through misappropriating one or more of CBB's Alleged Trade Secrets?

|          | YES   | NO    |          | YES   | NO    |
|----------|-------|-------|----------|-------|-------|
| AER 1:   | _____ | _____ | AER 6:   | _____ | _____ |
| AER 2:   | _____ | _____ | AER 7:   | _____ | _____ |
| AER 3:   | _____ | _____ | AER 8:   | _____ | _____ |
| AER 4:   | _____ | _____ | AER 9:   | _____ | _____ |
| AER 5:   | _____ | _____ | AER 10:  | _____ | _____ |

*If your answer to Question 22 is "YES" as to any Alleged Economic Relationship, then answer Question 23. If you answered "NO" as to all Alleged Economic Relationships, please proceed to Question 26.*

23.    Only with respect to any Alleged Economic Relationship for which you answered "YES" in Question 22, was the relationship disrupted?

|          | YES   | NO    |          | YES   | NO    |
|----------|-------|-------|----------|-------|-------|
| AER 1:   | _____ | _____ | AER 6:   | _____ | _____ |
| AER 2:   | _____ | _____ | AER 7:   | _____ | _____ |
| AER 3:   | _____ | _____ | AER 8:   | _____ | _____ |
| AER 4:   | _____ | _____ | AER 9:   | _____ | _____ |
| AER 5:   | _____ | _____ | AER 10:  | _____ | _____ |

*If your answer to Question 23 is "YES" as to any Alleged Economic Relationship, then answer Question 24. If you answered "NO" as to all Alleged*

1  *Economic Relationships, please proceed to Question 26.*

2      24.    Only with respect to any Alleged Economic Relationship for which you
3  answered "YES" in Question 23, did CBB prove that it was harmed by Mission's
4  interference?

5

| | **YES** | **NO** | | | **YES** | **NO** |
|---|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | | _____ | _____ |

13      *If your answer to Question 24 is "YES" as to any Alleged Economic*
14  *Relationship, then answer Question 25. If you answered "NO" as to all Alleged*
15  *Economic Relationships, please proceed to Question 26.*

16      25.    Only with respect to any Alleged Economic Relationship for which you
17  answered "YES" in Question 24, was Mission's conduct a substantial factor in
18  causing harm to CBB?

| | **YES** | **NO** | | | **YES** | **NO** |
|---|---|---|---|---|---|---|
| AER 1: | _____ | _____ | AER 6: | | _____ | _____ |
| AER 2: | _____ | _____ | AER 7: | | _____ | _____ |
| AER 3: | _____ | _____ | AER 8: | | _____ | _____ |
| AER 4: | _____ | _____ | AER 9: | | _____ | _____ |
| AER 5: | _____ | _____ | AER 10: | | _____ | _____ |

26      *Please proceed to Question 26.*

## SECTION V: COMPENSATORY DAMAGES

26.    Only with respect to any Alleged Trade Secret for which you answered "YES" in Question 4 or any Alleged Economic Relationship or Alleged Contractual Relationship for which you answered "YES" in Questions 11, 18, or 25, state the amount of damages that CBB is entitled to recover for its harm, if any:

$ _____

*Please proceed to Question 27.*

## SECTION V: EXEMPLARY AND PUNITIVE DAMAGES

27.    If you answered "YES" to any Alleged Trade Secret in Question 4, did CBB proven by clear and convincing evidence that Mission's misappropriation of one or more of the Alleged Trade Secrets was willful and malicious?

YES _____        NO_____

*Please proceed to Question 28.*

28.    If you answered "YES" as to any Alleged Contractual Relationship or Alleged Economic Relationship in Questions 11, 18, and 25, did CBB prove by clear and convincing evidence that  Mission acted with malice, fraud, or oppression?

YES _____        NO_____

*Please proceed to Question 29.*

29.    If you answered "YES" to Question 28, state the amount of punitive or exemplary damages that CBB should be awarded, if any.


$\qquad$ \$_____


*Please sign, date, and return this form.*


Signed:_____          Dated:_____

Jury Foreperson


After this verdict form has been signed, please notify the clerk that you are ready to present your verdict in the courtroom.

# EXHIBIT C

**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Ryan Q. Keech (SBN 280306)
ryan.keech@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katherine M. Ramos (SBN 351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-01473-FLA-SP<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFF CITIZENS BUSINESS BANK'S PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:            November 12, 2024 |

1

Pursuant to the Court's order dated December 6, 2022, Plaintiff Citizens Business Bank ("Plaintiff" or "CBB") submits this proposed Special Verdict Form in anticipation of the Final Pretrial Conference currently scheduled for October 25, 2024. This Special Verdict Form is submitted in the event the Court is inclined to prefer a Special Verdict Form over CBB's proposed General Verdict Form.  This Special Verdict Form is preliminary in nature. CBB reserves the right to amend, supplement, or request a different Special Verdict Form as appropriate to the circumstances as they arise at trial.  CBB will continue to meet and confer with Mission to attempt to reach an agreement, or at the very least narrow the scope of the parties' dispute, over the content of this Special Verdict Form and will file an amended Special Verdict Form in the event the parties reach further agreement.

Dated:  October 11, 2024

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Ryan Q. Keech
Zachary T. Timm
Connor J. Meggs
Katherine M. Ramos

*Attorneys for Plaintiff Citizens Business Bank*

## __VERDICT FORM__

In answering the following questions and filling out this Verdict Form, you are to follow all the instructions I have given you in the Court's final jury charge. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this Verdict Form:

"CBB" refers to Plaintiff Citizens Business Bank and includes Suncrest Bank as of the day of its acquisition going forward.

"Mission" refers to Defendant Mission Bank.

Please proceed to Question 1 on the next page.

1

2          We, the jury in the above-entitled action, unanimously find the following on

3    the questions submitted to us:

4

5              **SECTION I: MISAPPROPRIATION OF TRADE SECRETS**

6          1.      Has CBB proved that it possessed Trade Secrets[1]?

7

8          YES _____          NO_____

9

10         *Please proceed to Question ___.*

11

12         2.      Has CBB proved it took reasonable measures to keep its Trade Secrets

13   secret?

14

15         YES _____          NO_____

16

17         *Please proceed to Question ___.*

18

19         3.      Has CBB proved that its Trade Secrets derive independent economic

20   value, actual or potential, from not being generally known to, and not being readily

21   ascertainable through proper means by, another person?

22

23         YES _____          NO_____

24

25         *Please proceed to Question ___.*

26

27   _____

28   [1] For a full description of CBB's Trade Secrets, please refer to the List of Plaintiff
     CBB's Trade Secrets provided with the Jury Instructions.

4

4.    Has CBB proved that Mission misappropriated its Trade Secrets, whether directly or through the conduct of a co-conspirator?

YES _____          NO_____

*Please proceed to Question ___.*

5.    Has CBB proved it was harmed in any way?

YES _____          NO_____

*Please proceed to Question ___.*

6.    Has CBB proved Mission's misappropriation, or that of its co-conspirator, was a cause of CBB's harm?

YES _____          NO_____

*Please proceed to Question ___.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

## SECTION II: INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

7.   Has CBB proved that there was a contract between CBB and one of more of its customer(s)—and/or between CBB and one or more of its employee(s)?

YES _____        NO_____

*Please proceed to Question __.*

8.   Has CBB proved that Mission and/or one or more of its co-conspirators knew of the contract(s), including that it may have had constructive knowledge of the contract through its co-conspirator(s), including but not limited to Della?

YES _____        NO_____

*Please proceed to Question __.*

9.   Has CBB proved that Mission's and/or one or more of its co-conspirators conduct prevented performance or made performance more expensive or difficult?

YES _____        NO_____

*Please proceed to Question __.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

10. Has CBB proved that Mission and/or one or more of its co-conspirators intended to disrupt the performance of the contract(s), or knew that disruption of performance was certain or substantially certain to occur following Mission's and/or one or more of its co-conspirators' conduct?

YES _____        NO_____

*Please proceed to Question __.*

11. Has CBB proved that it was harmed?

YES _____        NO_____

*Please proceed to Question __.*

12. Has CBB proved that Mission's and/or one or more of its co-conspirators' conduct was a substantial factor in causing CBB's harm?

YES _____        NO_____

*Please proceed to Question __.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

## SECTION III: INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

13. Has CBB proved that CBB and one of more of its customers—and/or CBB and one or more of its employees were in an economic relationship that probably would have resulted in an economic benefit to CBB?

YES _____          NO_____

*Please proceed to Question __.*

14. Has CBB proved that Mission and/or one or more of its co-conspirators knew of the relationship(s), including that it may have had constructive knowledge of the relationship(s) through its co-conspirator(s), including but not limited to Della?

YES _____          NO_____

*Please proceed to Question __.*

15. Has CBB proved that Mission and/or one or more of its co-conspirators engaged in wrongful conduct including but not limited to violating federal and state statutes, including but not limited to 18 U.S.C. § 1836, et seq for misappropriation of trade secrets and California Business & Professions Code § 17200, et seq for unfair and unlawful business practices, banking regulations, CBB policies and/or procedures, duties, and contracts—in order to interfere with the prospective economic relationships between CBB and its customers and prospective customers—and/or between CBB and one or more of its employees?

YES _____            NO_____

*Please proceed to Question __.*

16. Has CBB proved that by engaging in this conduct, Mission and/or one or more of its co-conspirators intended to disrupt the relationship(s), or knew that disruption of the relationship(s) was certain or substantially certain to occur?

YES _____            NO_____

*Please proceed to Question __.*

17. Has CBB proved that the relationship(s) was disrupted?

YES _____            NO_____

*Please proceed to Question __.*

18. Has CBB proved that CBB was harmed?

YES _____            NO_____

*Please proceed to Question __.*

19. Has CBB proved that Mission's conduct and/or the conduct of one or more of its co-conspirators was a substantial factor in causing CBB's harm?

YES _____            NO_____

*Please proceed to Question ___.*

9

## SECTION IV: NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

20. Has CBB proved that CBB and one of more of its customers—and/or CBB and one or more of its employees were in an economic relationship that probably would have resulted in a future economic benefit to CBB?

YES _____          NO_____

*Please proceed to Question ___.*

21. Has CBB proved that Mission and/or one or more of its co-conspirators knew or should have known of these relationships, including that it may have had constructive knowledge of the relationships through its co-conspirator(s), including but not limited to Della?

YES _____          NO_____

*Please proceed to Question ___.*

22. Has CBB proved that Mission and/or one or more of its co-conspirators knew or should have known that these relationships would be disrupted if it failed to act with reasonable care?

YES _____          NO_____

*Please proceed to Question ___.*

23. Has CBB proved that Mission and/or one or more of its co-conspirators failed to act with reasonable care?

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

YES _____          NO_____

*Please proceed to Question __.*

24. Has CBB proved that Mission and/or one or more of its co-conspirators
    engaged in wrongful conduct including but not limited to violating federal
    and state statutes, including but not limited to 18 U.S.C. § 1836, et seq for
    misappropriation of trade secrets and California Business & Professions
    Code § 17200, et seq for unfair and unlawful business practices, banking
    regulations, CBB policies and/or procedures, duties, and contracts—in
    order to interfere with the prospective economic relationships between
    CBB and its customers and prospective customers—and/or between CBB
    and one or more of its employees?

YES _____          NO_____

*Please proceed to Question __.*

25. Has CBB proved that the relationships were disrupted?

YES _____          NO_____

*Please proceed to Question __.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

26. Has CBB proved that CBB was harmed?

    YES _____         NO_____

    *Please proceed to Question __.*

27. Has CBB proved that Mission's and/or one or more of its co-conspirators' wrongful conduct was a substantial factor in causing CBB's harm?

    YES _____         NO_____

    *Please proceed to Question __.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

## SECTION V: COMPENSATORY DAMAGES, DISGORGEMENT, AND OTHER NON-EXEMPLARY DAMAGES

28. State the amount of damages that CBB is entitled to recover for its harm based on Mission's and/or its co-conspirators' misappropriation of CBB's Trade Secrets, as discussed in Section I above:

$ _____ for CBB's lost revenue and profits

$ _____ for disgorgement of Mission's revenue and profits

$ _____ for such additional amount proved as damages

_____ (add lines 1-3 above and insert total below)

$_____    Total

*Please proceed to Question ___.*

29. State the amount of damages that CBB is entitled to recover for its harm based on Mission's and/or its co-conspirators' intentional interference with contractual relations as to CBB's customers and employees, as discussed in Section II above:

$ _____ for CBB's lost revenue and profits

$ _____ for disgorgement of Mission's revenue and profits

$ _____ for such additional amount proved as damages

_____ (add lines 1-3 above and insert total below)

$_____    Total

*Please proceed to Question ___.*

13

30. State the amount of damages that CBB is entitled to recover for its harm based on Mission's and/or its co-conspirators' intentional interference with prospective economic advantage, as discussed in Section III above:

$ _____ for CBB's lost revenue and profits

$ _____ for disgorgement of Mission's revenue and profits

$ _____ for such additional amount proved as damages

_____ (add lines 1-3 above and insert total below)

$_____ Total

*Please proceed to Question ___.*

31. State the amount of damages that CBB is entitled to recover for its harm based on Mission's and/or its co-conspirators' intentional interference with negligent interference with prospective economic relations, as discussed in Section IV above:

$ _____ for CBB's lost revenue and profits

$ _____ for disgorgement of Mission's revenue and profits

$ _____ for such additional amount proved as damages

_____ (add lines 1-3 above and insert total below)

$_____ Total

*Please proceed to Question ___.*

## SECTION V: EXEMPLARY AND PUNITIVE DAMAGES AND
## ENTITLEMENT TO ATTORNEYS' FEES

32.    Has CBB proved that Mission's, and/or its co-conspirators', misappropriation of its Trade Secrets was willful and malicious?

YES _____          NO_____

*Please proceed to Question __.*

33.    Has CBB proved that Mission, and/or its co-conspirators, acted with malice fraud, or oppression in its intentional interference with CBB's contractual relations ?

YES _____          NO_____

*Please proceed to Question __.*

34.    Has CBB proved that Mission, and/or its co-conspirators, acted with malice fraud, or oppression in its intentional interference with CBB's prospective economic advantage?

YES _____          NO_____

*Please proceed to Question __.*

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

35.    Has CBB proved that Mission, and/or its co-conspirators, acted with malice fraud, or oppression in its negligent interference with CBB's prospective economic relations?

YES _____          NO_____

*Please proceed to Question __.*

36.    If you answered "YES" to Question _____, state the amount of punitive or exemplary damages that CBB should be awarded, if any.

$_____ **Claim 1**

$_____ **Claim 2**

$_____ **Claim 3**

$_____ **Claim 4**

_____ (add lines 1-4 above and insert total below)

$_____ Total

*Please sign, date, and return this form.*

Signed:_____          Dated:_____

    Jury Foreperson

After this verdict form has been signed, please notify the clerk that you are ready to present your verdict in the courtroom.