1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BANK, a California corporation, *et al.*,<br><br>Defendant. | Case No.:  5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CITIZENS BUSINESS BANK'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS *IN LIMINE*** |

1

**[PROPOSED] ORDER**

On October 11, 2024, Plaintiff Citizens Business Bank ("CBB" or "Plaintiff") filed an Application to File Documents Under Seal Regarding Plaintiff's Oppositions to Defendant's Motions *in Limine*. Plaintiff requests that certain documents filed in support of its Oppositions be filed under seal.

Plaintiffs contend that good cause exists to seal the relevant portions of the above documents because they refer to the contents of and/or consist of: (1) documents and information that has been designated as confidential (or highly confidential) by Plaintiff that contain Plaintiff's commercially sensitive, confidential, and proprietary business information, and (2) documents and information that has been designated as confidential by Defendant and/or third-party Dustin Della. *See* Decl. of Connor J. Meggs in Support of Plaintiff's Application to File Documents Under Seal ("Meggs Decl.") ¶¶ 4-6; *Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

The court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS that Plaintiff file the following documents under seal:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) and (b) | Description of Information |
|---|---|
| Opposition to Motion *in Limine* No. 1 ||
| Exhibit B to Declaration of Zachary T. Timm in Support | Deposition transcript describing confidential and trade secret information, and competitively sensitive information. |

2

**[PROPOSED] ORDER**

| | |
|---|---|
| of Opposition to Motion *in Limine* No. 1. | |
| **Opposition to Motion *in Limine* No. 2** ||
| Exhibit A to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 2. | Deposition transcript describing confidential and trade secret information, and competitively sensitive information. |
| **Opposition to Motion *in Limine* No. 3** ||
| Exhibit A to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 3. | Deposition transcript describing confidential and trade secret information, and competitively sensitive information. |
| Exhibit A.1 to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 3. | Contains confidential and trade secret information, and competitively sensitive information. |
| Exhibit B to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 3. | Deposition transcript describing confidential and trade secret information, and competitively sensitive information. |
| Exhibit C to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 3. | Deposition transcript designated as confidential by Defendant. |
| **Opposition to Motion *in Limine* No. 4** ||
| Exhibit K to Declaration of Zachary T. Timm in Support | Deposition transcript describing confidential and trade secret information, and competitively sensitive information. |

| | |
|---|---|
| of Opposition to Motion *in Limine* No. 4. | |
| **Opposition to Motion *in Limine* No. 5** ||
| Exhibit A to Declaration of Zachary T. Timm in Support of Opposition to Motion *in Limine* No. 4. | Deposition transcript designated as confidential by third-party Dustin Della. |

**IT IS SO ORDERED.**

Dated: October 12, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge