**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Katy Ramos (351481)
katy.ramos@klgates.com

*Attorneys for Plaintiff*
*CITIZENS BUSINESS BANK*

Additional counsel on signature page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CITIZENS BUSINESS BANK, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MISSION BANK, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:22-cv-01473-FLA-SP<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha]<br><br>**JOINT STATUS REPORT REGARDING THE OUTCOME OF MEDIATION**<br><br>Complaint filed:　August 19, 2022<br><br>Mediation Date:　November 26, 2024 |

Plaintiff Citizens Business Bank ("CBB" or "Plaintiff"), on the one hand, and Defendant Mission Bank ("Mission" or "Defendant") on the other hand (inclusively of CBB, the "Parties") respectfully submit this Joint Status Report Regarding the Outcome of Mediation pursuant to the Court's Order dated November 4, 2024 (DE 214).

Following the entry of the Court's Order, the Parties scheduled a full day mediation before Hon. Margaret Nagle (Ret.) to occur on November 26, 2024. The Parties thereafter attended a mediation, via zoom, on November 26, 2024. The mediation was terminated at approximately 2:00 p.m. with no settlement or other resolution having been reached.

Dated: December 2, 2024

**K&L GATES LLP**

By: */s/ Zachary T. Timm*

Christina N. Goodrich
Zachary T. Timm
Connor J. Meggs
Katy Ramos
*Attorneys for Plaintiff Citizens Business Bank*

**LARSON LLP**

By: */s/ Stephen G. Larson*
Stephen G. Larson
Jonathan E. Phillips
Catherine S. Owens
Tyler J. Franklin
*Attorneys for Defendant Mission Bank*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Zachary Timm, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2024

By: */s/ Zachary T. Timm*
Zachary T. Timm

1
**JOINT STATUS REPORT REGARDING OUTCOME OF MEDIATION**